IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RICHARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE, CHAMPION MORTGAGE COMPANY, CHAMPION MORTGAGE COMPANY LLC, CHAMPION MORTGAGE COMPANY OF TEXAS, CHAMPION MORTGAGE OF OHIO, MR. COOPER, NATIONSTAR, NATIONSTAR MORTGAGE, NATIONSTAR MORTGAGE LLC, RIGHTPATH LOAN SERVICING, RIGHTPATH SERVICING, RUSHMORE LOAN SERVICING, AND RUSHMORE SERVICING,<br><br>Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §§ 1331, 1441 AND 1446** |

    TO:          **CLERK OF THE COURT;**

    AND TO:    **ALL PARTIES AND THEIR COUNSEL OF RECORD.**

    **PLEASE TAKE NOTICE** that, for the reasons set forth below, Defendant Nationstar Mortgage LLC d/b/a Champion Mortgage *erroneously sued as Champion Mortgage Company, Champion Mortgage Company LLC, Champion Mortgage Company of Texas, Champion Mortgage*

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE'S NOTICE OF REMOVAL
PAGE 1

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

*Company of Ohio"* ("Nationstar" or "Defendant"), hereby removes the above-captioned action *Richardo Salom et al. v. Nationstar Mortgage LLC d/b/a Champion Mortgage et al.*, Case No. 24-2-04553-8 SEA, from the Superior Court of the State of Washington in and for the County of King to the United States District Court for the Western District of Washington.

This Notice of Removal is filed pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and the Western District of Washington Local Civil Rule 101.  In support of its removal of this action, Nationstar states as follows:

I. **Procedural Background**

1. On February 28, 2024, Plaintiffs Richardo Salom, Catherine Palazzo as assignee for Ruben Palazzo, and Peter Hackinen, on their own behalf and on behalf of other similarly situated persons ("Plaintiffs") filed a Complaint ("Compl.") against Nationstar Mortgage LLC d/b/a Champion Mortgage, Champion Mortgage Company, Champion Mortgage Company LLC, Champion Mortgage Company of Texas, Champion Mortgage Company of Ohio, Mr. Cooper, Nationstar, Nationstar Mortgage, Nationstar Mortgage LLC, Rightpath Loan Servicing, Rightpath Servicing, and Rushmore Servicing, in the Superior Court of King County, Washington (the "State Court Action").  The State Court Action was assigned Case No. 24-2-04553-8 SEA.

2. Nationstar was served with the Complaint on March 4, 2024.

3. This case was brought by Plaintiffs against Defendants.  Compl., ¶¶ 1-18.

4. The other defendants, Mr. Cooper, Nationstar, Nationstar Mortgage, Nationstar Mortgage LLC, Rightpath Loan Servicing, Rightpath Servicing, and Rushmore Servicing, have not yet been served.  *See* State Court Docket.

II. **Parties**

5. Plaintiff Richardo Salom is a resident of the State of Washington.  Compl., ¶ 21.

6. Plaintiff Catherine Palazzo is a resident of the State of Maryland.  Compl., ¶ 22.

7. Plaintiff Peter Hackinen is a resident of the State of Maryland.  Compl., ¶ 23.

8. Nationstar is a Delaware Limited Liability Company, and is an indirect, wholly owned subsidiary of a publicly traded company, Mr. Cooper Group Inc. ("Mr. Cooper"), a Delaware corporation.  Nationstar is directly owned by two entities: (1) Nationstar Sub1 LLC

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION
MORTGAGE'S NOTICE OF REMOVAL
PAGE 2

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

("Sub1") (99%) and (2) Nationstar Sub2 LLC ("Sub2") (1%). Both Sub1 and Sub2 are Delaware limited liability companies. Sub1 and Sub2 are both 100% owned by Nationstar Mortgage Holdings Inc. ("NSM Holdings"). NSM Holdings is incorporated in Delaware and has its principal place of business in Texas. NSM Holdings is a wholly owned subsidiary of Mr. Cooper. More than 10% of the stock of Mr. Cooper is owned by BlackRock, Inc., a Delaware corporation, and certain of its affiliates.

