UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE, CHAMPION MORTGAGE COMPANY, CHAMPION MORTGAGE COMPANY LLC, CHAMPION MORTGAGE COMPANY OF TEXAS, CHAMPION MORTGAGE OF OHIO, MR. COOPER, NATIONSTAR, NATIONSTAR MORTGAGE, NATIONSTAR MORTGAGE LLC, RIGHTPATH LOAN SERVICING, RIGHTPATH SERVICING, RUSHMORE LOAN SERVICING, AND RUSHMORE SERVICING,<br><br>Defendants. | Case No. 2:24-cv-00444-MJP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiffs Richardo Salom, Catherine Palazzo as assignee for Ruben Palazzo, and Peter Hackinen ("Plaintiffs") and Defendant Nationstar Mortgage LLC ("Nationstar" or "Defendant"), by and through their respective counsel of record, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-reference action is extended to May 9, 2024.

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 1

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614
949.622.2700

170357418v2

Dated: April 5, 2024.

| SEATTLE CONSUMER JUSTICE, P.S. | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|

By: */s/ Christina L. Henry*
    Christina L. Henry (WSBA No. 31273)
    10728 16th Avenue SW
    Seattle, WA 98146
    Telephone: 206.330.0595
    Email: chenry@hdm-legal.com

ATTORNEY FOR PLAINTIFFS RICHARDO SALOM, CATHERINE PALAZZO AS ASSIGNEE FOR RUBEN PALAZZO, AND PETER HACKINEN, ON THEIR OWN BEHALF AND ON BEHALF OF OTHER SIMILARLY SITUATED PERSONS

By: */s/ Thomas N. Abbott*
    Thomas N. Abbott (WSBA No. 53024)
    100 SW Main Street, Suite 1000
    Portland, Oregon 97204
    Telephone: 503.290.2322
    Email: thomas.abbott@troutman.com

    Justin D. Balser (WSBA No. 56577)
    5 Park Plaza, Suite 1400
    Irvine, California 92614
    Telephone: 949.622.2700
    Facsimile: 949.622.2739
    Email: justin.balser@troutman.com

ATTORNEYS FOR DEFENDANT NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE

CONSUMER LAW CENTER, LLC

By: */s/ Phillip R. Robinson*
    Phillip R. Robinson (*Admitted Pro Hac Vice*)
    10125 Coleville Road, Suite 378
    Silver Spring, MD 20901
    Telephone: 301.448.1304
    Email: phillip@marylandconsumer.com

ATTORNEY FOR PLAINTIFFS RICHARDO SALOM, CATHERINE PALAZZO AS ASSIGNEE FOR RUBEN PALAZZO, AND PETER HACKINEN, ON THEIR OWN BEHALF AND ON BEHALF OF OTHER SIMILARLY SITUATED PERSONS

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 2

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614
949.622.2700

170357418v2

IT IS SO ORDERED.

Dated this ____ of April, 2024.

                                                _____
                                                United States District Judge
                                                Marsha J. Pechman

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT - 3

Troutman Pepper Hamilton Sanders LLP
5 Park Plaza
Suite 1400
Irvine, CA 92614
949.622.2700

170357418v2