IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons*,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC d/b/a CHAMPION MORTGAGE<br><br>And<br><br>FEDERAL HOME LOAN MORTGAGE ASSOCIATION, *on its own behalf and on behalf of similarly situated persons*,<br><br>Defendants. | Case No. 2:24-cv-00444-BJR<br><br>**ORDER GRANTING DEFENDANTS REQUEST FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT AND SUBMIT RULE 26(f) REPORT** |

ORDER - 1
(Case No. 2:24-cv-00444-BJR)

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405

THIS MATTER having come before the Court upon Nationstar Mortgage LLC d/b/a Champion Mortgage Company ("Nationstar") and Federal Home Loan Mortgage Corporation's [*erroneously sued as Federal Home Loan Mortgage Association*] ("Freddie Mac") (collectively, "Defendants") request of the following extensions of time:

1. Nationstar's time to respond to the Amended Complaint by seven days through and including June 20, 2024 to match the response deadline of Freddie Mac; and

2. The date by which the Parties shall submit the Combined Joint Status Report and Discovery Plan from June 17, 2024 to July 22, 2024,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that:

- Nationstar's deadline to respond to the Amended Complaint of Plaintiffs RICHARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN is extended through and including June 20, 2024.

- The Parties' deadline to submit their joint report pursuant to Fed. R. Civ. P. 26(f) is extended through and including July 22, 2024

DATED this 11th day of June, 2024.

_____
Honorable Barbara J. Rothstein

Presented by:

*/s/ Thomas N. Abbott*
Thomas N. Abbott (WSB # 53024)
100 SW Main Street, Suite 1000
Portland, Oregon 97204
Telephone: 503.290.2322
Email: thomas.abbott@troutman.com

Attorneys for Defendants
NATIONSTAR MORTGAGE LLC d/b/a
CHAMPION MORTGAGE COMPANY

ORDER - 2
(Case No. 2:24-cv-00444-BJR)

TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322T: / F: 503.290.2405