UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons*,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00444-MJP<br><br>**PRAECIPE TO APPENDIX (DKT No. 13-1)** |

Plaintiffs Ricardo Salom, Catherine Palazzo as assignee for Ruben Palazzo, and Peter Hackinen, *on their own behalf and on behalf of other similarly situated persons* ("Plaintiffs"), through counsel, request that the court accept the attached Praecipe to add page numbers to the documents in the Appendix to the Plaintiffs' Motion to Take Judicial Notice filed on April 17, 2024, Dkt No. 13-1. *See* Attached Ex. A

DATED July 17, 2024      /s/ *Christina L. Henry*
Christina L Henry, WSBA 31273
SEATTLE CONSUMER JUSTICE, P.S.
Counsel for Plaintiffs
10728 16th Ave SW
Seattle, WA 98146
206-330-0595
chenry@hdm-legal.com