The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-00444-BJR<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF** |

THIS MATTER has come before the Court upon Plaintiffs RICHARDO SALOM, CATHERINE PALAZZO, *on their own behalf and on behalf of other similarly situated persons* ("Plaintiffs"), requesting that the Court grant their Motion for Leave to File Overlength Brief to file Plaintiffs' Motion for Class Certification to Nationstar ("Motion") pursuant to LCR 7(f) and the Court's Standing Order (ECF. 16). Now that the Court has reviewed the pleadings and supporting documents, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Plaintiffs' Motion is GRANTED, and Plaintiffs shall promptly file their Motion for Class Certification and Statement of Material Facts in Support of Class Certification presented in their motion along with their Continued Appendix of Exhibits.

2. Defendants may file a commensurate response.

DATED this 22nd day of July, 2024.

*[signature]*

Honorable Barbara J. Rothstein

Presented by:

SEATTLE CONSUMER JUSTICE, P.S.

By: */s/ Christina L. Henry*
Christina L. Henry (WSBA No. 31273)
10728 16th Avenue SW
Seattle, WA 98146
Telephone: 206.330.0595
Email: chenry@hdm-legal.com

CONSUMER LAW CENTER, LLC

By: */s/ Phillip R. Robinson*
Phillip R. Robinson (*Admitted Pro Hac Vice*)
1220 Blair Mill Road, Suite 1105
Silver Spring, MD 20901
Telephone: 301.448.1304
Email: phillip@marylandconsumer.com

ATTORNEYS FOR PLAINTIFFS RICHARDO SALOM, CATHERINE PALAZZO AS ASSIGNEE FOR RUBEN PALAZZO, AND PETER HACKINEN, ON THEIR OWN BEHALF AND ON BEHALF OF OTHER SIMILARLY SITUATED PERSONS