The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC<br><br>And<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, *on its own behalf and on behalf of similarly situated persons*<br><br>Defendants. | Case No. 2:24-cv-00444-BJR<br><br>**EXHIBIT C TO PLAINTIFFS' OPPOSITION TO NATIONSTAR'S MOTION FOR JUDGMENT ON THE PLEADINGS** |

Instrument Number: 20240425000403  Document:AST Rec: $18.00 Page-1 of 1
Record Date:4/25/2024 11:28 AM
Electronically Recorded  King County, WA

Return To:
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

**Loan Number 0596871923**

### SUBSTITUTION OF TRUSTEE

.

**WHEREAS, PETER D HACKINEN** was the original Trustor, **PACIFIC NORTHWEST TITLE CO** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR HORIZON HOME LOAN CORPORATION, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS** was the designated nominee of the original Beneficiary under that certain Deed of Trust dated 12/20/2006, in the amount of $280,000.00, and recorded in **KING** County, **Washington**, under **Auditor File # 20061228002015**.

  PTN LOT 7, BLK 3, ALLENDALE ADDITION, VOL 12, PG 95

  Parcel ID # 016400-0163-05

WHEREAS, the undersigned is the present Beneficiary under said Deed of Trust and WHEREAS, the undersigned desires to substitute a new Trustee under Deed of Trust in place and stead of said original Trustee thereunder.

NOW, THEREFORE, the undersigned hereby substitutes **NATIONWIDE TITLE CLEARING, LLC**, a Washington limited liability company, as Trustee under said Deed of Trust.

**Dated this 25th day of April in the year 2024**
**THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FA1, by NATIONSTAR MORTGAGE LLC, its Attorney-in-Fact**

_____

**ALAN BAKER**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 25th day of April in the year 2024, by Alan Baker as VICE PRESIDENT of NATIONSTAR MORTGAGE LLC as Attorney-in-Fact for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2007-FA1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FA1, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**JULIE MARTENS**
**COMM EXPIRES: 5/22/2026**



JULIE MARTENS
Notary Public - State of Florida
Commission # HH 243030
My Comm. Expires May 22, 2026
Bonded through National Notary Assn.

NSMRC 440921939  MRC    DOCR T252404-12:18:58 [C-2]  ERCNWA1

*D0105654909*

Instrument Number: 20240425000404 Document:FR Rec: $303.50 Page-1 of 1
Record Date:4/25/2024 11:28 AM
Electronically Recorded King County, WA

Return To:
Nationstar Mortgage LLC
C/O Nationwide Title Clearing, LLC
2100 Alt. 19 North
Palm Harbor, FL 34683

Loan Number 0596871923

# DEED OF RECONVEYANCE

**WHEREAS, PETER D HACKINEN** was the original Trustor, **PACIFIC NORTHWEST TITLE CO** was the original Trustee, and **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS DESIGNATED NOMINEE FOR HORIZON HOME LOAN CORPORATION, BENEFICIARY OF THE SECURITY INSTRUMENT, ITS SUCCESSORS AND ASSIGNS** was the designated nominee of the original Beneficiary under that certain Deed of Trust dated 12/20/2006, in the amount of $280,000.00, and recorded in **KING** County, **Washington**, under **Auditor File # 20061228002015**.

PTN LOT 7, BLK 3, ALLENDALE ADDITION, VOL 12, PG 95

Parcel ID # 016400-0163-05

**NATIONWIDE TITLE CLEARING, LLC**, as successor Trustee under said Deed of Trust and as successor Trustee, having received from the present Beneficiary under said Deed of Trust a written request to reconvey, reciting that the obligation(s) secured by the Deed of Trust have been fully satisfied, does hereby grant, bargain, sell and reconvey, unto the parties entitled thereto all right, title and interest which was heretofore acquired by said Trustee under said Deed of Trust.

Dated this 25th day of April in the year 2024

**NATIONWIDE TITLE CLEARING, LLC**

_____
**LAUREN ASTLE**
**VICE PRESIDENT**

STATE OF FLORIDA
COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 25th day of April in the year 2024, by Lauren Astle as VICE PRESIDENT of NATIONWIDE TITLE CLEARING, LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

_____
**JULIE MARTENS**
**COMM EXPIRES: 5/22/2026**

JULIE MARTENS
Notary Public - State of Florida
Commission # HH 243030
My Comm. Expires May 22, 2026
Bonded through National Notary Assn.

NSMRC 440921939  MRC    DOCR T252404-12:18:58 [C-2]  ERCNWA1

*D0105654909*