# EXHIBIT 3

## APPENDIX 3.0 - POST-ENDORSEMENT FEES AND CHARGES BY LOCATION (APPLIES TO SERVICING ONLY) (04/18/2023)

**Philadelphia HOC**

| Type of Service | CT | DE | DC | ME | MD | MA | MI | NH | NJ | NY |
|---|---|---|---|---|---|---|---|---|---|---|
| Substitution of Hazard Insurance Policy | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Returned Check* | $25 | $15 | $15 | $25 | $15 | $25 | $20 | $25 | $20 | $20 |
| Modification of performing Mortgage | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| Modification of the mortgaged Property | $100 | $110 | $110 | $100 | $110 | $100 | $150 | $100 | $100 | $100 |
| Incorporating a Borrower's name change into the Servicer's loan system | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Re-analyzing escrow accounts and providing new coupon books | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Copy of Mortgage Note | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Closing Disclosure** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Amortization Schedule** | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Replacement Coupon Books | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Verification of Mortgage | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 |
| Copy of Year-End Statement | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Transmittal of Payoff Statement via Facsimile | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Additional Payoff Statements*** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |

\* Unless prohibited by the Borrower's bank, the Mortgagee must present the check for payment twice before it can be deemed "uncollectible" when returned unpaid.

\*\*other than the statement or schedule provided at closing

**Appendix 3.0 – Post-Endorsement Fees and Charges by Location (Applies to Servicing Only) (04/18/2023)**

\*\*\* after two payoff statements have been provided free of charge for the calendar year

| Type of Service | OH | PA | RI | VT | VA | WV |
|---|---|---|---|---|---|---|
| Substitution of Hazard Insurance Policy | $10 | $10 | $10 | $10 | $10 | $10 |
| Returned Check* | $20 | $15 | $25 | $25 | $15 | $15 |
| Modification of performing Mortgage | $50 | $50 | $50 | $50 | $50 | $50 |
| Modification of the mortgaged Property | $100 | $110 | $100 | $100 | $110 | $110 |
| Incorporating a Borrower's name change into the Servicer's loan system | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Re-analyzing escrow accounts and providing new coupon books | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Copy of Mortgage Note | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Closing Disclosure** | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Amortization Schedule** | $15 | $15 | $15 | $15 | $15 | $15 |
| Replacement Coupon Books | $5 | $5 | $5 | $5 | $5 | $5 |
| Verification of Mortgage | $20 | $20 | $20 | $20 | $20 | $20 |
| Copy of Year-End Statement | $5 | $5 | $5 | $5 | $5 | $5 |
| Transmittal of Payoff Statement via Facsimile | $5 | $5 | $5 | $5 | $5 | $5 |
| Additional Payoff Statements*** | $10 | $10 | $10 | $10 | $10 | $10 |

\* Unless prohibited by the Borrower's bank, the Mortgagee must present the check for payment twice before it can be deemed "uncollectible" when returned unpaid.
\*\*other than the statement or schedule provided at closing
\*\*\* after two payoff statements have been provided free of charge for the calendar year

**Appendix 3.0 – Post-Endorsement Fees and Charges by Location (Applies to Servicing Only) (04/18/2023)**

### Atlanta HOC

| Type of Service | AL | FL | GA | KY | IL | IN | MS | NC | PR | SC |
|---|---|---|---|---|---|---|---|---|---|---|
| Substitution of Hazard Insurance Policy | $10 | $15 | $10 | $10 | $10 | $10 | $7.50 | $7.50 | $10 | $15 |
| Returned Check* | $10 | $20 | $15 | $15 | $20 | $25 | $15 | $15 | $15 | $20 |
| Modification of performing Mortgage | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| Modification of the mortgaged Property | $100 | $100 | $125 | $100 | $100 | $100 | $100 | $150 | $100 | $100 |
| Incorporating a Borrower's name change into the Servicer's loan system | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Re-analyzing escrow accounts and providing new coupon books | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Copy of Mortgage Note | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Closing Disclosure** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Amortization Schedule** | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Replacement Coupon Books | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Verification of Mortgage | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 |
| Copy of Year-End Statement | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Transmittal of Payoff Statement via Facsimile | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Additional Payoff Statements*** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |

\* Unless prohibited by the Borrower's bank, the Mortgagee must present the check for payment twice before it can be deemed "uncollectible" when returned unpaid.
\*\*other than the statement or schedule provided at closing
\*\*\* after two payoff statements have been provided free of charge for the calendar year

**Appendix 3.0 – Post-Endorsement Fees and Charges by Location (Applies to Servicing Only) (04/18/2023)**

| Type of Service | TN | VI |
|---|---|---|
| Substitution of Hazard Insurance Policy | $7.50 | $10 |
| Returned Check* | $20 | $10 |
| Modification of performing Mortgage | $50 | $50 |
| Modification of the mortgaged Property | $150 | $100 |
| Incorporating a Borrower's name change into the Servicer's loan system | No Charge | No Charge |
| Re-analyzing escrow accounts and providing new coupon books | No Charge | No Charge |
| Copy of Mortgage Note | $10 | $10 |
| Copy of Closing Disclosure** | $10 | $10 |
| Copy of Amortization Schedule** | $15 | $15 |
| Replacement Coupon Books | $5 | $5 |
| Verification of Mortgage | $20 | $20 |
| Copy of Year-End Statement | $5 | $5 |
| Transmittal of Payoff Statement via Facsimile | $5 | $5 |
| Additional Payoff Statements*** | $10 | $10 |

