# EXHIBIT 5

CLOSED,JURYDEMAND,STAYED

# U.S. District Court
## United States District Court for the Western District of Washington (Seattle)
## CIVIL DOCKET FOR CASE #: 2:15-cv-01808-TSZ

Garcia v. Nationstar Mortgage LLC  
Assigned to: Judge Thomas S. Zilly  
Cause: 15:1692 Fair Debt Collection Act

Date Filed: 11/17/2015  
Date Terminated: 10/26/2018  
Jury Demand: Both  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: Federal Question

**Plaintiff**

**Juanita Garcia**  
*individually and on behalf of all others similarly situated*

represented by **Benjamin H Richman**  
EDELSON PC (IL)  
350 N LASALLE ST, 14TH FL  
CHICAGO, IL 60654  
312-589-6377  
Email: brichman@edelson.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**D. Frank Davis**  
DAVIS & NORRIS LLP  
2154 HIGHLAND AVENUE SOUTH  
BIRMINGHAM, AL 35205  
205-930-9900  
Email: fdavis@davisnorris.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Rafey S Balabanian**  
EDELSON PC (SF)  
150 CALIFORNIA ST  
STE 18TH FLOOR  
SAN FRANCISCO, CA 94111  
415-212-9300  
Email: rbalabanian@edelson.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*

**Wesley W Barnett**  
DAVIS & NORRIS LLP  
2154 HIGHLAND AVENUE SOUTH  
BIRMINGHAM, AL 35205  
205-930-9976  
Email: wbarnett@davisnorris.com  
*LEAD ATTORNEY*  
*PRO HAC VICE*

|  |  | *ATTORNEY TO BE NOTICED*<br><br>**J Dominick Larry**<br>NICK LARRY LAW LLC<br>1720 W DIVISION ST<br>CHICAGO, IL 60622<br>773-694-4669<br>Fax: 773-694-4691<br>Email: nick@nicklarry.law<br>*TERMINATED: 03/31/2017*<br>*PRO HAC VICE*<br><br>**Clifford A Cantor**<br>627 208TH AVE SE<br>SAMMAMISH, WA 98074-7033<br>425-868-7813<br>Fax: 425-868-7870<br>Email: cliff.cantor@outlook.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Nationstar Mortgage LLC**<br>*a Delaware limited liability company* | represented by | **Erik Kemp**<br>SEVERSON & WERSON<br>ONE EMBARCADERO CENTER<br>26TH FLOOR<br>SAN FRANCISCO, CA 94111<br>415-398-3344<br>Email: ek@severson.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kalama M Lui-Kwan**<br>SEVERSON & WERSON<br>ONE EMBARCADERO CTR<br>STE 2600<br>SAN FRANCISCO, CA 94111<br>415-398-3344<br>Email: kml@severson.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gurinder Singh Grewal**<br>SEVERSON & WERSON<br>ONE EMBARCADERO CTR<br>STE 2600<br>SAN FRANCISCO, CA 94111<br>415-398-3344<br>Email: gsg@severson.com<br>*TERMINATED: 02/26/2018* |

|  |  |
|---|---|
|  | *PRO HAC VICE* |
|  | **John Alan Knox**<br>WILLIAMS KASTNER AND GIBBS (SEA)<br>TWO UNION SQUARE<br>601 UNION ST STE 4100<br>SEATTLE, WA 98101<br>206-628-6600<br>Fax: 206-628-6611<br>Email: jknox@williamskastner.com<br>*ATTORNEY TO BE NOTICED* |
|  | **Mary Kate Kamka**<br>SEVERSON & WERSON<br>ONE EMBARCADERO CTR<br>STE 2600<br>SAN FRANCISCO, CA 94111<br>415-398-3344<br>Email: mkk@severson.com<br>*TERMINATED: 10/30/2018*<br>*PRO HAC VICE* |

V.

**Interested Party**

| Sherlie Charlot | represented by | **Dean N Kawamoto**<br>KELLER ROHRBACK LLP (WA)<br>1201 3RD AVE<br>STE 3400<br>SEATTLE, WA 98101-3052<br>206-442-1563<br>Email: dkawamoto@kellerrohrback.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
|  |  | **Derek W Loeser**<br>KELLER ROHRBACK LLP (WA)<br>1201 3RD AVE<br>STE 3200<br>SEATTLE, WA 98101-3052<br>206-623-1900<br>Email: dloeser@kellerrohrback.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | **Gretchen S Obrist**<br>KELLER ROHRBACK LLP (WA)<br>1201 3RD AVE<br>STE 3200<br>SEATTLE, WA 98101-3052<br>206-623-1900<br>Email: gobrist@kellerrohrback.com |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ian J. Mensher**
KELLER ROHRBACK LLP (WA)
1201 3RD AVE
STE 3200
SEATTLE, WA 98101-3052
206-623-1900 x 2256
Email: imensher@kellerrohrback.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2015 | 1 | COMPLAINT against defendant(s) Nationstar Mortgage LLC with JURY DEMAND (Receipt # 0981-4235748) Attorney Clifford A Cantor added to party Juanita Garcia(pty:pla), filed by Juanita Garcia. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(Cantor, Clifford) (Entered: 11/17/2015) |
| 11/18/2015 | | Judge Thomas S. Zilly added. (DJ) (Entered: 11/18/2015) |
| 11/18/2015 | 2 | Summons electronically issued as to defendant(s) Nationstar Mortgage LLC. (DJ) (Entered: 11/18/2015) |
| 11/22/2015 | 3 | MOTION to Certify Class *and allow supplementation* by Plaintiff Juanita Garcia. Oral Argument Requested. (Attachments: # 1 Decl. of D. Frank Davis, # 2 Proposed Order) Noting Date 5/13/2016, (Cantor, Clifford) (Entered: 11/22/2015) |
| 11/30/2015 | 4 | ORDER REGARDING INITIAL DISCLOSURES AND JOINT STATUS REPORT Joint Status Report due by 1/29/2016, FRCP 26f Conference Deadline is 1/15/2016, Initial Disclosure Deadline is 1/29/2016, by Judge Thomas S. Zilly. (KD) (Entered: 11/30/2015) |
| 12/23/2015 | 5 | WAIVER OF SERVICE of summons (Cantor, Clifford) (Entered: 12/23/2015) |
| 01/04/2016 | 6 | NOTICE of Appearance by attorney John Alan Knox on behalf of Defendant Nationstar Mortgage LLC. (Knox, John) (Entered: 01/04/2016) |
| 01/05/2016 | 7 | CORPORATE DISCLOSURE STATEMENT Filed pursuant to Fed.R.Civ.P 7.1. Filed by Nationstar Mortgage LLC (Knox, John) (Entered: 01/05/2016) |
| 01/12/2016 | 8 | APPLICATION OF ATTORNEY Erik W. Kemp FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Nationstar Mortgage LLC (Fee Paid) Receipt No. 0981-4298557 (Knox, John) (Entered: 01/12/2016) |
| 01/13/2016 | 9 | ORDER re 8 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Erik Kemp for Nationstar Mortgage LLC, by Clerk William M McCool. No document associated with this docket entry, text only. *NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(cda) (Entered: 01/13/2016) |
| 01/15/2016 | 10 | APPLICATION OF ATTORNEY F. Frank Davis FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Juanita Garcia (Fee Paid) Receipt No. 0981-4303576 (Cantor, Clifford) (Entered: 01/15/2016) |

