# EXHIBIT 9

IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

| | |
|---|---|
| **TONDA M. BAXTER,**<br>*On behalf of herself individually and similarly situated persons,*<br><br>**Plaintiff,**<br><br>v.<br><br>**LAKEVIEW LOAN SERVICING LLC, et al.**<br><br>**Defendants.** | Civil Case: C-02-CV-22-000654 |

### THIRD DECLARATION OF COURTNEY EHINGER

I, Courtney Ehinger, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury on this 21st day of February, 2023, that the following facts are true and correct:

1. I am a resident of Texas, over eighteen years of age, and by my own free will state the following true facts.

2. I am employed by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Mr. Cooper") as a Senior Vice President, Performing Servicing. In that capacity, I am familiar with Mr. Cooper's policies and procedures for servicing loans, including various payment methods at Mr. Cooper offers and the fees that were associated with making payment by telephone, and the extent to which information available in Mr. Cooper's electronic databases can be searched systematically. I am authorized to make this Declaration on behalf of Mr. Cooper.

3. In my capacity as Senior Vice President, I have access to Mr. Cooper's business records regarding its customers. I am familiar with the manner and procedures by which the records contained in Mr. Cooper's files were prepared and maintained. These records were prepared and maintained by employees of Mr. Cooper in the performance of their regular business duties and were made by persons with knowledge of the matters they record or from information supplied by

persons with such knowledge. It is Mr. Cooper's regular practice to create and maintain such records in the course of its business.

4. The facts set forth in this Declaration are based on my review of Mr. Cooper's business records or my personal knowledge. If called as a witness, I could and would be competent to testify to these facts.

5. In total, Mr. Cooper refunded $1,155,277.60 to Maryland customers in response to the MD Regulator Notice, which is the full amount of all convenience fees paid by Maryland customers from October 1, 2018 through May 16, 2022, including both current and former Mr. Cooper customers. Mr. Cooper tendered the refunds by a single check to each relevant loan account for the total amount of convenience fees, which was completed by October 1, 2022.

6. The checks were mailed to the last known addresses of the Maryland customers. The checks were mailed in September 2022 and are good for 6 months.

7. For any checks that are returned to Mr. Cooper as undeliverable, Mr. Cooper conducts an address validation inquiry and resends the checks to the address identified.

8. Any checks that are twice returned or uncashed are placed into an unclaimed property account. At that time, an additional address validation inquiry is conducted to identify a valid address. Mr. Cooper then resends the check to the address identified.

9. Customers can contact Mr. Cooper for recovery of any unclaimed funds, and upon verification of the customer's identity, receive such funds any time prior to escheatment to the state.

10. Any funds remaining in the unclaimed property account will escheat to the State of Maryland in accordance with Maryland law.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of February, 2023.

_____
Courtney Ehinger
Senior Vice President