The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, on their own behalf and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, et al.,<br><br>Defendants. | NO. 2:24-cv-00444-BJR<br><br>ORDER GRANTING DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S UNOPPOSED SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |

This matter having come before the Court upon Defendant Federal Home Loan Mortgage Corporation's [*erroneously sued as Federal Home Loan Mortgage Association*] ("Freddie Mac") unopposed request for a 14-day extension of time to respond to the Amended Complaint of Plaintiffs Ricardo Salom, Catherine Palazzo, and Peter Hackinen (together, "Plaintiffs"), and the Court, having reviewed the Motion, and the pleadings and filings herein, and being fully informed, now rules as follows:

The motion is GRANTED; defendant Freddie Mac shall file its response to the Amended Complaint by September 9, 2024.

SO ORDERED this 23rd day of August, 2024.

*[signature: Barbara J. Rothstein]*

THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S UNOPPOSED SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT - 1
NO. 2:24-cv-00444-BJR
4889-8410-7739.1

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599

1   Presented by:

2

3   */s/ Brian W. Esler*
    Brian W. Esler, WSBA No. 22168
    */s/ Jesús Miguel Palomares*
4   Jesús Miguel Palomares, WSB No. 51858
    */s/ Lane Conrad*
5   Lane Conrad, WSBA No. 59287
    605 5th Ave S, Ste 900
6   Seattle, WA 98104
    Telephone: 206-624-8300
7   Facsimile: 206-340-9599
    brian.esler@millernash.com
8   jesus.palomares@millernash.com
    lane.conrad@millernash.com
9
    GOODWIN PROCTER LLP
10  Joseph F. Yenouskas (pro hac vice forthcoming)
    Collin Grier (pro hac vice forthcoming)
11  1900 N Street NW
    Washington, DC 20036
12  (202) 346-4000
    JYenouskas@goodwinlaw.com
13  CGrier@goodwinlaw.com

14
    Allison J. Schoenthal (pro hac vice forthcoming)
15  Robin L. Muir (pro hac vice forthcoming)
    The New York Times Building
16  620 Eighth Avenue
    New York, NY 10018
17  (212) 813-8800
    ASchoenthal@goodwinlaw.com
18  RobinMuir@goodwinlaw.com
19
    *Attorneys for Defendant*
20  *Federal Home Loan Mortgage Corporation*

21

22

23

24

25

26

ORDER GRANTING DEFENDANT FEDERAL HOME
LOAN MORTGAGE CORPORATION'S UNOPPOSED
SECOND REQUEST FOR EXTENSION OF TIME TO
RESPOND TO AMENDED COMPLAINT **-** 2
NO. 2:24-cv-00444-BJR
4889-8410-7739.1

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA  98104
206.624.8300 | Fax: 206.340.9599

**CERTIFICATE OF SERVICE**

The undersigned certifies under penalty of perjury under the laws of the State of Washington, that the foregoing document was presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 22nd day of August, 2024.

*/s/ Kristin Martinez Clark*
Kristin Martinez Clark

ORDER GRANTING DEFENDANT FEDERAL HOME LOAN MORTGAGE CORPORATION'S UNOPPOSED SECOND REQUEST FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT - 3
NO. 2:24-cv-00444-BJR
4889-8410-7739.1

**Miller Nash LLP**
605 5th Avenue S | Suite 900
Seattle, WA 98104
206.624.8300 | Fax: 206.340.9599