# Exhibit A

documentation. Guide references to the Directory are indicated with a bolded parenthetical (e.g., "**(see Directory 5)**").

## 1101.2: Legal effect of the Guide and other Purchase Documents (06/12/24)

**(a)   Status as a contract**

**(i)   Effect of the Guide and other Purchase Documents**

The Guide governs the business relationship between a Seller/Servicer and Freddie Mac relating to the sale of Mortgages to, and Servicing of such Mortgages for, Freddie Mac. Each Seller/Servicer must complete and submit an Annual Certification Report that certifies that the Seller/Servicer has access to the Guide and complies with all requirements of the Purchase Documents.

In connection with the sale of a Mortgage or pool of Mortgages to Freddie Mac, the Seller/Servicer agrees that each transaction is governed by the Guide, the applicable Purchase Contract and all other Purchase Documents and Seller/Servicer makes all appliable representations and warranties to, and agreements and covenants with, Freddie Mac as set forth in the Purchase Documents.

In connection with the sale of each Mortgage to Freddie Mac, regardless of the Servicing option selected upon a sale of Mortgages to Freddie Mac, a Seller/Servicer agrees to service all such Mortgages that the Seller/Servicer has sold to Freddie Mac in accordance with the requirements set forth in the Seller/Servicer's Purchase Documents. In addition, as set forth in Guide Section 7101.2 and the applicable Transfer of Servicing agreement, each Transferee Servicer agrees to service all Mortgages related to a Transfer of Servicing in accordance with the requirements set forth in the Transferee Servicer's Purchase Documents. All of a Seller/Servicer's obligations to service Mortgages for Freddie Mac constitute, and must be performed pursuant to, the Servicing Contract, and the servicing obligations assumed pursuant to any contract to sell Mortgages to Freddie Mac are merged into and must be performed pursuant to, such Servicing Contract. Upon the Settlement Date of the sale of a Mortgage or group of Mortgages to Freddie Mac, Seller/Servicer agrees, and upon the Effective Date of Transfer of any Transfer of Servicing, Transferee Servicer agrees, that the Servicing Contract and related Servicing Contracts Rights that are the subject of a Concurrent or Subsequent Transfer of Servicing, as well as any proceeds to be paid to the Seller/Servicer as Transferor Servicer for such Transfer of Servicing, are subject to the Lien described in Section 1101.2(c)(vi).

A Seller/Servicer acknowledges that Freddie Mac's agreement to purchase Mortgages from the Seller/Servicer pursuant to any individual Purchase Contract is based upon the Seller/Servicer's agreement that the Mortgages purchased will be serviced by such Seller/Servicer pursuant to the Servicing Contract, which Servicing Contract and related

Servicing Contract Rights may be assigned to another Servicer pursuant to a Transfer of Servicing, subject to obtaining Freddie Mac's prior written approval as set forth in Chapter 7101. Under no circumstance does a Seller/Servicer retain any legal ownership of the Servicing Contract or any related Servicing Contract Rights. Freddie Mac acknowledges that a Seller/Servicer may recognize Servicing Contract Rights as assets on its balance sheet in the form of "mortgage servicing rights" in accordance with generally accepted accounting principles (GAAP); however, such recognition as under GAAP does not confer to a Seller/Servicer any legal ownership interest in any Servicing Contract Rights. The Seller/Servicer agrees that any failure to service any Mortgage in accordance with the terms of the Servicing Contract, or any breach of any of the Seller/Servicer's obligations under any aspect of the Servicing Contract, shall be deemed to constitute a breach of the entire contract and shall entitle Freddie Mac to terminate all or a portion of the Servicing Contract and any related Servicing Contract Rights. The termination of a portion of the Servicing Contract shall not alter the unitary, indivisible nature of the Servicing Contract.

