# EXHIBIT 2

**In the Matter Of:**

RICARDO SALOM, et al. vs NATIONSTAR MORTGAGE LLC

**COURTNEY EHINGER**

*March 11, 2025*

1            MR. MANNING:  Object to the form.

2            You can answer.

3            THE WITNESS:  All of our processes, as well

4    as any letters or, you know, website and so forth, we

5    consider all regulations.  But -- so it's always

6    considered, but there's nothing that says on here

7    Truth in Lending.  But it's all considered as part of

8    our process.

9    BY MR. ROBINSON:

10       Q    But there's nothing on Exhibit 47 that

11   identifies that all regulations and statutes, all

12   applicable laws, for example, were considered in

13   issuing and delivering a payoff statement to the

14   borrower?

15            MR. MANNING:  Object to the form.

16            You can answer.

17            THE WITNESS:  Before we would issue any

18   payoff statement, which this is a flow that would end,

19   and depending upon the loan, would, in an issue -- if

20   it did issue a payoff statement, all of federal and

21   regulatory and investor guidelines are considered.

22   BY MR. ROBINSON:

23       Q    But that's not described anywhere on Exhibit

24   47?

25            MR. MANNING:  Object to the form.

1          You can answer.

2          THE WITNESS:  No.  Because that's not the --

3    this is a process flow for an IVR.  It's not a legal

4    procedure or interpretation.  It's not the intent of

5    this.

6    BY MR. ROBINSON:

7      Q    But the process doesn't include any

8    consideration of the applicable laws that might govern

9    it, correct?

10         MR. MANNING:  Objection.  That misstates

11   testimony.

12         THE WITNESS:  Correct.  All of our -- as I

13   stated, the process is all considered.  So if I were

14   to issue a payoff statement, the process considers

15   federal, state, investor guidelines.

16   BY MR. ROBINSON:

17     Q    Right.  And does Exhibit 47 describe that

18   process?

19         MR. MANNING:  Object to the form.

20         You can answer.

21         THE WITNESS:  The process itself considers

22   it.

23   BY MR. ROBINSON:

24     Q    Okay.  But is there a step identified on --

25   would you agree with me that Exhibit 47 describes

1    different steps on the IVR process for requesting and

2    receiving a payoff statement?

3        A    Yes.

4        Q    All right.  And is there any specific step

5    on Exhibit 47 that describes consideration of

6    applicable laws and industry guidelines relating to

7    fees charged on payoff statements?

8                MR. MANNING:  Object to the form.

9                You can answer.

10               THE WITNESS:  There are decision points

11   identified within this flow.  Those decision points

12   have rules behind them that would consider applicable

13   law, federal, regulatory, et cetera.

14   BY MR. ROBINSON:

15       Q    Okay.  And are the decision points that

16   you've -- you're generally describing the decision

17   points, right?

18       A    Yes.

19       Q    And does each decision point have a written

20   set of rules that follow it somewhere?

21       A    I don't know the answer to that.

22       Q    And where would you go to get the answer to

23   that question?

24       A    I'd have to go to IT.

25       Q    All right.  Is there a decision point on

1    Exhibit 47 to how the payoff sum is calculated to a

2    borrower, just generally?

3              MR. MANNING:  Object to the form.

4              You can answer.

5              THE WITNESS:  Can you repeat that question?

6              MR. ROBINSON:  Sure.

7    BY MR. ROBINSON:

8        Q    Is there a decision point on Exhibit 47 that

9    describes how the payoff sum is calculated?

10       A    No.  I don't think it's part of this process

11   flow.

12       Q    Okay.  Is there a decision point identified

13   on Exhibit 47 that shows a review of a borrower's deed

14   of trust or mortgage note or any modifications

15   thereto?

16       A    No.

17       Q    Is there a decision point identified on

18   Exhibit 47 that identifies any review of the Fannie

19   Mae or Freddie Mac guidelines for loans that are owned

20   by Fannie or Freddie?

