# EXHIBIT 6

# FILED CONDITIONALLY UNDER SEAL