# EXHIBIT 8



NSM_SALOM 020061 [CONFIDENTIAL]