# EXHIBIT 10



NSM_SALOM 020059 [CONFIDENTIAL]