# EXHIBIT 11

# FILED CONDITIONALLY UNDER SEAL