# EXHIBIT 13

```
Processing Options Selected:

    1.  ████1058 - ████1058    Loan Number Range
    2.  000000 - 032224        Date Range
    3.  B                      Output Type
    4.                         Select State
    5.                         Escrow Group Code
    6.                         Message Code
    7.                         Investor
    8.  0000000                Pool
    9.  Y                      Select only loans with Transactions
   10.  Y                      Include liquidated loans
```

NSM_SALOM 019197

```
SR497CR-02                           Mr. Cooper                                                      3/22/24  9:48:18
LFERRER                         DETAIL TRANSACTION HISTORY                                           JOB DT:  3/22/24
                                                                                                     PAGE:          1
-----------------------------------------------------------------------------------------------------------------------
LOAN#      1058     INV# FT1      POOL# 0000001              NEXT DUE  8/01/22   INTEREST RATE 4.000   PRIN.BAL       .00
BORR1 RICARDO A. SALOM            TYPE: 03-00 Conv/Unins                                               ESC.BAL        .00
BORR2 ADDL INFORMATION                                       INT PD TO 7/01/22   P&I SHORT       .00   CORP ADV       .00
PROP: 14608 QUINCE ORCHARD RD     MAIL: 12541 277th pl ne
      NORTH POTOM MD 20878              duvall         WA 98019
-----------------------------------------------------------------------------------------------------------------------

   ---TRANSACTION----                       NEXT  -AFTER TRANS.BALANCES-    TOTAL    ----------------APPLIED---------------- MISC.PMTS
   NBR   DATE   CODE -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW     AMOUNT    PRINCIPAL   INTEREST   ESCROW   SUSPENSE/CD

   91  8/02/22 6225 MISC SUSP DISB           8/22       .00         .00   1111.42-        .00        .00       .00   1111.42-25
               PAYEE SALOM   #2024395472 DUE  8/02/22
               S/F BX   REF# 2024395472
   90  7/31/22 60PO ESC REF POFF DISBURSED   8/22       .00         .00   3180.51-        .00        .00   3180.51-      .00
               PAYEE SALOM   #2024389865 DUE  0/00/00
               S/F BX   REF# 2024389865
   89  7/12/22 1325 PMT-MISC SUSP            8/22       .00     3180.51   1111.42         .00        .00       .00   1111.42 25
               S/F WR   REF#
   88  7/12/22 30   PAYOFF                   8/22       .00     3180.51 210965.10   210965.10        .00       .00       .00
               S/F WR   REF#
   87  7/12/22 3012 PAYOFF INTEREST          8/22  210965.10   3180.51    254.31         .00      254.31       .00       .00
               S/F WR   REF#
   86  7/12/22 1436 ZZZZF-ExpDeliveryFee     8/22  210965.10   3180.51     25.00         .00        .00       .00       .00   25.00 36
               S/F C    REF#
   85  7/12/22 1457 ZZZZF-COUNTY Recordi     8/22  210965.10   3180.51     50.00         .00        .00       .00       .00   50.00 57
               S/F C    REF#
   84  7/12/22 1499 ZZZZF-COUNTY Recordi     8/22  210965.10   3180.51     50.00         .00        .00       .00       .00   50.00 57
               S/F      REF#
   83  7/01/22 02   PAYMENT                  8/22  210965.10   3180.51   1510.74      245.07     704.03     561.64       .00
                              Int pd to:  7/01/22
               S/F BA   REF#           C
   82  6/29/22 1499 ZZZZF-ExpDeliveryFee     7/22  211210.17   2618.87     25.00         .00        .00       .00       .00   25.00 36
               S/F      REF#
   81  6/01/22 02   PAYMENT                  7/22  211210.17   2618.87   1510.74      244.25     704.85     561.64       .00
                              Int pd to:  6/01/22
               S/F BA   REF#           C
   80  5/02/22 02   PAYMENT                  6/22  211454.42   2057.23   1510.74      243.44     705.66     561.64       .00
        Effective date: 5/01/22  Int pd to:  5/01/22
               S/F BA   REF#           C
