# EXHIBIT 14

BOOK: 52694  PAGE: 305

I hereby certify that this instrument has been prepared by:

*Carly Kolo*

CARLY R. KOLO

☒ under the supervision of the above signed Maryland Attorney.
☐ one of the parties named in this instrument.
   Printed Name: WILLIAM H. PEIRSON
   Title:
   Company Name: PEIRSONPATTERSON, LLP

After recording please return to:

PEIRSONPATTERSON, LLP
ATTN: RECORDING DEPT.
13750 OMEGA ROAD
DALLAS, TX 75244-4505

———————————[Space Above This Line For Recording Data]———————————

Loan No.: 1948562836
FNMA Loan No.: 1688980857

## MARYLAND ASSIGNMENT OF DEED OF TRUST

For Value Received, **JPMorgan Chase Bank, National Association**, the undersigned holder of a Deed of Trust (herein "Assignor") does hereby grant, sell, assign, transfer and convey, unto **FEDERAL NATIONAL MORTGAGE ASSOCIATION, ITS SUCCESSORS OR ASSIGNS**, (herein "Assignee"), whose address is **14221 Dallas Parkway, Suite 1000, Dallas, TX  75254**, all beneficial interest under a certain Deed of Trust dated **June 23, 2003** and recorded on **July 1, 2003**, made and executed by **RICARDO A SALOM AND PATRICIA SALOM** to **TRSTE, INC.**, Trustee, upon the following described property situated in **MONTGOMERY** County, State of Maryland:
Property Address: **14608 QUINCE ORCHARD ROAD, GAITHERSBURG, MD 20878**

such Deed of Trust having been given to secure payment of  **Two Hundred Eighty Six Thousand Five Hundred and 00/100ths ($286,500.00)**, which Deed of Trust is of record in Book, Volume, or Liber No. **24388**, at Page **113** (or as No. **N/A**), in the Office of the County Recorder of **MONTGOMERY** County, State of Maryland.

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

Contact Federal National Mortgage Association for this instrument c/o Seterus, Inc., 14523 SW Millikan Way, #200, Beaverton, OR 97005, telephone #1-866-570-5277, which is responsible for receiving payments.

---

Maryland Assignment of Deed of Trust
JPMorgan Chase Bank N.A. Project W3285

Page 1 of 2

L73108MD 01/12 Rev. 02/14


*1-31635O*


*1948562836*



BOOK: 52694 PAGE: 306

IN WITNESS WHEREOF, the undersigned Assignor has executed this Assignment of Deed of Trust on 2\9\16.

Property Tax ID No.: **2236465**

Assignor:
JPMorgan Chase Bank, National Association

By: _____


John B. Idol
VICE PRESIDENT

Its: _____

**ACKNOWLEDGMENT**

State of **Louisiana** §
§
Parish of **Ouachita** §

On this 9th day of February 2016, before me appeared John B Idol, to me personally known, who, being by me duly sworn (or affirmed) did say that he/she is the **VICE PRESIDENT**, of **JPMorgan Chase Bank, National Association**, and that the seal affixed to said instrument is the corporate seal of said entity and that the instrument was signed and sealed on behalf of the said entity by authority of its board of directors and that John B Idol acknowledged the instrument to be the free act and deed of the said entity.

_____
Signature of Officer

WANDA INEZ KINSER

Printed Name    **NOTARY PUBLIC**

Title of Officer

(Seal)    My Commission Expires: _____

Maryland Assignment of Deed of Trust
JPMorgan Chase Bank N.A. Project W3285    Page 2 of 2    L73108MD 01/12 Rev. 02/14

*1-316350*    *19485628 36*

NSM_SALOM 005918

BOOK: 52694  PAGE: 307

```
LR - Assignment
Recording Fee    20.00
Grantor/Grantee Name:
Salom
Reference/Control #:
LR - Assignment
Surcharge        40.00
=====================
SubTotal:        60.00
=====================
Total:           60.00
08/24/2016  02:11
            CC15-KMC
#6792896 CC0602 -
Montgomery
County/CC06.02.06 -
Register 06
```



2016 AUG 24  PM 2:15
FILED
CLERK OF COURT
CLERK'S OFFICE
MONTGOMERY CO. MD.

## DOCUMENT VALIDATION PAGE
FOR CLERK'S USE ONLY
(EXCLUDED FROM PAGE COUNT FOR CERTIFIED COPY)

### BARBARA H. MEIKLEJOHN
Clerk of the Circuit Court for Montgomery County
50 Maryland Avenue
Rockville, Maryland 20850
Recording and Licensing
(240) 777-9470