# EXHIBIT 15

```
DATE:   3/22/24              Mr. Cooper                              SRV869R
TIME:   9:48:27         COMMUNICATION HISTORY PROFILE          PAGE:      22

Loan       1058  Inv # FT1 Asum:N Stat:P Int%  4.000 Pmt 1,510.74 Due: 8/01/22
RICARDO    SALOM           UPB         .00         P&I    949.10 TYPE     03
14608 QUINCE ORCHARD RD    MSG   #1:91 #2:74 #3:75          .00 #PMTS  00000
NORTH POTOM  MD 20878  Phone (H)        5184  (W)          CP: ZZZ_ZOMG
==============================================================================
   Cls Code Assgn/By    Entered  Time    Target     Amt/Pmt   Cleared   Amt/Pmt
                     Spanish speaking agent available for RICARDO A SALOM: YES -
                     yes,jsanchez

   CL  POFV WEBSITE    6/29/22  14:03   0/00/00         .00  6/29/22       .00
            WEBSITE    PAYOFF REQUEST RECEIVED VERIFICATION NEEDED
                       Requester: Jonathan
                       Company: Amirkor Title & Escrow
                       Best Contact Number: 301-217-9910
                       Estimated Payoff Date: 07/19/2022
                       Deliver to Fax Number
                       Fax Number: 3012179910
                       Send to: 3

   FB  FB36 SRV229R    6/29/22  14:18   6/29/22         .00  0/00/00     25.00
            **         36 ZZZZF-ExpeditDelivry

   PO  PYOF ZZZ_ZOMG   6/29/22  14:18   6/29/22         .00  6/29/22       .00
            SRV229R    PAYOFF STATEMENT GENERATED

   PO  PYOF ZZZ_ZOMG   6/30/22   1:39   6/30/22         .00  6/30/22       .00
            SRV229R    PAYOFF STATEMENT GENERATED

   CL  AMPO MISOPS     6/30/22   1:39   6/30/22         .00  6/30/22       .00
            POQ0105R   AMENDED PAYOFF QUOTE PROCESSED
                       Original ID: 000000000024582800
                       Original Payoff Amount: $00000212103.08
                       Amended ID: 000000000024759978
                       Amended Payoff Amount: $00000212128.08

   CS  MISC ANFER      7/05/22  18:33   0/00/00         .00  7/05/22       .00
            ANFER

   CS  CPOP ANFER      7/05/22  18:33   0/00/00         .00  7/05/22       .00
            ANFER      CUSTOMER AUTHENTICATED IN IVR

   CS  MISC ANFER      7/05/22  18:33   0/00/00         .00  7/05/22       .00
            ANFER

   CS  DEMO ANFER      7/05/22  18:35   0/00/00         .00  0/00/00       .00
            ANFER      DEMOGRAPHICS VERIFIED
                       RICARDO A SALOM - verified:  (A)Name, (A)SSN, (A)Property Zi
                       p

   CS  QA   ANFER      7/05/22  18:35   0/00/00         .00  7/05/22       .00
            ANFER      QA STATEMENT GIVEN
```

NSM_SALOM 019224