# EXHIBIT 17

BOOK: 66061 PAGE: 460

Recording Requested By:
NATIONSTAR MORTGAGE LLC DBA MR. COOPER

When Recorded Return To:

NATIONSTAR MORTGAGE DBA MR. COOPER
RELEASES
P.O. BOX 619092
DALLAS, TX 75261-9947

Montgomery County Circuit Court
IMP FD SURE           $40.00
RECORDING FEE         $10.00
TOTAL                 $50.00
KAB CG Jul 22, 2022 03:55 pm

**Certificate of Release**
NATIONSTAR MORTGAGE #:******1058 "SALOM"  Lender ID:FT1   Montgomery, Maryland
**MIN #: 100013700068889524  SIS #: 1-888-679-6377**

KNOW ALL MEN BY THESE PRESENTS:
That FEDERAL NATIONAL MORTGAGE ASSOCIATION , ITS SUCCESSOR OR ASSIGNS BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ITS ATTORNEY-IN-FACT does hereby acknowledge that the indebtedness secured by a certain Deed of Trust made by RICARDO A SALOM AND PATRICIA SALOM, JOINT TENANTS WITH RIGHT OF SURVIVORSHIP to MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC. AS BENEFICIARY, AS NOMINEE FOR WACHOVIA MORTGAGE CORPORATION ITS SUCCESSORS AND ASSIGNS and Dated: 06/23/2003 and recorded 07/01/2003 among the land records of Montgomery County/City Maryland, in Book/Reel/Liber: 24388 Page: 113 as Instrument No.: N/A, has been fully paid and discharged, that FEDERAL NATIONAL MORTGAGE ASSOCIATION , ITS SUCCESSOR OR ASSIGNS BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ITS ATTORNEY-IN-FACT was, at the time of release, the present Beneficiary of said Deed of Trust, and that the lien of the Deed of Trust is hereby released.

Assessor's/Tax ID No.: 06/02236465
Property Address: 14608 QUINCE ORCHARD RD, NORTH POTOMAC, MD 20878

Witness the hand and seals of the present Beneficiary of said Deed of Trust below on date as indicated.

In witness whereof, the present Beneficiary of said Deed of Trust has caused this instrument to be executed in its behalf by its agent.

FEDERAL NATIONAL MORTGAGE ASSOCIATION , ITS SUCCESSOR OR ASSIGNS BY NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, ITS ATTORNEY-IN-FACT
On July 20th, 2022

By: _____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Denton

On July 20th, 2022, before me, SYLVIA RAMIREZ, a Notary Public in and for Denton in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

SYLVIA RAMIREZ
Notary Expires: 03/07/2023 #131921660



SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-07-2023
Notary ID 131921660

(This area for notarial seal)

*ROH*ROHNATT*07/20/2022 09:11:53 AM* NATT01NATT000000000000000004522207* MDMONTG* *******1058 MDMONTG_TRUST_REL *ET1*ET1NATT*

NSM_SALOM 005933

BOOK: 66037 PAGE: 304

Amerikor Title & Escrow, LLC
File No. W22-2550
Tax ID # 06 02236465

```
Montgomery County, MD
Approved by KS  07/19/2022
Recordation Tax Paid   $6,007.50
CIP2 Paid              $1,265.00
Transfer Tax Paid      $7,750.00
```

**This Deed**, made this 12th day of July, 2022, by and between **Ricardo A. Salom** and Patricia P. Salom, GRANTORS, and **Shannon Van Winter**, GRANTEE.

```
Montgomery County Circuit Court
IMP FD SURE              $40.00
RECORDING FEE            $20.00
TR TAX STATE          $3,875.00
TOTAL                 $3,935.00
KAB CG Jul 19, 2022  08:34 am
```

**Witnesseth** —

**That in consideration** of the sum of Seven Hundred Seventy-Five Thousand and 00/100 Dollars ($775,000.00), the receipt of which is hereby acknowledged, the said Grantors do hereby grant and convey to the said Grantee, as sole owner, in fee simple, all that lot of ground situate in the County of Montgomery, State of Maryland and described as follows, that is to say:

