# EXHIBIT 23

**BOOK: 5117 PAGE: 317**

```
Wicomico County Circuit Court
IMP FD SURE          $40.00
RECORDING FEE        $20.00

TOTAL                $60.00
JBM  RKG
Jun 23, 2022       08:16 am
```

**Loan Number** ▮**6054**

## ASSIGNMENT OF DEED OF TRUST

**FOR GOOD AND VALUABLE CONSIDERATION,** the sufficiency of which is hereby acknowledged, the undersigned, **COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC, WHOSE ADDRESS IS 4425 PONCE DE LEON BLVD, CORAL GABLES, FL 33146, (ASSIGNOR),** by these presents does convey, grant, assign, transfer and set over the described Deed of Trust together with all interest secured thereby, all liens, and any rights due or to become due thereon to **NATIONSTAR MORTGAGE LLC, WHOSE ADDRESS IS 8950 CYPRESS WATERS BLVD., COPPELL, TX 75019 (469)549-2000, ITS SUCCESSORS AND ASSIGNS, (ASSIGNEE).**

Said Deed of Trust is dated 03/21/2007, which was executed by **RUBEN PALAZZO AND CATHERINE PALAZZO** and recorded among the land records of PITTSVILLE (City), **WICOMICO** (County), **Maryland**, in **Liber 2768 and Folio 518**.
Property is commonly known as: 34811 OLD OCEAN CITY ROAD, PITTSVILLE, MD 21850.

**Dated this 22nd day of June in the year 2022**
**COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC**

*/s/ Cecelia Mansfield*
**CECELIA MANSFIELD**
**VICE PRESIDENT**

All persons whose signatures appear above have qualified authority to sign and have reviewed this document and supporting documentation prior to signing.

STATE OF FLORIDA  COUNTY OF PINELLAS
The foregoing instrument was acknowledged before me by means of [X] physical presence or [ ] online notarization on this 22nd day of June in the year 2022, by Cecelia Mansfield as VICE PRESIDENT of COMMUNITY LOAN SERVICING, LLC FKA BAYVIEW LOAN SERVICING, LLC, who, as such VICE PRESIDENT being authorized to do so, executed the foregoing instrument for the purposes therein contained. He/she/they is (are) personally known to me.

*/s/ Tanner Dickson*
**TANNER DICKSON**
**COMM EXPIRES: 10/01/2024**


TANNER DICKSON
Notary Public - State of Florida
Commission # HH 049515
My Comm. Expires Oct 1, 2024
Bonded through National Notary Assn.

**Document Prepared By: Dave LaRose/NTC, 2100 Alt. 19 North, Palm Harbor, FL 34683 (800)346-9152**
When Recorded Return To: Community Loan Servicing, LLC, C/O Nationwide Title Clearing, LLC 2100 Alt. 19 North, Palm Harbor, FL 34683
CLSAS 432712955  FREDDIE 30  DOCR T222206-02:07:06 [C-1] EFRMMD1

*D0095367228*

NSM_SALOM 002669