# EXHIBIT 24

```
DATE:  3/22/24           Mr. Cooper                        SRV869R
TIME:  9:49:10           COMMUNICATION HISTORY PROFILE     PAGE:    4

Loan     ███3661  Inv # LH8 Asum:N Stat:R Int%  4.000 Pmt    844.80 Due: 5/01/24
RUBEN    PALAZZO           UPB    107,131.75     P&I   572.95 TYPE      03
34811 OLD OCEAN CITY RD   MSG  #1:91 #2:17 #3:          7.74 #PMTS  00000
PITTSVILLE   MD 21850  Phone (H)            (W)              CP: ZZZ_ZOMG
=================================================================================
Cls Code Assgn/By    Entered   Time    Target       Amt/Pmt  Cleared       Amt/Pmt
                     ACCOUNT REVIEWED BY CUSTOMER RELATIONS

CS  DRVL DCHV1036  3/13/23  11:31   3/13/23         .00  3/13/23          .00
         DCHV1036  DOCUMENT RECEIVED VIA LOCKBOX
                   Payment receive and posted on account correctly as per
                   payment hierarchy and there no any request attached hence
                   NFA

CS  ARCR JROTHILI  3/15/23  13:01   3/15/23         .00  3/15/23          .00
         JROTHILI  ACCOUNT REVIEWED BY CUSTOMER RELATIONS
                   1. Complaint received on 03.15.2023.  2. Coded 87 in LSAMS.
                   3. Complaint and attachment uploaded to dynamics and Remedy.
                   4. Ack Letter automated via dynamics on 03.15.2023.  5. Case
                   Id:  0006449195

CS  CALS ZZZ_ZOMG  3/16/23  15:08   0/00/00         .00  0/00/00          .00
         BHARANM   ACKNOWLEDGMENT LETTER SENT
                   Ack letter sent

CS  ARCR MPORT     3/17/23  14:53   0/00/00         .00  0/00/00          .00
         MPORT     ACCOUNT REVIEWED BY CUSTOMER RELATIONS

CS  SCOM VGOH1036  3/22/23  10:06   0/00/00         .00  0/00/00          .00
         VGOH1036  SINV REQUEST HAS BEEN COMPLETED
                   Attached All CHECKS (Front/Back) and Payments Received / Web
                    Payments / Payment History / Collection Notes.

CS  RTUD ZZZ_ZOMG  3/30/23  11:35   0/00/00         .00  0/00/00          .00
         JKOB1034  RETURNED MAIL UNDELIVERABLE

CS  TRAC ZZZ_ZOMG  4/25/23  16:48   4/25/23         .00  4/25/23          .00
         Assurant  INSURANCE VENDOR TRACKALL NOTES
                   RCVD EDI DOC FROM HOMESITE INSURANCE COMPANY POL#  33221039
                   UPDATED TKV AS PER EDI AND DISBURSED THE PAYMENT
                   S.QURESHI/HIPC.....

CS  DRVL AANA1036  7/14/23   6:48   7/14/23         .00  7/14/23          .00
         AANA1036  DOCUMENT RECEIVED VIA LOCKBOX
                   Payment received and posted on account correctly, hence NFA

CL  WIPQ ZZZ_ZOMG  9/11/23  10:56   0/00/00         .00  9/11/23          .00
         WEBRPS    WEB INSTANT PAYOFF QUOTE
                   RUBEN  PALAZZO
                   Estimated Payoff Date: 09/12/2023
```

NSM_SALOM 005876