# EXHIBIT 27

# EXHIBIT 28

```
SR497CR-02                          Mr. Cooper                                      3/22/24  9:49:01
LFERRER                        DETAIL TRANSACTION HISTORY                            JOB DT:  3/22/24
                                                                                             PAGE:    1
--------------------------------------------------------------------------------------------------------
LOAN#     3661     INV# LH8    POOL# 0000004              NEXT DUE  5/01/24   INTEREST RATE  4.000   PRIN.BAL    107131.75
BORR1 RUBEN PALAZZO             TYPE: 03-00 Conv/Unins                                             ESC.BAL      1722.07
BORR2 ADDL INFORMATION                                  INT PD TO  4/01/24   P&I SHORT       .00   CORP ADV        7.74-
PROP: 34811 OLD OCEAN CITY RD    MAIL: 34811 OLD OCEAN CITY RD

        PITTSVILLE  MD 21850              PITTSVILLE    MD 21850
--------------------------------------------------------------------------------------------------------

---TRANSACTION----                   NEXT -AFTER TRANS.BALANCES-     TOTAL --------------APPLIED---------------- MISC.PMTS
NBR    DATE   CODE -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW    AMOUNT   PRINCIPAL INTEREST    ESCROW SUSPENSE/CD

172  3/19/24 1326 PMT-CORPORATE ADVANCE  5/24 107131.75    1722.07     12.03        .00      .00       .00   12.03 26
     Effective date:  3/18/24
            S/F CK  REF# 000000000001741
171  3/19/24 02   PAYMENT                5/24 107131.75    1722.07    844.80     215.13   357.82    271.85      .00
     Effective date:  3/18/24  Int pd to:  4/01/24
            S/F CK  REF# 000000000001741
170  3/15/24 1529 ESCROW DEPOSIT         4/24 107346.88    1450.22     12.03        .00      .00     12.03      .00
            S/F WB  REF# 1334467191
169  3/15/24 02   PAYMENT                4/24 107346.88    1438.19    844.80     214.41   358.54    271.85      .00
                        Int pd to:  3/01/24
            S/F WB  REF# 1334467191
168  2/14/24 1529 ESCROW DEPOSIT         3/24 107561.29    1166.34     12.03        .00      .00     12.03      .00
            S/F LB  REF# 000000000001738
167  2/14/24 02   PAYMENT                3/24 107561.29    1154.31    844.80     213.70   359.25    271.85      .00
                        Int pd to:  2/01/24
            S/F LB  REF# 000000000001738
166  1/09/24 1529 ESCROW DEPOSIT         2/24 107774.99     882.46     12.03        .00      .00     12.03      .00
            S/F LB  REF# 000000000001737
165  1/09/24 02   PAYMENT                2/24 107774.99     870.43    844.80     212.99   359.96    271.85      .00
                        Int pd to:  1/01/24
            S/F LB  REF# 000000000001737
164 12/18/23 6036 TOWN TAX     DISBURSED 1/24 107987.98     598.58    166.51-       .00      .00    166.51-     .00
            PAYEE 36MD012 #        DUE 12/31/23
            S/F WR  REF#
163 12/14/23 1529 ESCROW DEPOSIT         1/24 107987.98     765.09     12.03        .00      .00     12.03      .00
            S/F LB  REF# 000000000001735
162 12/14/23 02   PAYMENT                1/24 107987.98     753.06    844.80     212.28   360.67    271.85      .00
                        Int pd to: 12/01/23
            S/F LB  REF# 000000000001735
161 12/13/23 6031 COUNTY TAX   DISBURSED 12/23 108200.26    481.21    577.72-       .00      .00    577.72-     .00
            PAYEE 31MD018 #        DUE 12/31/23
            S/F WR  REF#
160 11/15/23 02   PAYMENT                12/23 108200.26   1058.93    856.83     211.58   361.37    283.88      .00
                        Int pd to: 11/01/23
            S/F LB  REF# 000000000001731
159 10/16/23 02   PAYMENT                11/23 108411.84    775.05    856.83     210.87   362.08    283.88      .00
     Effective date: 10/13/23  Int pd to: 10/01/23
            S/F LB  REF# 000000000001729
158  9/14/23 6036 TOWN TAX     DISBURSED 10/23 108622.71    491.17    166.51-       .00      .00    166.51-     .00
            PAYEE 36MD012 #        DUE  9/30/23
            S/F WR  REF#
157  9/14/23 1436 ZZZZF-ExpDeliveryFee   10/23 108622.71    657.68     25.00        .00      .00       .00      .00   25.00 36
            S/F C   REF# 000000000001727
156  9/14/23 02   PAYMENT                10/23 108622.71    657.68    856.83     210.17   362.78    283.88      .00
```

NSM_SALOM 019957