**III.     Federal Question Jurisdiction**

9.     In their Complaint, Plaintiffs allege that Nationstar violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692, *et seq.* ("FDCPA") by charging and collecting illegal payoff statement fees ("Payoff Fees") when borrowers requested payoff statements. Compl., ¶¶ 2, 26-35. As relief, Plaintiffs seek actual, statutory and punitive damages in an unspecified amount, and attorney's fees and costs. Compl., Prayer for Relief, ¶¶ 3-7.

10.    This Court has original jurisdiction over all civil actions arising under federal law. 28 U.S.C. § 1331. Thus, the Complaint presents a federal question pursuant to 28 U.S.C. § 1331 for purposes of removal.

11.    A defendant may remove a case from state court to federal court if the federal court has original jurisdiction over the case. *See* 28 U.S.C. § 1441(a). A case may be removed to federal court if it could have been brought in federal court originally. 28 U.S.C. § 1441; *see also Beneficial Nat'l Bank v. Anderson*, 539 U.S. 1, 6 (2003).

12.    Federal courts can hear "all cases, in law and equity, arising under this Constitution, [and] the laws of the United States . . . " U.S. Const., Art III, Sec 2. This clause has been interpreted broadly and courts have found that this clause allows federal courts to hear any case in which there is a federal ingredient. *Osborn v. Bank of the United States*, 22 U.S. 738 (1824). Additionally, 28 U.S.C. § 1331 gives federal courts jurisdiction only to hear those cases which arise under federal law. A "suit arises under the law that creates the cause of action." *Am. Well Works v. Layne*, 241 U.S. 257 (1916).

13.    This Court has federal question jurisdiction over this action because the allegations asserted by Plaintiffs in their Complaint involve questions that will require resolution of disputed

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION
MORTGAGE'S NOTICE OF REMOVAL
PAGE 3

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

issues arising under federal law. Specifically, this case qualifies for federal question jurisdiction and is removable because Plaintiffs' Complaint alleges a violation of the FDCPA.

14. If any questions arise as to the proprietary of the removal of this action, Nationstar requests the opportunity to present a brief and argument in support of its position that this case is removable.

**IV.     Supplemental Jurisdiction**

15. In addition to a claim under the FDCPA, Plaintiffs assert claims under Washington and Maryland state law. Plaintiff alleges violations of the Maryland Consumer Debt Collection Act, Md. Code, Com. L. § 14-202, *et seq.* ("MCDCA"), the Washington State Consumer Agency Act, R.C.W. §§ 19.86, *et seq* ("WCPA"), and the Washington State Collection Agency Act, R.C.W. § 19.16.250 *et seq.* ("WCAA"). Compl., ¶¶ 36-52.

16. The state law claim stems from the same facts as the FDCPA claim. All the claims arise from the same alleged imposition and collection of Payoff Fees that Plaintiffs claim violate the FDCPA.

17. Because this Court has federal question jurisdiction over the Plaintiffs' FDCPA claim, it should exercise jurisdiction over the state law claims, which arise from the same facts. *See Nalan v. Access Finance, Inc.*, 5:20-cv-02785-EJB, 2020 WL 6270945, at *4 (N.D. Cal. Oct. 23, 2020) ("state and federal law claims must 'derive from a common nucleus of operative fact' in order for the court to exercise supplemental jurisdiction over the state law claims."); *Watts v. Enhanced Recovery Corp.*, No. 10-CV-02606-LHK, 2010 WL 3448508, *2 (N.D. Cal. Sept. 1, 2010) ("Plaintiff's complaint asserts claims under the federal Fair Debt Collection Practices Act . . . ., the federal Consumer Credit Reporting Agencies Act . . ., and the federal Telephone Consumer Protection Act . . . . Plaintiff's action clearly arises under federal law, and this Court has supplemental jurisdiction over the remaining state law claims under 28 U.S.C. § 1367."); *Mackintosh v. Lyft, Inc.*, No. 2:19-cv-1849-MCE-KJN PS, 2019 U.S. Dist. LEXIS 190252, *6 (E.D. Cal. Nov. 1, 2019) ("Plaintiff's numerous state-law claims appear to arise out of the same nucleus of facts as his federal claims, and so the Court maintains supplemental jurisdiction over the state-law claims. 28 U.S.C. § 1367").

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION
MORTGAGE'S NOTICE OF REMOVAL
PAGE 4

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

**V.     Venue**

18. Pursuant to 28 U.S.C. § 1446(a), this Notice of Removal is being filed in the United States District Court for the Western District of Washington, which is the district in which the State Court Action was filed. Accordingly, venue is proper.