* Unless prohibited by the Borrower's bank, the Mortgagee must present the check for payment twice before it can be deemed "uncollectible" when returned unpaid.
**other than the statement or schedule provided at closing
*** after two payoff statements have been provided free of charge for the calendar year

**Appendix 3.0 – Post-Endorsement Fees and Charges by Location (Applies to Servicing Only) (04/18/2023)**

**Denver HOC**

| Type of Service | AR | CO | IA | KS | LA | MO | MN | MT | NE | NM |
|---|---|---|---|---|---|---|---|---|---|---|
| Substitution of Hazard Insurance Policy | $10 | $10.50 | $10 | $10 | $10 | $10 | $10 | $10.50 | $10 | $10 |
| Returned Check* | $25 | $15 | $15 | $15 | $25 | $15 | $20 | $15 | $15 | $15 |
| Modification of performing Mortgage | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| Modification of the mortgaged Property | $110 | $100 | $100 | $100 | $110 | $100 | $100 | $100 | $100 | $110 |
| Incorporating a Borrower's name change into the Servicer's loan system | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Re-analyzing escrow accounts and providing new coupon books | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Copy of Mortgage Note | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Closing Disclosure** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Amortization Schedule** | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Replacement Coupon Books | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Verification of Mortgage | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 |
| Copy of Year-End Statement | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Transmittal of Payoff Statement via Facsimile | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Additional Payoff Statements*** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |

\* Unless prohibited by the Borrower's bank, the Mortgagee must present the check for payment twice before it can be deemed "uncollectible" when returned unpaid.
\*\*other than the statement or schedule provided at closing
\*\*\* after two payoff statements have been provided free of charge for the calendar year

**Appendix 3.0 – Post-Endorsement Fees and Charges by Location (Applies to Servicing Only) (04/18/2023)**

| Type of Service | ND | OK | SD | TX | WI | WY | UT |
|---|---|---|---|---|---|---|---|
| Substitution of Hazard Insurance Policy | $10.50 | $10 | $10.50 | $10 | $10 | $10.50 | $10.50 |
| Returned Check* | $15 | $25 | $15 | $25 | $20 | $15 | $15 |
| Modification of performing Mortgage | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| Modification of the mortgaged Property | $100 | $110 | $100 | $110 | $100 | $100 | $100 |
| Incorporating a Borrower's name change into the Servicer's loan system | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Re-analyzing escrow accounts and providing new coupon books | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Copy of Mortgage Note | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Closing Disclosure** | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Amortization Schedule** | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Replacement Coupon Books | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Verification of Mortgage | $20 | $20 | $20 | $20 | $20 | $20 | $20 |
| Copy of Year-End Statement | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Transmittal of Payoff Statement via Facsimile | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Additional Payoff Statements*** | $10 | $10 | $10 | $10 | $10 | $10 | $10 |

\* Unless prohibited by the Borrower's bank, the Mortgagee must present the check for payment twice before it can be deemed "uncollectible" when returned unpaid.
\*\*other than the statement or schedule provided at closing
\*\*\* after two payoff statements have been provided free of charge for the calendar year

**Appendix 3.0 – Post-Endorsement Fees and Charges by Location (Applies to Servicing Only) (04/18/2023)**

### Santa Ana HOC

| Type of Service | AK | AZ | CA | HI | ID | NV | OR | WA | Pacific Islands |
|---|---|---|---|---|---|---|---|---|---|
| Substitution of Hazard Insurance Policy | $15 | $10 | $10 | $10 | $15 | $10 | $15 | $15 | $10 |
| Returned Check* | $15 | $15 | $15 | $15 | $20 | $15 | $15 | $15 | $15 |
| Modification of performing Mortgage | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 | $50 |
| Modification of the mortgaged Property | $125 | $100 | $100 | $100 | $125 | $100 | $125 | $125 | $100 |
| Incorporating a Borrower's name change into the Servicer's loan system | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Re-analyzing escrow accounts and providing new coupon books | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge | No Charge |
| Copy of Mortgage Note | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Closing Disclosure** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |
| Copy of Amortization Schedule** | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 | $15 |
| Replacement Coupon Books | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Verification of Mortgage | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 | $20 |
| Copy of Year-End Statement | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Transmittal of Payoff Statement via Facsimile | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 | $5 |
| Additional Payoff Statements*** | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 | $10 |

* Unless prohibited by the Borrower's bank, the Mortgagee must present the check for payment twice before it can be deemed "uncollectible" when returned unpaid.

**other than the statement or schedule provided at closing

*** after two payoff statements have been provided free of charge for the calendar year