| | | |
|---|---|---|
| 01/15/2016 | 11 | APPLICATION OF ATTORNEY Wesley W. Barnett FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Juanita Garcia (Fee Paid) Receipt No. 0981-4303581 (Cantor, Clifford) (Entered: 01/15/2016) |
| 01/15/2016 | 12 | APPLICATION OF ATTORNEY Mary Kate Kamka FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Nationstar Mortgage LLC (Fee Paid) Receipt No. 0981-4303571 (Knox, John) (Entered: 01/15/2016) |
| 01/15/2016 | 13 | ORDER re 10 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney D. Frank Davis for Juanita Garcia, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(AD) (Entered: 01/15/2016) |
| 01/19/2016 | 14 | ORDER re 11 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Wesley W Barnett for Juanita Garcia, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(cda) (Entered: 01/19/2016) |
| 01/19/2016 | 15 | ORDER re 12 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Mary Kate Kamka for Nationstar Mortgage LLC, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(cda) (Entered: 01/19/2016) |
| 01/29/2016 | 16 | JOINT STATUS REPORT signed by all parties estimated Trial Days: 5. (Barnett, Wesley) (Entered: 01/29/2016) |
| 02/01/2016 | 17 | ANSWER to 1 Complaint, with JURY DEMAND by Nationstar Mortgage LLC.(Knox, John) (Entered: 02/01/2016) |
| 02/24/2016 | 18 | MINUTE ORDER SETTING TRIAL AND RELATED DATES by Judge Thomas S. Zilly. *5 DAYS* Jury Trial is set for 6/19/2017 before Judge Thomas S. Zilly. Discovery on class certification issues completed by 8/1/2016, Motions related to class certification due 8/18/2016, Joinder of Parties due by 9/27/2016, Amended Pleadings due by 10/13/2016, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 11/1/2016, motions related to discovery due 11/17/2016, Discovery completed by 12/15/2016, Dispositive motions due by 2/9/2017, Motions in Limine due by 5/18/2017, Agreed Pretrial Order due by 6/5/2017, Trial briefs to be submitted by 6/5/2017, Proposed voir dire/jury instructions due by 6/5/2017, Pretrial Conference set for 6/9/2017 at 02:00 PM. (PM) (Entered: 02/24/2016) |
| 02/25/2016 | 19 | APPLICATION OF ATTORNEY Gurinder Singh Grewal FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Nationstar Mortgage LLC (Fee Paid) Receipt No. 0981-4354515 (Knox, John) (Entered: 02/25/2016) |
| 02/26/2016 | 20 | ORDER re 19 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Gurinder Singh Grewal for Nationstar Mortgage LLC, by Clerk William M |

| | | |
|---|---|---|
| | | McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(CDA) (Entered: 02/26/2016) |
| 03/09/2016 | 21 | STIPULATION AND PROPOSED ORDER *[PROPOSED] STIPULATED PROTECTIVE ORDER* by parties (Knox, John) (Entered: 03/09/2016) |
| 03/10/2016 | 22 | STIPULATED PROTECTIVE ORDER by Judge Thomas S. Zilly. (CDA) (Entered: 03/10/2016) |
| 05/02/2016 | 23 | MOTION stipulation & proposed order re withdrawal of motion for class certification [doc. 3] re 3 MOTION to Certify Class *and allow supplementation* by Plaintiff Juanita Garcia. Noting Date 5/2/2016, (Cantor, Clifford) (Entered: 05/02/2016) |
| 05/05/2016 | 24 | STIPULATION AND ORDER by Judge Thomas S. Zilly granting 23 Stipulated Motion to withdraw plaintiff's Motion for class certification 3 without prejudice. (PM) (Entered: 05/05/2016) |
| 07/26/2016 | 25 | STIPULATION AND PROPOSED ORDER *AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES* by parties (Knox, John) (Entered: 07/26/2016) |
| 07/28/2016 | 26 | STIPULATION AND ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES by Judge Thomas S. Zilly: Motions related to class certification due by 8/18/16, Discovery on class certification issues due by 8/31/16, Motions related to class certification due by 9/19/16, Joinder of Parties due by 10/27/2016, Amended Pleadings due by 11/14/2016, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 12/1/2016, Motions related to discovery due by 12/19/2016, Discovery completed by 1/16/2017. (CDA) (Entered: 07/29/2016) |
| 08/24/2016 | 27 | APPLICATION OF ATTORNEY Rafey S. Balabanian FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Juanita Garcia (Fee Paid) Receipt No. 0981-4576960 (Cantor, Clifford) (Entered: 08/24/2016) |
| 08/24/2016 | 28 | APPLICATION OF ATTORNEY J. Dominick Larry FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Juanita Garcia (Fee Paid) Receipt No. 0981-4576964 (Cantor, Clifford) (Entered: 08/24/2016) |
| 08/24/2016 | 29 | APPLICATION OF ATTORNEY Benjamin H. Richman FOR LEAVE TO APPEAR PRO HAC VICE for Plaintiff Juanita Garcia (Fee Paid) Receipt No. 0981-4576966 (Cantor, Clifford) (Entered: 08/24/2016) |
| 08/25/2016 | 30 | ORDER re 27 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Rafey S Balabanian for Juanita Garcia, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/25/2016) |
| 08/25/2016 | 31 | ORDER re 28 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney J Dominick Larry for Juanita Garcia, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be* |