If a Servicer that services Mortgages for Freddie Mac is not also the Seller of the Mortgages to Freddie Mac, the Servicer must agree to service Mortgages for Freddie Mac by separate agreement (e.g., Form 960 of Servicing of Single-Family Mortgages or Electronic Agreement for Subsequent Transfer of Servicing of Single-Family Mortgages (STOS Agreement)), which incorporates the applicable Purchase Documents. In such case, the separate agreement shall be deemed to be one of the "Purchase Documents" that constitute the Servicing Contract.

In addition, in certain cases, a Seller and/or Servicer who uses certain Freddie Mac services will, by virtue of the provisions of the Guide, be deemed to have agreed upon certain terms and conditions related to such services and their use.

**(ii) Amendments to the Guide**

Freddie Mac may, in its sole discretion, amend or supplement the Guide from time to time. Amendments to the Guide may be a paper Record or an Electronic Record, as those terms are defined in Chapter 1401. The Guide may not be amended orally. Freddie Mac may amend the Guide by:

- Publishing Bulletins, which apply to all Sellers/Servicers, or

- Entering into a Purchase Contract or other written or Electronic agreement, which applies to the Seller/Servicer that is a party to the Purchase Contract or agreement

Bulletins expressly amend, supplement, revise or terminate specific provisions of the Guide. An amendment, supplement, revision or termination of a provision in the Guide is effective as of the date specified by Freddie Mac in the applicable Bulletin.

A Purchase Contract or other written agreement or Electronic agreement amends or supplements specific provisions of the Guide for purposes of such Purchase Contract or

# Chapter 1301: General Responsibilities of the Seller/Servicer

## 1301.1: Submission of data to Freddie Mac (03/02/16)

The Seller/Servicer warrants that all data and/or other information submitted to Freddie Mac is true, complete and accurate. The Seller/Servicer agrees to complete all Freddie Mac forms according to the instructions or guidance provided by Freddie Mac. With respect to data and/or other information transmitted to Freddie Mac through a permitted electronic medium, the Seller/Servicer warrants that the:

- Transmission complies with the requirements of the applicable Purchase Documents

- Transmission contains all the required information

- Terms, conditions and requirements stated in the Purchase Documents have been fully satisfied and adhered to

## 1301.2: Compliance with applicable law (10/11/23)

**(a) Seller/Servicer obligations**

The Seller/Servicer agrees to comply with all applicable federal, State and local laws, ordinances, regulations, orders and regulator guidance (collectively, "Applicable Laws"), including, without limitation and as amended, the following Applicable Laws:

1. Title VI of the Civil Rights Act of 1964

2. Title VIII of the Civil Rights Act of 1968, as amended

3. Section 527 of the National Housing Act

4. The Equal Credit Opportunity Act

5. The Fair Credit Reporting Act

6. All Applicable Laws governing consumer protection, data privacy and/or the safeguarding of Borrower personal information including, without limitation, the Gramm-Leach-Bliley Act

7. Executive Order 11063, Equal Opportunity in Housing, issued by the President of the United States on November 20, 1962

8. The foreign assets control regulations, 31 C.F.R. Chapter V, as amended, and any authorizing legislation or executive order relating thereto, as administered by the Office of Foreign Assets Control (OFAC) within the United States Department of the Treasury (collectively "OFAC Regulations")

9. The Bank Secrecy Act, the Money Laundering Control Act and Title III of the USA PATRIOT Act

10. Section 5 of the Federal Trade Commission Act and similar laws that prohibit unfair or deceptive acts or practices

11. The Truth in Lending Act

12. The Real Estate Settlement Procedures Act

13. The Fair Debt Collections Practices Act

14. The Homeowners Protection Act of 1998

15. Judicial and professional rules of conduct governing discussions with opposing parties in litigation when represented by counsel (e.g., solicitation of delinquent Borrowers in bankruptcy or Borrowers engaged in litigation with the Servicer)