21       A    Without looking at all the underlying code

22   -- it doesn't state this, but the underlying code

23   considers the type of loan because the loan shows of

24   whether it's Fannie or Freddie.  So it would be

25   considered as part of the process.

```
 1      A    Yes.

 2      Q    And what is the nature of Nationstar's

 3   relationship with Fannie Mae?

 4      A    They're one of our investors.

 5      Q    Okay.  And what does Nationstar mean by the

 6   term investor?

 7      A    They own loans that we service on their

 8   behalf.

 9      Q    And does Nationstar know how many loans it

10   services on behalf of Fannie Mae?

11      A    Yes.

12      Q    And would that be a significant portion of

13   its business?

14           MR. MANNING:  Object to the form and scope.

15           You can answer if you know.

16           THE WITNESS:  I don't know what you mean by

17   significant.

18           MR. ROBINSON:  Sure.

19   BY MR. ROBINSON:

20      Q    Does Fannie Mae establish any guidelines for

21   Nationstar to follow when servicing loans on its

22   behalf?

23      A    Yes.

24      Q    And what are those guidelines generally, as

25   you understand them?
```

1      Q    Okay.  And do you know if, at any point in

2  time, Nationstar had within the servicing department a

3  focus group on Freddie Mac loans?

4      A    I don't know.

5      Q    And are Nationstar employees who work on

6  servicing Fannie Mae loans expected to understand the

7  Fannie Mae guidelines governing those loans?

8      A    Yes.

9      Q    And what does Nationstar do to ensure that

10  Nationstar employees follow the Fannie Mae guidelines

11  when they're working with a Fannie Mae loan?

12      A    There are policies and procedures that the

13  employees are trained on.  The system is set up to --

14  systems are set up to comply with those rules.  There

15  are testing that is completed to review if we are

16  adhering to those guidelines.  Fannie Mae comes and

17  audits us to see if we are following those guidelines

18  and tests loans.

19          And then we have a change of law process

20  that would include any changes to the servicing guide

21  that would then get reviewed and implemented.

22      Q    To Nationstar's knowledge, are there any

23  specific training that is undertaken for Nationstar

24  employees involved in the issuance and delivery of

25  payoff statements to borrowers in relation to Fannie

1    because you used the pronoun "my," "my letters

2    department," that's the department that reports to you

3    personally, correct?

4         A    Yes.

5         Q    But today you're here on behalf of

6    Nationstar, so are there any other departments that

7    you know of that provide similar training that may not

8    report to you?

9         A    Not for payoff quotes.

10        Q    All right.  And does Nationstar have a

11   relationship with Freddie Mac?

12        A    Yes.

13        Q    And what is the general understanding of

14   Nationstar's relationship with Freddie Mac?

15        A    The same as Fannie Mae.  We service loans

16   for Freddie Mac.  They are an investor.

17        Q    And those loans are owned by Freddie Mac,

18   right?

19        A    Yes.

20        Q    And does Freddie Mac also do, as you

21   described generally, Fannie Mae does, testing, audits,

22   and other review of Nationstar's work on its behalf?

23        A    Yes, they do.

24        Q    All right.  And then, in the audits that

25   Fannie Mae and Freddie Mac might do, do they typically

1    do 100 percent audit, or do they take a random sample

2    of files that they're auditing and reviewing?

3                MR. MANNING:  Object to the form and scope.

4                You can answer if you know.

5                THE WITNESS:  They could do both, depending

6    upon what they're auditing.

7    BY MR. ROBINSON:

8         Q    Right.  And so it's a customary practice for

9    Nationstar to be involved in audits or reviews that

10   might involve a sampling of files?

11        A    Yes.

12        Q    And are all the employees of Nationstar who

13   work with Freddie Mac owned mortgages expected to know

14   and follow the Freddie Mac guidelines?

15        A    Generally, yes.

16        Q    All right.  And are they provided training

17   to adhere to those guidelines in a general sense?

18        A    Yes.

19        Q    And do you know if there's any specific

20   training that Nationstar employees are provided to

21   follow Freddie Mac's guidelines related to the

22   issuance and delivery of payoff statements?