   79  4/01/22 02   PAYMENT                  5/22  211697.86   1495.59   1510.74      242.63     706.47     561.64       .00
                              Int pd to:  4/01/22
               S/F BA   REF#           C
   78  3/01/22 02   PAYMENT                  4/22  211940.49    933.95   1510.74      241.83     707.27     561.64       .00
                              Int pd to:  3/01/22
               S/F BA   REF#           C
   77  2/17/22 6050 HAZARD SFR   DISBURSED   3/22  212182.32    372.31   1334.50-        .00        .00   1334.50-      .00
               PAYEE 5029752 #02172022IN DUE  3/01/22
               S/F WR   REF# 02172022INS
   76  2/01/22 02   PAYMENT                  3/22  212182.32   1706.81   1510.74      241.02     708.08     561.64       .00
                              Int pd to:  2/01/22
               S/F BA   REF#           C
   75  1/03/22 02   PAYMENT                  2/22  212423.34   1145.17   1510.74      240.22     708.88     561.64       .00
        Effective date: 1/01/22  Int pd to:  1/01/22
               S/F BA   REF#           C
```

NSM_SALOM 019198

SR497CR-02     Case 2:24-cv-00444-BJR    Document 96-14    Filed 04/14/25    Page 4 of 7     3/22/24   9:48:18
LFERRER                     Mr. Cooper                                                     JOB DT:   3/22/24
                                     DETAIL TRANSACTION HISTORY                                                     PAGE:     2

```
---TRANSACTION----                         NEXT -AFTER TRANS.BALANCES-    TOTAL   ----------------APPLIED----------------- MISC.PMTS
 NBR   DATE   CODE -----DESCRIPTION------   DUE    PRINCIPAL     ESCROW   AMOUNT   PRINCIPAL  INTEREST    ESCROW SUSPENSE/CD

     LOAN#         1058             CONTINUED

  74 12/13/21 6031 COUNTY TAX   DISBURSED  1/22   212663.56      583.53  2664.81-      .00       .00    2664.81-      .00
              PAYEE 31MD012 #        DUE 12/31/21
              S/F WR   REF#
  73 12/01/21 02   PAYMENT                 1/22   212663.56     3248.34  1510.74    239.42    709.68     561.64       .00
                                  Int pd to: 12/01/21
              S/F BA   REF#           C
  72 11/01/21 02   PAYMENT                12/21   212902.98     2686.70  1443.34    238.63    710.47     494.24       .00
                                  Int pd to: 11/01/21
              S/F BA   REF#           C
  71 10/01/21 02   PAYMENT                11/21   213141.61     2192.46  1443.34    237.84    711.26     494.24       .00
                                  Int pd to: 10/01/21
              S/F BA   REF#           C
  70  9/16/21 6031 COUNTY TAX   DISBURSED 10/21   213379.45     1698.22  2664.89-      .00       .00    2664.89-      .00
              PAYEE 31MD012 #        DUE  9/30/21
              S/F WR   REF#
  69  9/01/21 02   PAYMENT                10/21   213379.45     4363.11  1443.34    237.05    712.05     494.24       .00
                                  Int pd to:  9/01/21
              S/F BA   REF#           C
  68  8/02/21 02   PAYMENT                 9/21   213616.50     3868.87  1443.34    236.26    712.84     494.24       .00
   Effective date:  8/01/21  Int pd to:  8/01/21
              S/F BA   REF#           C
  67  7/01/21 02   PAYMENT                 8/21   213852.76     3374.63  1443.34    235.47    713.63     494.24       .00
                                  Int pd to:  7/01/21
              S/F BA   REF#           C
  66  6/01/21 02   PAYMENT                 7/21   214088.23     2880.39  1443.34    234.69    714.41     494.24       .00
                                  Int pd to:  6/01/21
              S/F BA   REF#           C
  65  5/03/21 02   PAYMENT                 6/21   214322.92     2386.15  1443.34    233.91    715.19     494.24       .00
   Effective date:  5/01/21  Int pd to:  5/01/21
              S/F BA   REF#           C
  64  4/01/21 02   PAYMENT                 5/21   214556.83     1891.91  1443.34    233.13    715.97     494.24       .00
                                  Int pd to:  4/01/21
              S/F BA   REF#           C