> Lot numbered Sixteen (16) in Block lettered "C" in the subdivision known as **"MILLS FARM"**, as per plat thereof recorded in Plat Book 118 at Plat 13960, among the Land Record of Montgomery County, Maryland.
>
> Subject to and together with a common access easement as shown on the recorded subdivision plat and pursuant to the deed recorded in Liber 6183, folio 147.
>
> Property Address: 14608 Quince Orchard Road, North Potomac, MD 20878
>
> BEING the fee simple property which, by Deed dated June 23, 2003, and recorded in the Land Records of the County of Montgomery, Maryland, in Liber 24388, Folio 109, was granted and conveyed by Timothy S. Fox and Melinda B. Fox unto Ricardo A. Salom and Patricia Salom.

**Together with** the buildings and improvements thereon erected, made or being; and all and every, the rights, alleys, ways, waters, privileges, appurtenances and advantages thereto belonging, or in anywise appertaining.

**To Have and To Hold** the said tract of ground and premises above described and mentioned, and hereby intended to be conveyed, together with the rights, privileges, appurtenances and advantages thereto belonging or appertaining unto and to the proper use and benefit of the said Shannon Van Winter, as sole owner, in fee simple.

**And** the Grantors hereby covenant that they have not done or suffered to be done any act, matter or thing whatsoever, to encumber the property hereby conveyed; that they will warrant Specially the property hereby granted; and that they will execute such further assurances of the same as may be requisite.

NSM_SALOM 005934

BOOK: 66037 PAGE: 305

**In Witness Whereof**, Grantors have caused this Deed to be properly executed and sealed the day and year first above written.

_____          _____(SEAL)
                                    Ricardo A. Salom

_____          _____(SEAL)
                                    Patricia P. Salom

STATE OF MARYLAND          } ss
COUNTY OF MONTGOMERY       }

    I hereby certify that on this 12th day of July, 2022, before me, the subscriber, a Notary Public of the State and County aforesaid, personally appeared Ricardo A. Salom and Patricia P. Salom, known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument, and acknowledged the same for the purposes therein contained, and further acknowledged the foregoing Deed to be their act, and in my presence signed and sealed the same, giving oath under penalties of perjury that the consideration recited herein is correct.

    IN WITNESS WHEREOF, I hereunto set my hand and official seal.

JONATHAN S CHOI
Notary Public-Maryland
Montgomery County
My Commission Expires
12-19-22

_____
Notary Public

My Commission Expires: __December 19, 2022__

    THIS IS TO CERTIFY that the within Deed was prepared by, or under the supervision of the undersigned, an Attorney duly admitted to practice before the Court of Appeals of Maryland.

_____
Attorney: S.C. Brian Kim

AFTER RECORDING, PLEASE RETURN TO:
**Amerikor Title & Escrow, LLC**
**7361 Calhoun Place**
**Suite 340**
**Rockville, MD 20855**
**Title Insurer: Westcor Land Title Insurance Company**

NSM_SALOM 005935

BOOK: 66037  PAGE: 306

| MARYLAND FORM **WH-AR** | **Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence** | **2022** |

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1. **Transferor Information**

    Name of Transferor  RICARDO A. SALOM

2. **Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).
    14608 QUINCE ORCHARD RD., NORTH POTOMAC, MD 20878

3. **Reasons for Exemption**

    **Resident Status**  [X]  As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

    [ ]  Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

    **Principal Residence**  [ ]  Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

3a. **Individual Transferors**

    _____        RICARDO A. SALOM      7-12-22
    Witness                          Name                  **Date

                                     _____
                                     Signature

3b. **Entity Transferors**

    _____        _____
    Witness/Attest                   Name of Entity

                                     _____
                                     By

                                     _____        _____
                                     Name                             **Date

                                     _____
                                     Title

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/22

NSM_SALOM 005936

BOOK: 66037  PAGE: 307

| MARYLAND FORM **WH-AR** | **Certification of Exemption from Withholding Upon Disposition of Maryland Real Estate Affidavit of Residence or Principal Residence** | **2022** |
|---|---|---|

Based on the certification below, Transferor claims exemption from the tax withholding requirements of §10-912 of the Tax-General Article, Annotated Code of Maryland. Section 10-912 provides that certain tax payments must be withheld and paid when a deed or other instrument that effects a change in ownership of real property is presented for recordation. The requirements of §10-912 do not apply when a transferor provides a certification of Maryland residence or certification that the transferred property is the transferor's principal residence.