**VI.    The Remaining Requirements for Removal Are Satisfied.**

19. Removal is timely under 28 U.S.C. § 1446(b)(1) because Nationstar has removed the State Court Action within 30 days of service of the Complaint and the Notice is being filed within one (1) year of the date of commencement of the action for removal purposes.

20. This Notice of Removal is signed pursuant to Fed. R. Civ. P. 11, in compliance with 28 U.S.C. § 1446(a).

21. Copies of all process, pleadings, and orders served upon Nationstar in the State Court Action are attached hereto as **Exhibit A**, in compliance with 28 U.S.C. § 1446(a).

22. This Notice of Removal is being served on all adverse parties as required by 28 U.S.C. § 1446(d).

23. "All defendants **who have been properly joined and served** must join in or consent to the removal of the action." 28 U.S.C. 1446(b)(2) (emphasis added); *see also Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) (noting that "a party not served need not be joined" in a petition for removal). While the remaining defendants listed at paragraph 4 above have not been properly served; they have all consented to removal.

24. By filing this Notice of Removal, Nationstar does not waive and expressly reserves any defenses that may be available to it (including without limitation defenses relating to jurisdiction) and does not concede that the allegations in the Complaint state a valid claim under any applicable law.

25. Nationstar reserves the right to submit at an appropriate time and under appropriate confidentiality protections factual support, evidence, and affidavits to support the foregoing bases for federal jurisdiction, should additional information or evidence become necessary.

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION
MORTGAGE'S NOTICE OF REMOVAL
PAGE 5

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

26. Nationstar reserves the right to supplement or amend the foregoing Notice of Removal to add other bases for federal jurisdiction that become apparent as a result of any amended complaint filed by Plaintiffs in this Action.

WHEREFORE, having met all the requirements for removal under 28 U.S.C. §§ 1441 and 1446, including all the jurisdictional requirements of 28 U.S.C. § 1331, Nationstar, respectfully removes this case from the Superior Court of Kern County, Washington, to the United States District Court for the Western District of Washington, and seeks whatever further relief this Court deems equitable and just.

Dated: April 2, 2024.

TROUTMAN PEPPER
HAMILTON SANDERS LLP

By: */s/ Thomas N. Abbott*
Thomas N. Abbott (WSBA No. 53024)
100 SW Main Street, Suite 1000
Portland, Oregon 97204
Telephone: 503.290.2322
Email: thomas.abbott@troutman.com

Justin D. Balser (WSBA No. 56577)
5 Park Plaza, Suite 1400
Irvine, California 92614
Telephone: 949.622.2700
Facsimile: 949.622.2739
Email: justin.balser@troutman.com

ATTORNEYS FOR DEFENDANT
NATIONSTAR MORTGAGE LLC D/B/A
CHAMPION MORTGAGE

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION
MORTGAGE'S NOTICE OF REMOVAL
PAGE 6

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

## **VERIFICATION**

Pursuant to Western District of Washington Local Civil Rule 101(c), the undersigned counsel for Nationstar, hereby verifies that the documents attached hereto as Exhibit A are true and complete copies of all the records and proceedings in the state court proceeding.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED at Portland, Oregon on this 2nd day of April, 2024.

*/s/ Thomas N. Abbott*
Thomas N. Abbott, WSBA

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE'S NOTICE OF REMOVAL
PAGE 7

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

## CERTIFICATE OF SERVICE

I hereby certify that on this April 2, 2024, a copy of the foregoing document was served on all of the parties as stated below:

| | |
|---|---|
| Christina L. Henry<br>chenry@hdm-legal.com<br>SEATTLE CONSUMER JUSTICE, P.S.<br>10728 16th Ave SW.<br>Seattle, WA 98146<br><br>Phillip R. Robinson<br>phillip@marylandconsumer.com<br>CONSUMER LAW CENTER, LLC<br>10125 Colesville Road, Ste 378<br>Silver Spring, MD 20901<br><br>*Attorneys for Plaintiffs* | ☒ via efiling/email<br>☐ via personal service<br>☒ via US Mail<br>☐ via fax |

DATED this 2nd day of April, 2024.

                                        */s/ Evelyn Duarte*

NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE'S NOTICE OF REMOVAL
PAGE 8

170092329v1

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405