| | | |
|---|---|---|
| | | present on any date scheduled by the court, pursuant to LCR 83.1(d).(DS) (Entered: 08/25/2016) |
| 08/25/2016 | 32 | ORDER re 29 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Benjamin H. Richman for Juanita Garcia, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/25/2016) |
| 08/29/2016 | 33 | APPLICATION OF ATTORNEY Kalama M. Lui-Kwan FOR LEAVE TO APPEAR PRO HAC VICE for Defendant Nationstar Mortgage LLC (Fee Paid) Receipt No. 0981-4581264 (Knox, John) (Entered: 08/29/2016) |
| 08/29/2016 | 34 | STIPULATION AND PROPOSED ORDER *AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES* by parties re 26 Stipulation and Order,,, Set Deadlines,, (Knox, John) (Entered: 08/29/2016) |
| 08/30/2016 | 35 | ORDER re 33 Application for Leave to Appear Pro Hac Vice. The Court ADMITS Attorney Kalama M Lui-Kwan for Nationstar Mortgage LLC, by Clerk William M McCool. No document associated with this docket entry, text only.<br><br>*NOTE TO COUNSEL: Local counsel agrees to sign all filings and to be prepared to handle the matter, including the trial thereof, in the event the applicant is unable to be present on any date scheduled by the court, pursuant to LCR 83.1(d).*(DS) (Entered: 08/30/2016) |
| 08/30/2016 | 36 | STIPULATION AND ORDER by Judge Thomas S. Zilly Amending Minute Order Setting Trial and Related dates. Discovery of class certification issues due 9/30/2016, Motions related to class certification due 10/21/16, Amended Pleadings due by 12/14/2016, Discovery completed by 2/15/2017, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 1/5/2017, Joinder of Parties due by 11/27/2016, Motions due by 1/18/2017. (AD) (Entered: 08/30/2016) |
| 09/29/2016 | 37 | MOTION stipulation and [proposed] order amending minute order setting trial and related dates re 36 Stipulation and Order,, Set Deadlines, by Plaintiff Juanita Garcia. Noting Date 9/29/2016, (Cantor, Clifford) (Entered: 09/29/2016) |
| 10/03/2016 | 38 | ORDER by Judge Thomas S. Zilly granting the parties' 37 stipulation amending minute order setting trial and related dates; the deadline for completing discovery related to class certification is CONTINUED to 10/31/2016; and the deadline to file any motions related to class certification is CONTINUED to 11/21/2016. (AD) (Entered: 10/03/2016) |
| 11/15/2016 | 39 | Stipulated MOTION *to amend minute order setting trial and related dates* by Plaintiff Juanita Garcia. Noting Date 11/15/2016, (Cantor, Clifford) (Entered: 11/15/2016) |
| 11/18/2016 | 40 | STIPULATION AND ORDER by Judge Thomas S. Zilly per parties' 39 stipulation, the deadline to file any motions related to class certification is CONTINUED to December 23, 2016. The deadline for defendant to file a response to any motion for class certification is January 20, 2017. The deadline for plaintiff to file any reply in support of class certification is February 10, 2017. All other dates and deadlines not inconsistent herewith remain in full force and effect. (PM) (Entered: 11/18/2016) |
| 12/13/2016 | 41 | STIPULATION AND PROPOSED ORDER by parties re 18 Minute Order,,,, Set/Reset Trial Date and Related Deadlines,,, (Knox, John) (Entered: 12/13/2016) |