16. The U.S. Bankruptcy Code

17. The Electronic Signatures in Global and National Commerce Act, as enacted by the United States government ("E-SIGN")

18. The Uniform Electronic Transactions Act, as enacted by the applicable State ("UETA") unless superseded by E-SIGN

Without limiting the preceding provisions of this Section 1301.2, the Servicer must make such disclosures to Borrowers and other individuals as are required by, and must otherwise comply with, the requirements of applicable state privacy and consumer protection laws, including without limitation, the California Consumer Privacy Act of 2018 and its implementing regulations (the "CCPA") and similar State laws and regulations now existing or that may be effective in the future. The Servicer certifies that it is and will be aware of the requirements of such laws and regulations and covenants that it will comply with their requirements and restrictions. In addition, upon Freddie Mac's request, the Seller/Servicer shall cooperate with Freddie Mac in connection with responding to and complying with consumer requests and other requests received by Freddie Mac or on behalf of persons who wish to exercise their rights under the CCPA and similar State laws and regulations.

The Seller/Servicer's obligation to comply with the requirements of the applicable state privacy and consumer protection laws, as well as to cooperate with Freddie Mac, shall survive the termination of the Seller/Servicer's right to sell or service Mortgages pursuant to the Guide for the greater of: (i) the life of the subject Mortgage(s) plus 7 years, (ii) the expiration of applicable retention requirements pursuant to Applicable Laws, and (iii) any time at which the Seller/Servicer lawfully destroys the Mortgage files or Freddie Mac information in the Seller/Servicer's possession and certifies the destruction in compliance with Section 1301.3.

The Seller/Servicer agrees to indemnify and hold Freddie Mac harmless from and against all claims, judgments, losses, costs and expenses incurred by Freddie Mac arising out of the Seller/Servicer's violation of any Applicable Law.

The Seller/Servicer agrees and acknowledges that it cannot assume that because it complies with all applicable Freddie Mac requirements that the Seller/Servicer therefore complies with all Applicable Laws.

**(b) OFAC screening; notice of OFAC match**

Seller/Servicers are expected to establish and maintain an effective OFAC compliance program that ensures compliance with OFAC Regulations.

Sellers must screen each Borrower against OFAC's most recent list of Specially Designated Nationals and Blocked Persons ("OFAC SDN List") prior to delivery to Freddie Mac. If a Borrower is on the OFAC SDN List, the Mortgage is ineligible for sale to Freddie Mac.

The Servicer must periodically screen the Mortgages that it services for Freddie Mac against the OFAC SDN List. The frequency of such screening should be based on the Servicer's OFAC compliance program and be commensurate with the Servicer's OFAC risk profile (i.e., Servicers could screen Freddie Mac Mortgages with the same frequency as they do their own portfolio). A Servicer that identifies a valid Borrower match against the OFAC SDN List must notify Freddie Mac via e-mail within 24 hours of identifying such match to discuss potential changes to the Servicing of the associated Mortgage, which may include, but are not limited to, the blocking and/or segregation of Mortgage-related funds and ceasing certain Servicing-related activities **(see Directory 1)**.

Such e-mail notification must also provide the following information:

- Freddie Mac loan number

- Borrower name

- Name, title, e-mail address, and telephone number for the point of contact at the Servicer who will be able to discuss the OFAC SDN List match

If a disaster has affected or interrupted the Servicer's operations, the Servicer must notify Freddie Mac within 24 hours of the disaster, by calling the Customer Support Contact Center at 800-FREDDIE. See Exhibit 52, Federal Disaster Assistance, for more information.

To assist with Servicing activities, a number of Servicing Tools are available through Freddie Mac's website at **https://sf.freddiemac.com/working-with-us/servicing/overview**. These tools are accessible using a secure User ID and password that a Servicer may request on the web site. See Exhibit 88, Servicing Tools, for a list of available Servicing Tools.

## 8101.2: The Servicer to perform its obligations and duties at its own expense (07/23/18)

The Servicer is responsible for performing the obligations and duties required under the Servicing Contract at its own expense and without cost or charge to Freddie Mac, unless expressly provided for otherwise in the Servicing Contract. Any costs or expenses incurred by the Servicer may be charged or collected from the Borrower only to the extent allowed under the terms of the Security Instrument, the Servicing Contract and any applicable law.