23        A    It would be the similar training as I

24   described for Fannie Mae.

25        Q    And so that training for Fannie Mae and

1    statements to borrowers in less than seven business

2    days?

3              MR. MANNING:  Object to the form.

4              You can answer.

5              THE WITNESS:  That there are others that

6    charge a similar fee.

7    BY MR. ROBINSON:

8         Q    And what others do you know of?

9         A    Flagstar.

10        Q    Anyone else?

11        A    I can't remember who else.

12        Q    Okay.  And then so Plaintiff's provided in

13   discovery various payoff statements from Shellpoint,

14   which is another mortgage servicer, would you agree

15   with me on that?

16        A    Yes.

17        Q    Chase, BSI, Fay Servicing, Carrington

18   Mortgage, PHH Mortgage, Rushmore Loan Management

19   Services -- and I'm going to call that the Old

20   Rushmore, to refresh your memory -- SPS or Select

21   Portfolio Servicing, Inc., Seterus, Truist, and those

22   are collected within Exhibit 16.

23              None of those payoff statements that were

24   delivered via the Internet, fax, or otherwise charged

25   a fee to the borrower for the issuance and the

1          MR. MANNING:  Object to the form.

2          You can answer it.

3          THE WITNESS:  I don't know the answer to

4    that.

5    BY MR. ROBINSON:

6       Q    Okay.  And where would you go to get the

7    answer to that question?

8       A    I would consult with my legal and compliance

9    team, to say, can we confirm that that's a standard

10   language within all of them?  Interpretation to review

11   -- to confirm.  It's a legal opinion.

12      Q    Okay.  And then is Nationstar permitted to

13   collect fees that are barred by applicable law?

14      A    If it was prohibited by a law, we would not

15   charge it.

16      Q    Okay.  And if Nationstar made the

17   determination that a fee related to the request and

18   the delivery of a payoff statement to a borrower in

19   less than seven business days was permitted, that

20   would have been made by the compliance and legal

21   department, if I understood your earlier testimony, is

22   that correct?

23      A    Yes.  They would have interpreted the law to

24   say it would have been permitted.

25      Q    Right.  So no other department or

1      A    Yeah.  Let me go back to the transfer

2   notification.  Yes.  According to the notice of

3   transfer, we did not take over until August of 2011,

4   August 16th.

5      Q    All right.  So that would have been after

6   the date of default, correct?

7      A    Yes.

8      Q    And at the time Nationstar became the

9   servicer, it knew -- I'm sorry.

10              At the time Nationstar became the servicer

11   of Mr. Hackinen's loan, it knew that his loan was in

12   default, is that correct?

13      A    That it was delinquent, yes.

14      Q    Well, did it also know that it was in

15   default?

16              MR. MANNING:  Object to the form.

17              You can answer.

18              THE WITNESS:  I can't answer under the

19   definition of default.  I just know it was past due.

20   BY MR. ROBINSON:

21      Q    All right.  And your position at Nationstar

22   is senior vice president for mortgage servicing, is

23   that correct?

24      A    Senior vice president of performing

25   servicing.

 1      IVR flow.  It's just another view of it, is my

 2      understanding.

 3           Q    So this is similar than the exhibit that we

 4      went over earlier this morning, and it was 47, is that

 5      correct?

 6           A    Correct.

 7           Q    So is Exhibit 45 and these two pages, the

 8      first two pages, 20057 and 58, talking just about the

 9      IVR process?

10           A    Yes.  This would be the IVR process.

11           Q    All right.  And so just to drill down a

12      little bit, the IVR process is an automated process

13      when a borrower calls in and goes through an

14      automation function, or is it when they're talking to

15      a live representative?

16           A    No.  It's when they're talking to the phone

17      system.  So they're not talking to a human, the phone

18      system is speaking to them, and they are replying or

19      pushing buttons.