  63  3/01/21 02   PAYMENT                 4/21   214789.96     1397.67  1443.34    232.36    716.74     494.24       .00
                                  Int pd to:  3/01/21
              S/F BA   REF#           C
  62  2/23/21 6050 HAZARD SFR   DISBURSED  3/21   215022.32      903.43   996.01-      .00       .00     996.01-      .00
              PAYEE 5026038 #02232021IN DUE  3/01/21
              S/F WR   REF# 02232021INS
  61  2/01/21 02   PAYMENT                 3/21   215022.32     1899.44  1443.34    231.59    717.51     494.24       .00
                                  Int pd to:  2/01/21
              S/F BA   REF#           C
  60  1/04/21 02   PAYMENT                 2/21   215253.91     1405.20  1443.34    230.82    718.28     494.24       .00
   Effective date:  1/01/21  Int pd to:  1/01/21
              S/F BA   REF#           C
  59 12/10/20 6031 COUNTY TAX   DISBURSED  1/21   215484.73      910.96  2620.99-      .00       .00    2620.99-      .00
              PAYEE 31MD012 #        DUE 12/31/20
              S/F WR   REF#
  58 12/01/20 02   PAYMENT                 1/21   215484.73     3531.95  1443.34    230.05    719.05     494.24       .00
                                  Int pd to: 12/01/20
              S/F BA   REF#           C
```

NSM_SALOM 019199

```
---TRANSACTION----                       NEXT -AFTER TRANS.BALANCES-    TOTAL    ---------------APPLIED----------------  MISC.PMTS
NBR    DATE  CODE -----DESCRIPTION------  DUE   PRINCIPAL      ESCROW   AMOUNT    PRINCIPAL  INTEREST   ESCROW SUSPENSE/CD

LOAN#       1058              CONTINUED

 57 11/02/20 02    PAYMENT                12/20  215714.78    3037.71   1573.87      229.29    719.81   624.77     .00
     Effective date: 11/01/20  Int pd to: 11/01/20
             S/F BA   REF#             C
 56 10/07/20 6050 HAZARD SFR   DISBURSED  11/20  215944.07    2412.94    688.00-        .00       .00   688.00-    .00
             PAYEE 5009447 #10072020IN DUE 11/09/20
             S/F WR   REF# 10072020INS
 55 10/01/20 02    PAYMENT                11/20  215944.07    3100.94   1573.87      228.52    720.58   624.77     .00
                              Int pd to: 10/01/20
             S/F BA   REF#             C
 54  9/08/20 6031 COUNTY TAX   DISBURSED  10/20  216172.59    2476.17   2621.05-        .00       .00  2621.05-    .00
             PAYEE 31MD012 #        DUE  9/30/20
             S/F WR   REF#
 53  9/01/20 02    PAYMENT                10/20  216172.59    5097.22   1573.87      227.77    721.33   624.77     .00
                              Int pd to:  9/01/20
             S/F BA   REF#             C
 52  8/03/20 02    PAYMENT                 9/20  216400.36    4472.45   1573.87      227.01    722.09   624.77     .00
     Effective date:  8/01/20  Int pd to:  8/01/20
             S/F BA   REF#             C
 51  7/10/20 02    PAYMENT                 8/20  216627.37    3847.68   1573.87      226.25    722.85   624.77     .00
                              Int pd to:  7/01/20
             S/F WB   REF#             C
 50  6/10/20 02    PAYMENT                 7/20  216853.62    3222.91   1573.87      225.50    723.60   624.77     .00
                              Int pd to:  6/01/20
             S/F WB   REF#             C
 49  5/28/20 11   PRINCIPAL PAYMENT        6/20  217079.12    2598.14     29.59       29.59       .00      .00     .00
     Effective date:  5/11/20
             S/F AD   REF# 0000
 48  5/28/20 2624 FORBEARANCE ADJ          6/20  217108.71    2598.14     29.59-        .00       .00      .00   29.59-24
     Effective date:  5/11/20
             S/F AD   REF# 0000
 47  5/20/20 2664 NON CASH FEE ADJ         6/20  217108.71    2598.14     47.46-        .00       .00      .00      .00        47.46-01
     Effective date:  3/16/20
             S/F D    REF#
 46  5/12/20 1326 PMT-CORPORATE ADVANCE    6/20  217108.71    2598.14     10.00         .00       .00      .00   10.00 26
     Effective date:  5/11/20
             S/F SP   REF#
 45  5/12/20 0296 PAYMENT                  6/20  217108.71    2598.14   1564.00      224.66    724.44   624.77    9.87-R4