1. **Transferor Information**
   Name of Transferor  PATRICIA P. SALOM

2. **Description of Property** (Street address. If no address is available, include county, district, subdistrict and lot numbers).
   14608 QUINCE ORCHARD RD., NORTH POTOMAC, MD 20878

3. **Reasons for Exemption**

   **Resident Status** [X] As of the date this form is signed, I, Transferor, am a resident of the State of Maryland.

   [ ] Transferor is a resident entity as defined in Code of Maryland Regulations (COMAR)03.04.12.02B(11), I am an agent of Transferor, and I have authority to sign this document on Transferor's behalf.

   **Principal Residence** [ ] Although I am no longer a resident of the State of Maryland, the Property is my principal residence as defined in IRC 121 (principal residence for 2 (two) of the last 5 (five) years) and is currently recorded as such with the State Department of Assessments and Taxation.

   Under penalty of perjury, I certify that I have examined this declaration and that, to the best of my knowledge, it is true, correct, and complete.

   **3a. Individual Transferors**

   _____   Name: PATRICIA P. SALOM   Date: 07/12/22
   Witness                     Signature: _____

   **3b. Entity Transferors**

   _____   Name of Entity: _____
   Witness/Attest              By: _____
                               Name: _____  **Date
                               Title: _____

** Form must be dated to be valid.

**Note:** Form is only valid if it was executed on the date the Property was transferred and is properly recorded with the Clerk of the Court.

**To the Clerk of the Court:** Only an un-altered Form WH-AR should be considered a valid certification for purposes of Section 10-912.

01/22

NSM_SALOM 005937

BOOK: 66037  PAGE: 308

AFFIDAVIT OF PURCHASER REGARDING
EXEMPTION FROM RECORDATION TAX
(MONTGOMERY COUNTY)

After being duly sworn, the undersigned Purchaser/Grantee depose and say the following under oath pursuant to Montgomery County Code, Chapter 52, Section 52-16B (Taxation):

1. The undersigned is the Grantee of real property located at address:
    14608 Quince Orchard Rd
    Gaithersburg, MD 20878

    being more particularly described as Lot/Unit/Parcel, Block, Subdivision/Condominium, Montgomery County, Maryland.

2. The Purchaser/Grantee hereby swears or affirms under the penalty of perjury that the property herein conveyed is intended to be used as my principal residence by actually occupying the residence for at least seven (7) of the next twelve (12) months immediately after the property is conveyed.

3. This Affidavit is being executed in order to obtain an exemption from the Recordation Tax payable to Montgomery County, Maryland, on the first $100,000.00 of consideration stated in an instrument of writing for residential improved owner-occupied real property pursuant to the aforesaid statute.

Purchaser/Grantee:
_____{SEAL}       _____{SEAL}
Shannon Van Winter

NSM_SALOM 005938

BOOK: 66037  PAGE: 309

## State of Maryland Land Instrument Intake Sheet

[ ] Baltimore City    [X] County: Montgomery

*Information provided is for the use of the Clerk's Office and State Department of Assessments and Taxation, and the County Finance Office only.*
(Type or Print in Black Ink Only All Copies Must Be Legible)

| | | ([ ] Check Box if Addendum Intake Form is Attached.) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **1** | **Type(s) of Instruments** | 1 | Deed | | Mortgage | | Other | Other |
| | | 1 | Deed of Trust | | Lease | | | |
| **2** | **Conveyance Check Box** | X | Improved Sale Arms-Length *[1]* | | Unimproved Sale Arms-Length *[2]* | | Multiple Arms Length *[3]* | Not an Arms-Length Sale *[9]* |
| **3** | **Tax Exemptions** (if Applicable) Cite or Explain Authority | Recordation | | | | | | |
| | | State Transfer | | | | | | |
| | | County Transfer | | | | | | |