| | | |
|---|---|---|
| 12/19/2016 | 42 | STIPULATION AND ORDER AMENDING MINUTE ORDER SETTING TRIAL AND RELATED DATES by Judge Thomas S. Zilly. Jury Trial is continued to 10/23/2017 before Judge Thomas S. Zilly, Expert Witness Disclosure/Reports under FRCP 26(a)(2) due by 3/8/2017, Motions related to discovery due by 3/23/2017, Discovery completed by 4/21/2017, Dispositive motions due by 6/15/2017, Motions in Limine due by 9/21/2017, Agreed Pretrial Order due by 10/9/2017, Voir dire/jury instructions/trial briefs due by 10/9/2017, Pretrial Conference set for 10/13/2017 at 01:30 PM before Judge Thomas S. Zilly.(PM) (Entered: 12/19/2016) |
| 12/23/2016 | 43 | MOTION to Seal by Plaintiff Juanita Garcia. (Attachments: # 1 Decl. of J. Dominick Larry, # 2 Proposed Order) Noting Date 2/10/2017, (Cantor, Clifford) (Entered: 12/23/2016) |
| 12/23/2016 | 44 | Redacted MOTION FOR CLASS CERTIFICATION by Plaintiff Juanita Garcia. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 2/10/2017, (Cantor, Clifford) (Entered: 12/23/2016) |
| 12/23/2016 | 45 | DECLARATION of Juanita Garcia filed by Plaintiff Juanita Garcia re 44 Redacted MOTION FOR CLASS CERTIFICATION (Cantor, Clifford) (Entered: 12/23/2016) |
| 12/23/2016 | 46 | DECLARATION of J. Dominick Larry filed by Plaintiff Juanita Garcia re 44 Redacted MOTION FOR CLASS CERTIFICATION (Attachments: # 1 Ex A, # 2 Ex B - filed under seal, # 3 Ex C - filed under seal, # 4 Ex D - filed under seal, # 5 Ex E, # 6 Ex F, # 7 Ex G, # 8 Ex H - filed under seal, # 9 Ex I - filed under seal, # 10 Ex J - filed under seal, # 11 Ex K, # 12 Ex L - filed under seal)(Cantor, Clifford) (Entered: 12/23/2016) |
| 12/23/2016 | 47 | DECLARATION of Rafey S. Balabanian filed by Plaintiff Juanita Garcia re 44 Redacted MOTION FOR CLASS CERTIFICATION (Cantor, Clifford) (Entered: 12/23/2016) |
| 12/23/2016 | 48 | DECLARATION of D. Frank Davis filed by Plaintiff Juanita Garcia re 44 Redacted MOTION FOR CLASS CERTIFICATION (Cantor, Clifford) (Entered: 12/23/2016) |
| 12/23/2016 | 49 | **SEALED MOTION** to for Class Certification; re 43 MOTION to Seal , 44 Redacted MOTION FOR CLASS CERTIFICATION ; by Plaintiff Juanita Garcia. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 2/10/2017, (Cantor, Clifford) (Entered: 12/23/2016) |
| 12/23/2016 | 50 | **SEALED DOCUMENT** *DECLARATION OF J. DOMINICK LARRY IN SUPPORT OF [44, 49] PL.'S MOT. FOR CLASS CERT. -- INCLUDING SEALED EXHIBITS* by Plaintiff Juanita Garcia re 43 MOTION to Seal (Attachments: # 1 Ex A (duplicate not under seal), # 2 Ex B - filed under seal, # 3 Ex C - filed under seal, # 4 Ex D - filed under seal, # 5 Ex E (duplicate not under seal), # 6 Ex F (duplicate not under seal), # 7 Ex G (duplicate not under seal), # 8 Ex H - filed under seal, # 9 Ex I - filed under seal, # 10 Ex J - filed under seal, # 11 Ex K (duplicate not under seal), # 12 Ex L - filed under seal)(Cantor, Clifford) (Entered: 12/23/2016) |
| 01/20/2017 | 51 | MOTION to Seal , filed by Defendant Nationstar Mortgage LLC. (Attachments: # 1 Proposed Order) Noting Date 2/10/2017, (Knox, John) (Entered: 01/20/2017) |
| 01/20/2017 | 52 | DECLARATION of John A. Knox filed by Defendant Nationstar Mortgage LLC re 51 MOTION to Seal (Knox, John) (Entered: 01/20/2017) |
| 01/20/2017 | 53 | DECLARATION of Erik Kemp filed by Defendant Nationstar Mortgage LLC re 51 MOTION to Seal (Knox, John) (Entered: 01/20/2017) |
| 01/20/2017 | 54 | RESPONSE, by Defendant Nationstar Mortgage LLC, to 49 **SEALED MOTION** to for Class Certification; re 43 MOTION to Seal , 44 Redacted MOTION FOR CLASS |