## 8101.3: Servicer's limited power of attorney (11/14/18)

The Servicer agrees to accept a limited power of attorney from Freddie Mac empowering the Servicer to perform all duties of the mortgagee in canceling the Note and Security Instrument upon satisfaction of the Borrower's debt. In its discretion, Freddie Mac may give and the Servicer agrees to accept a power of attorney that grants broader powers to the Servicer. The Servicer must comply with all local recording requirements and is solely responsible for any recording fee assessed by the applicable authority. Freddie Mac may require that the Servicer identify to Freddie Mac all jurisdictions where Freddie Mac's power of attorney has been recorded. A sample limited power of attorney available from Freddie Mac, which outlines the types of documents a Servicer can execute, endorse, and acknowledge in Freddie Mac's name, is available in Exhibit 53, Limited Power of Attorney.

## 8101.4: Servicer's execution of documents (11/14/18)

All requests for Freddie Mac execution of documents must be submitted to Freddie Mac **(see Directory 9)**. The documents that require Freddie Mac execution must be submitted with a Request for Assistance Form, which is available at: **https://sf.freddiemac.com/content/_assets/resources/pdf/fact-sheet/sats699.pdf**.

Freddie Mac will return the executed documents after verifying that the requesting Servicer has met all conditions as necessitated by the type of action requested and applicable law.

# Chapter 8102: Servicers and Servicing Agents

## 8102.1: Managing Servicing Agents (04/12/23)

**(a) Servicer's and Servicing Agent's rights and responsibilities**

The Servicer must service Mortgages purchased by Freddie Mac in accordance with the requirements of applicable law and the Purchase Documents. FHA, VA and Section 502 GRH Mortgages and Mortgages covered by mortgage insurance must be serviced in accordance with the Servicing requirements of the Purchase Documents and the applicable FHA, VA, RHS or MI requirements. To the extent that those requirements may conflict with the Purchase Documents, the FHA, VA, RHS or MI requirements, as applicable, will control.

A Seller that is not also a Servicer must enter into a Concurrent Transfer of Servicing to a Transferee Servicer in accordance with the requirements of Chapter 7101. The Servicer may request approval of a Transfer of Servicing to a Transferee Servicer or designate another Servicer as its Servicing Agent.

A Servicing Agent must be an approved Freddie Mac Servicer, and must comply with all Freddie Mac Servicing requirements set forth in the Guide and other applicable Purchase Documents containing Servicing requirements (e.g., Servicing provisions that amend the Guide). A fully executed Form 479A, Single-Family Servicing Agent Certification and Agreement, that has been approved and acknowledged by Freddie Mac is a Purchase Document. The Master Servicer and the Servicing Agent agree and acknowledge that the Servicing Agent is only authorized to review and use Mortgage data, including, but not limited to, review and use of data through access to any Freddie Mac Servicing Tool available through the **Servicing Gateway**, related to the Mortgages for which the Servicing Agent has been engaged to perform the Servicing obligations of the Master Servicer.

Notwithstanding Freddie Mac's written approval of a Servicing Agent, in accordance with the provisions of this Section 8102.1, and notwithstanding the actual performance by the Servicing Agent of all or a portion of the Master Servicer's Servicing responsibilities, Servicing Agent and Master Servicer agree (a) that they are jointly and severally liable to Freddie Mac and shall indemnify, defend and hold Freddie Mac harmless from and against any and all loss, damage or expense, including court costs and attorney fees arising out of or relating to the Master Servicer's failure to comply with any Servicing requirement in the Guide or other applicable Purchase Documents that is a result of, or caused by, the Servicing Agent's failure to comply with any Servicing requirements within the scope of its Subservicing Agreement or violation of its representations, warranties, covenants and agreements set forth in its executed Form 479A and (b) that Freddie Mac may exercise any and all rights and remedies available under the Guide, other applicable Purchase Documents and applicable law against either or both the Master Servicer and/or the Servicing Agent for any such Servicing violation(s), provided however that under no circumstances will Freddie Mac be entitled to any duplicative recovery. The Master Servicer shall continue to be