20           Q    Okay.  And so if I ask the same questions

21      that I asked earlier about Exhibit 47, in terms of the

22      rules behind the decision making, that's all

23      automated, there's no customization that takes place

24      in the decision points on here?

25                MR. MANNING:  Object to the form.

1          You can answer.

2               MR. ROBINSON:  If you understood my

3     question.  If you didn't, tell me.

4               THE WITNESS:  I think I get you.  I mean,

5     it's the same answers.  The rules behind it would vary

6     by loan type and investor type and so -- but -- and is

7     --

8     BY MR. ROBINSON:

9          Q    And the rules are all standard and uniform

10    and established by Compliance and Legal and given to

11    someone in IT to input into the computer system, is

12    that correct?

13              MR. MANNING:  Object to the form.

14              You can answer.

15              THE WITNESS:  Can you rephrase that one?

16    BY MR. ROBINSON:

17         Q    Right.  I mean, so the rules -- who reviews

18    the rules at Nationstar that underlie the IVR process?

19         A    Well, it depends on what rule we're talking

20    about.

21         Q    Well, and what about the rules related to

22    payoff statements?

23         A    The baseline would be what is required to be

24    in compliance, and then the business would review the

25    rules for our process to adhere to those.

1      Q     Okay.  But Compliance would determine, for

2   example, for this case, whether or not a fee could be

3   charged to a borrower, that's all set up in the rules,

4   correct?

5      A     Yes.  The underlying matrix of what would be

6   allowed or not would come from Legal and Compliance.

7      Q     All right.  Then the next page in that

8   exhibit is -- it's NSM_SALOM 20059.  That appears to

9   be, I think, a screenshot, is that right?

10     A     Yes.

11     Q     And so can you describe to me what this is?

12     A     This is a screenshot from the system that

13  the agent, if they're speaking to a borrower, this

14  provides the scripting that they would provide in the

15  instance of a payoff quote request where a fee would

16  be applicable.

17          So they would read off that a fee may apply,

18  there is no fee.  Just summarizing, that there is no

19  fee to receive the quote by mail.  And then they would

20  confirm that it had been provided.  This is when an

21  agent has -- would disclose to the customer, who would

22  then agree.

23     Q     Yeah.  I'm not trying to quibble with you,

24  but where on here does it say that there would be --

25  oh, I'm sorry, the fourth bullet, "There would be no

1    expedited fee to receive this quote by regular mail"?

2        A    That is correct.

3        Q    All right.  So this is essentially a script

4    for a phone operator, if I'm understanding you

5    correctly, right?

6        A    Correct.

7        Q    All right.  And we have a hypothetical

8    borrower who's requesting this and though it's

9    populated there, correct?

10       A    Correct.

11       Q    And anywhere on this script, does Nationstar

12   disclose to borrowers that the fee may not be allowed

13   under either investor guidelines or applicable law?

14            MR. MANNING:  Object to the form.

15            You can answer.

16            THE WITNESS:  It does not state that.

17   BY MR. ROBINSON:

18       Q    Right.  But Nationstar knew this

19   hypothetical was a payoff requested on January 2nd,

20   2025, correct?  You can see the hypothetical payoff

21   date, I think.

22       A    Yeah.  I don't know if that was the date it

23   was requested or the date through.  I can't -- I can't

24   affirmatively state that.

25       Q    But this is just a hypothetical.

1  process.  There's no review when there's a telephonic

2  inquiry of the applicable laws that may govern the

3  request and whether or not the fee is permitted or

4  not, correct?

5           MR. MANNING:  Object to the form.  Misstates

6  testimony.

7           You can answer.

8           THE WITNESS:  Yeah.  The agents don't do

9  that.  That's what's done at the legal and compliance

10 that would then follow the rules that would determine

11 the scripting.

12 BY MR. ROBINSON:

13    Q    Right.  So just like the IVR process, the

14 telephonic process doesn't have any individualized

15 determination about whether or not a fee may be

16 charged or collected, correct?

17          MR. MANNING:  Object to the form.  Misstates

18 testimony.