     Effective date:  5/11/20  Int pd to:  5/01/20
             S/F SP   REF#
 44  4/28/20 0296 PAYMENT                  5/20  217333.37    1973.37   1590.00      223.91    725.19   624.77   16.13 24
     Effective date:  4/24/20  Int pd to:  4/01/20
             S/F SP   REF#
 43  4/13/20 1324 PMT-FORBEAR SUSP         4/20  217557.28    1348.60     23.33         .00       .00      .00   23.33 24
     Effective date:  4/10/20
             S/F SP   REF#
 42  4/13/20 02    PAYMENT                 4/20  217557.28    1348.60   1573.87      223.17    725.93   624.77     .00
     Effective date:  4/10/20  Int pd to:  3/01/20
             S/F SP   REF#
 41  3/16/20 1499 ZZZZF-Late Charges       3/20  217780.45     723.83     47.46         .00       .00      .00      .00        47.46 01
     Effective date:  3/17/20
             S/F      REF#
```

```
         ---TRANSACTION----                       NEXT -AFTER TRANS.BALANCES-      TOTAL  ----------------APPLIED----------------- MISC.PMTS
         NBR    DATE   CODE -----DESCRIPTION------  DUE    PRINCIPAL    ESCROW    AMOUNT    PRINCIPAL  INTEREST    ESCROW  SUSPENSE/CD

         LOAN#        1058              CONTINUED

          40  2/17/20 02   PAYMENT                3/20  217780.45    723.83    1573.87     222.42    726.68    624.77      .00
              Effective date:  2/16/20  Int pd to:  2/01/20
                     S/F WB  REF#           C
          39  1/16/20 1919 RECOVER ESCROW ADVANCE 2/20  218002.87     99.06     525.71-       .00       .00    525.71-     .00
                     S/F WB  REF#           C
          38  1/16/20 02   PAYMENT                2/20  218002.87    624.77    1573.87     221.68    727.42    624.77      .00
                                       Int pd to:  1/01/20
                     S/F WB  REF#           C
          37 12/16/19 1919 RECOVER ESCROW ADVANCE 1/20  218224.55       .00     624.77-       .00       .00    624.77-     .00
                     S/F WB  REF#           C
          36 12/16/19 02   PAYMENT                1/20  218224.55    624.77    1573.87     220.95    728.15    624.77      .00
                                       Int pd to: 12/01/19
                     S/F WB  REF#           C
          35 12/04/19 6031 COUNTY TAX   DISBURSED 12/19 218445.50       .00    2584.21-       .00       .00   2584.21-     .00
                       PAYEE 31MD012 #        DUE 12/31/19
                     S/F WR  REF#
          34 12/04/19 1931 COUNTY TAX   ADVANCE   12/19 218445.50   2584.21    1150.48       .00       .00   1150.48       .00
                     S/F WR  REF#
          33 11/18/19 02   PAYMENT                12/19 218445.50   1433.73    1502.05     220.21    728.89    552.95      .00
              Effective date: 11/16/19  Int pd to: 11/01/19
                     S/F WB  REF#           C
          32 10/22/19 2664 NON CASH FEE ADJ       11/19 218665.71    880.78      47.46-       .00       .00       .00      .00   47.46-01
                     S/F D   REF#
          31 10/21/19 0283 PAYMENT                11/19 218665.71    880.78    1502.05     219.48    729.62    552.95      .00
                                       Int pd to: 10/01/19
                     S/F WB  REF#           C
          30 10/16/19 1499 ZZZZF-Late Charges     10/19 218885.19    327.83      47.46        .00       .00       .00      .00   47.46 01
              Effective date: 10/17/19
                     S/F     REF#
          29 10/09/19 6050 HAZARD SFR   DISBURSED 10/19 218885.19    327.83     690.00-       .00       .00    690.00-     .00
                       PAYEE 5009447 #10092019IN DUE 11/09/19
                     S/F WR  REF# 10092019INS
          28  9/16/19 02   PAYMENT                10/19 218885.19   1017.83    1502.05     218.75    730.35    552.95      .00
              Effective date:  9/15/19  Int pd to:  9/01/19
                     S/F BA  REF#           C
          27  8/28/19 6031 COUNTY TAX   DISBURSED  9/19 219103.94    464.88    2584.29-       .00       .00   2584.29-     .00