| | Consideration | | Amount | Finance Office Use Only | |
|---|---|---|---|---|---|
| **4** **Consideration and Tax Calculations** | | | | Transfer and Recordation Tax Consideration | |
| | Purchase Price/Consideration | $ | 775,000.00 | | |
| | Any New Mortgage | $ | 615,000.00 | Transfer Tax Consideration | $ |
| | Balance of Existing Mortgage | $ | | x ( ) % = | $ |
| | Other: | $ | | Less Exemption Amount - | $ |
| | | | | Total Transfer Tax = | $ |
| | Other: | $ | | Recordation Tax Consideration | $ |
| | | | | x ( ) per $500 = | $ |
| | Full Cash Value | $ | 775,000.00 | TOTAL DUE | $ |

| | Amount of Fees | Doc. 1 | Doc. 2 | Agent: |
|---|---|---|---|---|
| **5** **Fees** | Recording Charge | $ 40.00 | $ 40.00 | |
| | Surcharge | $ 20.00 | $ 20.00 | Tax Bill: |
| | State Recordation Tax | $ 7,272.50 | $ | |
| | State Transfer Tax | $ 3,875.00 | $ | C.B. Credit: |
| | County Transfer Tax | $ 7,750.00 | $ | |
| | Other | $ | $ | Ag. Tax/Other: |
| | Other | $ | $ | |

| **6** **Description of Property** | District | Property Tax ID No.(1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|---|
| | 06 | 02236465 | 24388/109 | | | [ ] (5) |
| | Subdivision Name | | Lot (3a) | Block(3b) | Sect/AR(3c) | Plat Ref. | SqFt/Acreage(4) |
| | MILLS FARM | | 16 | C | | 118/13960 | |

Location/Address of Property Being Conveyed (2)
14608 Quince Orchard Rd, Gaithersburg, MD 20878

| Other Property Identifiers (if applicable) | Water Meter Account No. |
|---|---|
| | |

| Residential [X] or Non-Residential [ ] | Fee Simple [X] or Ground Rent [ ] | Amount: $N/A |
|---|---|---|
| Partial Conveyance? [ ] Yes [X] No | Description/Amt. of SqFt/Acreage Transferred: | N/A |

If Partial Conveyance, List Improvements Conveyed: N/A

| **7** **Transferred From** | Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|---|
| | Ricardo A. Salom | Shannon Van Winter |
| | Patricia P. Salom | |
| | Doc. 1 - Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |

| **8** **Transferred To** | Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|---|
| | Shannon Van Winter | Embrace Home Loans, Inc. |

New Owner's (Grantee) Mailing Address
14608 Quince Orchard Rd, Gaithersburg, MD 20878

| **9** **Other Names to Be Indexed** | Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 - Additional Names to be Indexed (Optional) |
|---|---|---|
| | | Dennis F. Hardiman, TRUSTEE |

| **10** **Contact/Mail Information** | Instrument Submitted By or Contact Person | [X] Return to Contact Person |
|---|---|---|
| | Name: Carla Zambrano | |
| | Firm: Amerikor Title & Escrow, LLC | [ ] Hold for Pickup |
| | Address: 7361 Calhoun Place, Suite 340, Rockville, MD 20855 | |
| | Phone: Tel: 301-217-9988 Fax: 301-217-9910 | [ ] Return Address Provided |

**11** IMPORTANT: *BOTH* THE ORIGINAL DEED *AND* A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER

| Assessment Information | [X] Yes [ ] No | Will the property being conveyed be the grantee's principal residence? |
|---|---|---|
| | [ ] Yes [X] No | Does transfer include personal property? If yes, identify: _____ |
| | [ ] Yes [X] No | Was property surveyed? If yes, attach copy of survey (if recorded, no copy required) |

**Assessment Use Only - Do Not Write Below This Line**

[ ] Terminal Verification   [ ] Agricultural Verification   [ ] Whole   [ ] Part   [ ] Tran. Process Verification

Transfer Number:     Date Received:     Deed Reference:     Assigned Property No.:

| Year | | | | Geo. | | Map | | Sub | | Block |
|---|---|---|---|---|---|---|---|---|---|---|
| Land | | | | Zoning | | Grid | | Plat | | Lot |
| Buildings | | | | Use | | Parcel | | Section | | Occ. Cd. |
| Total | | | | Town Cd. | | Ex. St. | | Ex. Cd. | | |

REMARKS:

W22-2550

NSM_SALOM 005939