| | | |
|---|---|---|
| | | CERTIFICATION ;, 44 Redacted MOTION FOR CLASS CERTIFICATION . Oral Argument Requested. (Knox, John) (Entered: 01/20/2017) |
| 01/20/2017 | 55 | DECLARATION of Courtney Ehinger w/Exs. A-G in Opposition to Plaintiff's Mtn for Class Certification filed by Defendant Nationstar Mortgage LLC re 49 **SEALED MOTION** to for Class Certification; re 43 MOTION to Seal , 44 Redacted MOTION FOR CLASS CERTIFICATION ;, 44 Redacted MOTION FOR CLASS CERTIFICATION (Attachments: # 1 Exhibit A-C, # 2 Exhibit D-G)(Knox, John) (Entered: 01/20/2017) |
| 01/20/2017 | 56 | DECLARATION of Erik Kemp w/Redacted Exs. A-E in Opposition to Plaintiff's Mtn for Class Certification filed by Defendant Nationstar Mortgage LLC re 51 MOTION to Seal , 49 **SEALED MOTION** to for Class Certification; re 43 MOTION to Seal , 44 Redacted MOTION FOR CLASS CERTIFICATION ;, 44 Redacted MOTION FOR CLASS CERTIFICATION (Knox, John) (Entered: 01/20/2017) |
| 01/20/2017 | 57 | **SEALED DOCUMENT** *Def. NationStar's Unredacted Memorandum in Opposition to Motion for Class Certification* by Defendant Nationstar Mortgage LLC re 51 MOTION to Seal , 50 Sealed Document,, 43 MOTION to Seal , 54 Response to Motion, 47 Declaration, 46 Declaration, 45 Declaration, 48 Declaration, 49 **SEALED MOTION** to for Class Certification; re 43 MOTION to Seal , 44 Redacted MOTION FOR CLASS CERTIFICATION ;, 44 Redacted MOTION FOR CLASS CERTIFICATION (Knox, John) (Entered: 01/20/2017) |
| 01/20/2017 | 58 | **SEALED DOCUMENT** *Declaration of Erik Kemp with Unredacted Exs. A-E in Opposition to Plaintiff's Mtn for Class Certification* by Defendant Nationstar Mortgage LLC re 51 MOTION to Seal , 43 MOTION to Seal , 54 Response to Motion, 56 Declaration,, 57 Sealed Document,, 49 **SEALED MOTION** to for Class Certification; re 43 MOTION to Seal , 44 Redacted MOTION FOR CLASS CERTIFICATION ;, 44 Redacted MOTION FOR CLASS CERTIFICATION (Attachments: # 1 Exhibit A-E) (Knox, John) (Entered: 01/20/2017) |
| 02/02/2017 | 59 | STIPULATION AND PROPOSED ORDER *extending deadline for plaintiff's reply on class certification motion and renoting motions to seal* by parties (Cantor, Clifford) (Entered: 02/02/2017) |
| 02/07/2017 | 60 | STIPULATION AND ORDER extending deadline for Plaintiff's reply on class certification motion 59 Stipulation filed by Juanita Garcia. Plaintiff's reply brief due 2/24/2017. Motion to Seal 43 MOTION to Seal 51 Re-Noted to 2/24/2017, by Judge Thomas S. Zilly. (RM) (Entered: 02/07/2017) |
| 02/20/2017 | 61 | STIPULATION AND PROPOSED ORDER *re-noting motions to seal* by parties re 43 MOTION to Seal , 51 MOTION to Seal (Cantor, Clifford) (Entered: 02/20/2017) |
| 02/21/2017 | 62 | STIPULATION AND ORDER RE-NOTING 43 MOTION to Seal , 51 MOTION to Seal ; Noting Date 3/3/2017, by Judge Thomas S. Zilly. (RS) (Entered: 02/21/2017) |
| 02/22/2017 | 63 | PRAECIPE re 50 Sealed Document,, *to substitute exhibits to Plaintiff's motion for class certification* by Plaintiff Juanita Garcia (Attachments: # 1 Ex C (contents filed under seal), # 2 Ex D (contents filed under seal), # 3 Ex J (contents filed under seal))(Cantor, Clifford) (Entered: 02/22/2017) |
| 02/22/2017 | 64 | **UNREDACTED SEALED** 63 Praecipe-Other,, by Plaintiff Juanita Garcia (Attachments: # 1 Ex C (filed under seal), # 2 Ex. D (filed under seal), # 3 Ex. J (filed under seal)) (Cantor, Clifford) (Entered: 02/22/2017) |
| 02/24/2017 | 65 | PRAECIPE re 50 Sealed Document,, 64 Sealed Unredacted Document, 63 Praecipe-Other, *to substitute exhibits to Plaintiff's motion for class certification* by Plaintiff Juanita |

| | | |
|---|---|---|
| | | Garcia (Attachments: # 1 Ex J (contents filed under seal))(Cantor, Clifford) (Entered: 02/24/2017) |
| 02/24/2017 | 66 | **UNREDACTED SEALED** 65 Praecipe-Other,, by Plaintiff Juanita Garcia (Attachments: # 1 Ex J (filed under seal))(Cantor, Clifford) (Entered: 02/24/2017) |
| 02/24/2017 | 67 | REPLY, filed by Plaintiff Juanita Garcia, TO RESPONSE to 44 Redacted MOTION FOR CLASS CERTIFICATION (Cantor, Clifford) (Entered: 02/24/2017) |
| 02/24/2017 | 68 | MOTION to Seal *Plaintiff's reply iso class certification*, filed by Plaintiff Juanita Garcia. (Attachments: # 1 Proposed Order) Noting Date 3/10/2017, (Cantor, Clifford) (Entered: 02/24/2017) |
| 02/24/2017 | 69 | **UNREDACTED SEALED** 67 Reply to Response to Motion, 68 MOTION to Seal *Plaintiff's reply iso class certification*, by Plaintiff Juanita Garcia (Cantor, Clifford) (Entered: 02/24/2017) |
| 02/27/2017 | 70 | RESPONSE, by Defendant Nationstar Mortgage LLC, to 43 MOTION to Seal . (Knox, John) (Entered: 02/27/2017) |
| 02/27/2017 | 71 | DECLARATION of Courtney Ehinger in Support of Nationstar Mortgage LLC's Response to Plaintiff's Motion to Seal filed by Defendant Nationstar Mortgage LLC re 43 MOTION to Seal (Knox, John) (Entered: 02/27/2017) |
| 03/03/2017 | 72 | REPLY, filed by Defendant Nationstar Mortgage LLC, TO RESPONSE to 43 MOTION to Seal (Knox, John) (Entered: 03/03/2017) |
| 03/08/2017 | 73 | RESPONSE, by Defendant Nationstar Mortgage LLC, to 68 MOTION to Seal *Plaintiff's reply iso class certification*. (Knox, John) (Entered: 03/08/2017) |
| 03/08/2017 | 74 | Stipulated MOTION *to Strike Case Deadlines, Stay Case and Facilitate Mediation*, filed by Defendant Nationstar Mortgage LLC. Noting Date 3/8/2017, (Knox, John) (Entered: 03/08/2017) |
| 03/15/2017 | 75 | MINUTE ORDER granting Plaintiff's 43 Motion to Seal; granting Plaintiff's 68 Motion to Seal (Dkts. 49 , 50 , 64 , 66 and 69 shall remain under seal); granting Defendant's 51 Motion to Seal (Dkts. 57 and 58 shall remain under seal). Authorized by Judge Thomas S. Zilly. (swt) (Entered: 03/15/2017) |
| 03/15/2017 | 76 | MINUTE ORDER re 74 Stipulated Motion: Current trial date and pretrial deadlines are STRICKEN; Case STAYED until 6/14/2017; On or before 6/14/2017 the parties shall inform the Court of the outcome of the mediation or submit a joint status report; Plaintiff's 49 **SEALED MOTION** for Class Certification is RENOTED to 6/14/2017. Authorized by Judge Thomas S. Zilly.(swt) (Entered: 03/15/2017) |
| 03/31/2017 | 77 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney J Dominick Larry for Plaintiff Juanita Garcia. (Cantor, Clifford) (Entered: 03/31/2017) |
| 06/01/2017 | 78 | STIPULATION AND PROPOSED ORDER *EXTENDING STAY* by parties re 76 Order on Stipulated Motion,, Case Stayed,, Set Deadlines,, Util - Set/Reset Motion Noting Date,, Terminate Deadlines and Hearings, (Cantor, Clifford) (Entered: 06/01/2017) |
| 06/02/2017 | 79 | STIPULATION AND ORDER Extending Stay; RENOTING 49 **SEALED MOTION** for Class Certification, Noting Date 7/25/2017; On or before 7/25/2017, the Parties shall inform the Court of the outcome of the mediation and, if the case is not resolved, shall submit a joint status report including a proposed trial date and pretrial schedule for the timely completion of this action, by Judge Thomas S. Zilly. (SWT) (Entered: 06/02/2017) |
| 07/25/2017 | 80 | MOTION to Continue *Stay of Litigation and Joint Status Report*, filed by Defendant Nationstar Mortgage LLC. Noting Date 7/25/2017, (Knox, John) (Entered: 07/25/2017) |