19          You can answer.

20          THE WITNESS:  Yeah.  What is -- what is

21 scripted for the agent is based upon rules that are

22 just as similar to the IVR that would then disclose,

23 and that would follow whether it would have been

24 allowed or not.

25 //

1    BY MR. ROBINSON:

2        Q    Right.  The rules established by either

3    general counsel's office or a compliance department?

4        A    Generally, that's where it starts, yes.

5        Q    Okay.  All right.  The next page in that

6    Exhibit 45 is -- I'm not exactly sure what it is, but

7    it's NSM_SALOM 20060.  And I'm going to ask you what

8    it is when you're ready.

9        A    All right.  Appears to be just a blow up of

10   -- if we move the boxes and we can actually read it

11   from the IVR flow because it references 211351, which

12   is also on Exhibit 47.  And that's just a blow up of

13   it, of the disclosure that is provided in the IVR,

14   similar to the agent that says their disclosure of the

15   fee as well as indicating there's no delivery fees if

16   we receive it by mail.

17       Q    Okay.  And that disclosure in the IVR

18   process, though, doesn't ask the borrower to sign

19   anything at that point in time, agreeing to the fee?

20       A    No.  They would confirm that they received

21   it and agreed to it electronically.

22       Q    Okay.  But they would not sign anything that

23   they've agreed to receive it electronically, correct?

24       A    No.  There is no signature.

25       Q    All right.  And then if you can go to the

```
 1    next page, which is NSM_SALOM 020061, and let me know

 2    what that is.

 3         A    That is a screenshot of a web if a customer

 4    is requesting a payoff quote via the web.

 5         Q    Okay.  And this is a screenshot that was --

 6    is this for the current practice or some prior

 7    practice?

 8         A    No.  I believe it's the current practice.

 9    And it varies by loan.  This is just a sample because

10    sometimes there's not a prep fee, sometimes there's --

11    so.

12         Q    Right.  There's a hypothetical loan --

13         A    This is a hypothetical.

14         Q    Right.  So I just want to be clear.

15         A    Correct.

16         Q    It identifies on the upper left hand corner,

17    1535 East Ocean, dot, dot, dot, and then some number

18    that's probably a loan number, but that's a

19    hypothetical, correct?

20         A    That is correct.

21         Q    All right.  And so is it Nationstar's

22    practice now to charge $45 for an instant web payoff

23    quote?

24              MR. MANNING:  Object to the form.

25              You can answer, if you know.  It's outside
```

```
 1              CERTIFICATE OF NOTARY PUBLIC

 2              I, JENNIFER DAMIANI, A Remote Online Notary

 3    of the State of OHIO, duly authorized to administer

 4    oaths, do hereby certify:

 5              That I am a disinterested person herein;

 6    that the witness, COURTNEY EHINGER, named in the

 7    foregoing deposition, was by me duly sworn to testify

 8    the truth, the whole truth, and nothing but the truth;

 9    that the deposition was reported by me, JENNIFER

10    DAMIANI, and is a true and correct record of the

11    testimony so given.

12              IN WITNESS WHEREOF, I hereby certify this

13    transcript at my office in the County of PIMA, State

14    of ARIZONA, this 11th day of March 2025.

15

16

17                             JENNIFER DAMIANI

18                   Remote Notary Public in and for the

19                             State of ARIZONA

20

21

22

23

24

25
```

```
 1                    CERTIFICATE OF TRANSCRIBER

 2              I, FREYA AMIS, do hereby certify that this

 3    transcript was prepared from the digital audio

 4    recording of the foregoing proceeding, that said

 5    transcript is a true and accurate record of the

 6    proceedings to the best of my knowledge, skills, and

 7    ability; that I am neither counsel for, related to,

 8    nor employed by any of the parties to the action in

 9    which this was taken; and, further, that I am not a

10    relative or employee of any counsel or attorney

11    employed by the parties hereto, nor financially or

12    otherwise interested in the outcome of this action.

13

14

15                                    FREYA AMIS

16

17

18

19

20

21

22

23

24

25
```