                       PAYEE 31MD012 #        DUE  9/30/19
                     S/F WR  REF#
          26  8/15/19 02   PAYMENT                 9/19 219103.94   3049.17    1502.05     218.03    731.07    552.95      .00
                                       Int pd to:  8/01/19
                     S/F BA  REF#           C
          25  7/15/19 02   PAYMENT                 8/19 219321.97   2496.22    1502.05     217.30    731.80    552.95      .00
                                       Int pd to:  7/01/19
                     S/F BA  REF#           C
          24  6/17/19 02   PAYMENT                 7/19 219539.27   1943.27    1502.05     216.58    732.52    552.95      .00
              Effective date:  6/15/19  Int pd to:  6/01/19
                     S/F BA  REF#           C
          23  5/15/19 02   PAYMENT                 6/19 219755.85   1390.32    1502.05     215.86    733.24    552.95      .00
                                       Int pd to:  5/01/19
                     S/F BA  REF#           C
          22  5/02/19 2626 CORP ADVANCE ADJUST     5/19 219971.71       .00      10.00-       .00       .00       .00      .00   10.00-26
```

NSM_SALOM 019201

```
SR497CR-02                                              Mr. Cooper                                              3/22/24 9:48:18
LFERRER                                          DETAIL TRANSACTION HISTORY                                     JOB DT:  3/22/24
                                                                                                                 PAGE:      5
  ---TRANSACTION----                       NEXT -AFTER TRANS.BALANCES-     TOTAL    ---------------APPLIED----------------- MISC.PMTS
  NBR    DATE   CODE -----DESCRIPTION------ DUE   PRINCIPAL     ESCROW    AMOUNT     PRINCIPAL   INTEREST    ESCROW  SUSPENSE/CD

       LOAN#       1058           CONTINUED

              S/F TR  REF#
   21  5/02/19 2543 ESCROW ADJ              5/19  219971.71    837.37    837.37          .00        .00    837.37       .00
              S/F TR  REF#
   20  5/02/19 8199 NEW INV FT1/0000001     5/19  219971.71       .00  219971.71-   219971.71-      .00       .00       .00
              S/F TR  REF#
   19  5/02/19 3199 OLD INV FU7/0000001     5/19       .00        .00  219971.71    219971.71       .00       .00       .00
              S/F TR  REF#
   18  5/02/19 2526 CORP ADVANCE ADJUST     5/19  219971.71       .00     10.00          .00        .00       .00     10.00 26
              S/F TR  REF#
   17  5/02/19 2643 ESCROW ADJ              5/19  219971.71       .00    837.37-         .00        .00    837.37-      .00
              S/F TR  REF#
   16  4/15/19 02   PAYMENT                 5/19  219971.71    837.37   1502.05       215.14     733.96    552.95       .00
                         Int pd to:  4/01/19
              S/F BA  REF#          C
   15  3/15/19 1919 RECOVER ESCROW ADVANCE  4/19  220186.85    284.42    268.53-         .00        .00    268.53-      .00
              S/F BA  REF#          C
   14  3/15/19 02   PAYMENT                 4/19  220186.85    552.95   1502.05       214.43     734.67    552.95       .00
                         Int pd to:  3/01/19
              S/F BA  REF#          C
   13  3/07/19 2676 CORP ADV NOCASH ADJ     3/19  220401.28       .00     10.00-         .00        .00       .00     10.00-26
       Effective date:  7/18/16
              S/F AD  REF# 0000
   12  3/07/19 2643 ESCROW ADJ              3/19  220401.28       .00    268.53-         .00        .00    268.53-      .00
       Effective date:  3/01/19
              S/F LB  REF#
   11  3/07/19 19   ESCROW ADVANCE          3/19  220401.28    268.53    268.53          .00        .00    268.53       .00
       Effective date:  3/01/19
              S/F LB  REF#
   10  3/07/19 8103 NEW LOAN NOCASH         3/19  220401.28       .00  220401.28-   220401.28-      .00       .00       .00
       Effective date:  3/01/19
              S/F LB  REF#
                    * * * * TOTALS * * * *                                                                     .00  29760.82
```

NSM_SALOM 019202