| | | |
|---|---|---|
| 07/28/2017 | 81 | MINUTE ORDER re parties' 80 Motion to Continue Stay/Joint Status Report ; the stay of this case is EXTENDED to September 22, 2017, to allow the parties time to finalize settlement; RENOTING 49 **SEALED MOTION** to for Class Certification : Noting Date 9/22/2017. Authorized by Judge Thomas S. Zilly. (SWT) (Entered: 07/28/2017) |
| 09/22/2017 | 82 | JOINT STATUS REPORT signed by all parties Filed by Defendant Nationstar Mortgage LLC.(Knox, John) (Entered: 09/22/2017) |
| 10/02/2017 | 83 | MINUTE ORDER extending the stay of this case to 10/13/2017; Plaintiff's 49 **SEALED MOTION** to for Class Certification is RENOTED to 10/13/2017; On or before 10/13/2017, the parties shall inform the Court whether settlement has been finalized, authorized by Judge Thomas S. Zilly. (SWT) (Entered: 10/02/2017) |
| 10/13/2017 | 84 | STIPULATION AND PROPOSED ORDER by parties re 83 Minute Order,, Set Deadlines,, Util - Set/Reset Motion Noting Date, (Cantor, Clifford) (Entered: 10/13/2017) |
| 10/13/2017 | 85 | STIPULATION AND ORDER re parties' 84 Stipulation ; the stay of this matter be extended through November 13, 2017 to allow the parties to finalize settlement documentation; RENOTING Plaintiff's 49 **SEALED MOTION** to for Class Certification : Noting Date 11/13/2017, by Judge Thomas S. Zilly. (SWT) (Entered: 10/13/2017) |
| 11/14/2017 | 86 | JOINT STATUS REPORT signed by all parties estimated Trial Days: 5. (Knox, John) (Entered: 11/14/2017) |
| 11/15/2017 | 87 | MINUTE ORDER extending the STAY of this case to November 27, 2017; RENOTING plaintiff's 49 **SEALED MOTION** to for Class Certification : Noting Date 11/27/2017; On or before November 27, 2017, the parties shall inform the Court whether settlement has been finalized. Authorized by Judge Thomas S. Zilly. (SWT) (Entered: 11/15/2017) |
| 11/27/2017 | 88 | STIPULATION AND PROPOSED ORDER by parties re 87 Minute Order,, Util - Set/Reset Motion Noting Date,, Set Deadlines, (Cantor, Clifford) (Entered: 11/27/2017) |
| 11/27/2017 | 89 | STIPULATION AND PROPOSED ORDER *[Corrected]* by parties re 87 Minute Order,, Util - Set/Reset Motion Noting Date,, Set Deadlines, (Cantor, Clifford) (Entered: 11/27/2017) |
| 12/01/2017 | 90 | MINUTE ORDER re parties' 89 Joint Status Report and Stipulated Request to Extend Stay of Case: The stay of this case is EXTENDED to 12/11/2017; plaintiff's 49 **SEALED MOTION** to for Class Certification is RENOTED to 12/11/2017; On or before 12/11/2017, the parties shall file a motion for preliminary approval. Authorized by Judge Thomas S. Zilly. (SWT) (Entered: 12/01/2017) |
| 12/11/2017 | 91 | MOTION for Leave to File Excess Pages & *Proposed ORDER*, filed by Plaintiff Juanita Garcia. Noting Date 12/11/2017, (Cantor, Clifford) (Entered: 12/11/2017) |
| 12/11/2017 | 92 | MOTION for preliminary approval of class certification and class action settlement , filed by Plaintiff Juanita Garcia. (Attachments: # 1 Ex 1 - stipulation & settlement agreement, # 2 Proposed Order) Noting Date 12/29/2017, (Cantor, Clifford) (Entered: 12/11/2017) |
| 12/11/2017 | 93 | DECLARATION of Benjamin Richman filed by Plaintiff Juanita Garcia re 92 MOTION for preliminary approval of class certification and class action settlement (Attachments: # 1 Ex A)(Cantor, Clifford) (Entered: 12/11/2017) |
| 02/13/2018 | 94 | MINUTE ORDER deferring and RENOTING Plaintiff's 92 MOTION for Preliminary Class Certification and Class Action Settlement: Noting Date 3/30/2018, Parties are DIRECTED to file on or before the new noting date one supplemental brief not to exceed twenty (20) pages ; striking as moot Plaintiff's 91 Motion for Leave to File Excess Pages ; |

| | | |
|---|---|---|
| | | administratively striking Plaintiff's 49 **SEALED MOTION** for Class Certification. Authorized by Judge Thomas S. Zilly. (SWT) (Entered: 02/13/2018) |
| 02/26/2018 | 95 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Gurinder Singh Grewal for Defendant Nationstar Mortgage LLC. (Knox, John) (Entered: 02/26/2018) |
| 03/30/2018 | 96 | STIPULATION AND PROPOSED ORDER *TO CONTINUE DEADLINE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL* by parties re 94 Order on Sealed Motion,,, Order on Motion for Leave to File Excess Pages,,, Util - Set/Reset Motion Noting Date,, (Cantor, Clifford) (Entered: 03/30/2018) |
| 04/04/2018 | 97 | MINUTE ORDER re parties' 96 Stipulation; RENOTING Plaintiff's 92 MOTION for preliminary approval of class certification and class action settlement : Noting Date 4/9/2018. Authorized by Judge Thomas S. Zilly. (SWT) (Entered: 04/04/2018) |
| 04/09/2018 | 98 | MEMORANDUM filed by Plaintiff Juanita Garcia re 92 MOTION for preliminary approval of class certification and class action settlement -- *The Parties' Response to the Court's Feb. 13, 2018 Order* -- (Attachments: # 1 Ex 1, # 2 Ex 2)(Cantor, Clifford) (Entered: 04/09/2018) |
| 05/25/2018 | 99 | ORDER granting Plaintiff's 92 Motion for Preliminary Approval of Class Action Settlement, Certifying Class for Settlement Purposes, Directing the Issuance of Class Notice, and Scheduling a Final Approval Hearing, signed by Judge Thomas S. Zilly. (SWT) (Entered: 05/25/2018) |
| 07/16/2018 | 100 | Stipulated MOTION *to Continue Deadline to Serve Class Notice and Related Deadlines*, filed by Defendant Nationstar Mortgage LLC. Noting Date 7/16/2018, (Knox, John) (Entered: 07/16/2018) |
| 07/20/2018 | 101 | MINUTE ORDER pursuant to parties' 100 Stipulated Motion; modifying the Court's 99 Order Granting Plaintiff's *Motion for Preliminary Approval of Class Action Settlement*; continuing **Final Approval Hearing to 10/17/2018 at 10:00 AM**. Authorized by Judge Thomas S. Zilly.(SWT) (Entered: 07/20/2018) |
| 08/20/2018 | 102 | Unopposed MOTION and proposed order to file over-length motion *for award of attorneys' fees, expenses, and incentive award*, filed by Plaintiff Juanita Garcia. Noting Date 8/20/2018, (Cantor, Clifford) (Entered: 08/20/2018) |
| 08/20/2018 | 103 | MOTION for award of attorneys' fees, expenses, and incentive award , filed by Plaintiff Juanita Garcia. Oral Argument Requested. (Attachments: # 1 Ex. 1 - Stip. & Settlement Agreement) Noting Date 10/17/2018, (Cantor, Clifford) (Entered: 08/20/2018) |
| 08/20/2018 | 104 | DECLARATION of Benjamin H. Richman filed by Plaintiff Juanita Garcia re 103 MOTION for award of attorneys' fees, expenses, and incentive award (Attachments: # 1 Ex. A)(Cantor, Clifford) (Entered: 08/20/2018) |
| 08/20/2018 | 105 | DECLARATION of D. Frank Davis filed by Plaintiff Juanita Garcia re 103 MOTION for award of attorneys' fees, expenses, and incentive award (Cantor, Clifford) (Entered: 08/20/2018) |
| 08/20/2018 | 106 | DECLARATION of Cliff Cantor filed by Plaintiff Juanita Garcia re 103 MOTION for award of attorneys' fees, expenses, and incentive award (Attachments: # 1 Ex. A)(Cantor, Clifford) (Entered: 08/20/2018) |
| 08/28/2018 | 107 | STIPULATION AND ORDER to File Over-Length Motion for Award of Attorneys' Fees re parties' 102 Stipulation, signed by Judge Thomas S. Zilly. (SWT) (Entered: 08/28/2018) |

| | | |
|---|---|---|
| 09/28/2018 | 108 | Unopposed MOTION for leave to file over-length motion for final approval of class action settlement , filed by Plaintiff Juanita Garcia. (Attachments: # 1 Proposed Order) Noting Date 9/28/2018, (Cantor, Clifford) (Entered: 09/28/2018) |
| 10/01/2018 | | Plaintiff's unopposed MOTION 108 for leave to file over-length motion is GRANTED. Plaintiff's motion for final approval of class action settlement shall be limited to 24 pages. (BB) (Entered: 10/01/2018) |
| 10/03/2018 | 109 | MOTION for final approval of class action settlement , filed by Plaintiff Juanita Garcia. Oral Argument Requested. (Attachments: # 1 Ex. 1 - Stip. & Settlement Agreement, # 2 proposed order granting final approval, # 3 proposed final judgment) Noting Date 10/17/2018, (Cantor, Clifford) (Entered: 10/03/2018) |
| 10/03/2018 | 110 | DECLARATION of Benjamin H. Richman filed by Plaintiff Juanita Garcia re 109 MOTION for final approval of class action settlement (Cantor, Clifford) (Entered: 10/03/2018) |
| 10/03/2018 | 111 | DECLARATION of Joseph F. Mahan filed by Plaintiff Juanita Garcia re 109 MOTION for final approval of class action settlement (Cantor, Clifford) (Entered: 10/03/2018) |
| 10/05/2018 | 112 | NOTICE of Joinder JOINING 109 MOTION for final approval of class action settlement , by Defendant Nationstar Mortgage LLC. (Knox, John) (Entered: 10/05/2018) |
| 10/05/2018 | 113 | DECLARATION of Erik Kemp in Support of 9 Motion for Final Approval by Defendant Nationstar Mortgage LLC (Knox, John) Modified to add docket entry relationship on 10/9/2018 (SWT). (Entered: 10/05/2018) |
| 10/15/2018 | 114 | MEMORANDUM filed by Plaintiff Juanita Garcia re 109 MOTION for final approval of class action settlement -- *Plaintiff's statement regarding scope of release in proposed class action settlement* (Cantor, Clifford) (Entered: 10/15/2018) |
| 10/16/2018 | 115 | STATEMENT of Nonopposition to Plaintiff's Statement Regarding Scope of Release (Dkt. 114 ). by Defendant Nationstar Mortgage LLC (Knox, John) Modified to create docket entry relationship on 10/17/2018 (SWT). (Entered: 10/16/2018) |
| 10/16/2018 | 116 | NOTICE of Appearance by attorney Ian J. Mensher on behalf of Interested Party Sherlie Charlot. (Mensher, Ian) (Entered: 10/16/2018) |
| 10/16/2018 | 117 | ~~MOTION~~ NOTICE of Joinder in Plaintiff's 114 Statement Regarding Scope of Release in Proposed Class Action Settlement re 109 MOTION for final approval of class action settlement , filed by Interested Party Sherlie Charlot. Oral Argument Requested. (Attachments: # 1 Proposed Order) Noting Date 10/17/2018, (Mensher, Ian) Modified docket text on 10/16/2018 (SWT). (Entered: 10/16/2018) |
| 10/16/2018 | 118 | DECLARATION of Ian Mensher filed by Interested Party Sherlie Charlot re 117 MOTION for Joinder *in Plaintiff's Statement Regarding Scope of Release in Proposed Class Action Settlement* 109 MOTION for final approval of class action settlement (Mensher, Ian) (Entered: 10/16/2018) |
| 10/16/2018 | | *** Notice mistakenly filed as a motion terminated: ~~MOTION~~ NOTICE of Joinder, Dkt. 117 .<br><br>NOTICE of Docket Text Modification re 117 ~~MOTION~~ NOTICE of Joinder: Modified docket text to indicate document is a notice to join a motion, not a motion. (SWT) (Entered: 10/16/2018) |
| 10/16/2018 | | Attorneys Derek W Loeser, Dean N Kawamoto, Gretchen S Obrist for Sherlie Charlot added; per 116 Notice of Appearance. (SWT) (Entered: 10/17/2018) |

| | | |
|---|---|---|
| 10/17/2018 | 119 | MINUTE ENTRY for proceedings held before Hon. Judge Thomas S. Zilly- Dep Clerk: *Gail Glass*; Pla Counsel: *Benjamin Richman, Clifford Cantor and Ian Mesher for Sherlie Charlot*; Def Counsel: *Erik Kemp and John Know*; CR: *Andrea Ramirez*; Time of Hearing: *10:00 a.m.*; Courtroom: *15206*;**Motion Hearing** held on 10/17/2018. The Court meets briefly with counsel in chambers to discuss proposed final order and judgment in class action settlement. Ian Mensher makes an appearance on behalf of Sherlie Charlot. The Court hears arguments of counsel regarding pending motions for attorney fees, expenses and incentive award docket no. 103 and the motion for final approval of class settlement docket no. 109 . For the reasons stated on the record, the Court will enter an order approving the class settlement docket no. 109 and awarding fees and costs, after the period for notice to governmental entities has expired unless objections are filed by a governmental agency. Counsel are directed to file any objections to the proposed final order and judgment and any additional information regarding notices delivered, opt-outs, and objections by Wednesday, October 24, 2018.-Adjourned (GG) (Entered: 10/18/2018) |
| 10/24/2018 | 120 | RESPONSE by Interested Party Sherlie Charlot re 119 Motion Hearing,,,, (Mensher, Ian) (Entered: 10/24/2018) |
| 10/24/2018 | 121 | NOTICE *regarding settlement administration* re 119 Motion Hearing,,,, ; filed by Plaintiff Juanita Garcia. (Attachments: # 1 Richman declaration iso notice, # 2 Ex. 1 -- proposed final order & judgment [clean], # 3 Ex. 2 -- proposed final order & judgment [redline]) (Cantor, Clifford) (Entered: 10/24/2018) |
| 10/26/2018 | 122 | FINAL ORDER AND JUDGMENT re: Plaintiff's 109 MOTION for final approval of class action settlement; re: Plaintiff's 103 MOTION for award of attorneys' fees, expenses, and incentive award. The settlement consideration provided under the Settlement Agreement of $3,875,000 constitutes fair value given to in exchange for the release of the Released Claims against the Released Persons. The Court finds that the Attorneys Fees of $968,750 and Expenses of $16,383.53 awarded to Class Counsel identified in order is fair and reasonable under both a common fund approach and a lodestar approach. Judgment is hereby ENTERED for purposes of Federal Rules of Civil Procedure 58 and 79, and the time period for filing any notice of appeal shall commence on the date of entry of this Final Order and Judgment. Signed by Judge Thomas S. Zilly. (See order for details) (PM) (Entered: 10/26/2018) |
| 10/30/2018 | 123 | NOTICE OF WITHDRAWAL OF COUNSEL: Attorney Mary Kate Kamka for Defendant Nationstar Mortgage LLC. (Knox, John) (Entered: 10/30/2018) |

### PACER Service Center
#### Transaction Receipt
08/01/2024 10:28:57

| | | | |
|---|---|---|---|
| **PACER Login:** | abbotttn09 | **Client Code:** | 260352.000829 |
| **Description:** | Docket Report | **Search Criteria:** | 2:15-cv-01808-TSZ |
| **Billable Pages:** | 12 | **Cost:** | 1.20 |