# EXHIBIT 29

REPRESENTATION OF PRINTED DOCUMENT

**Nationstar** MORTGAGE
PO BOX 650783
DALLAS, TX 75265
www.MyNationstarMtg.com



August 25, 2011

```
55096 0002001 001
PETER D HACKINEN
624 N 138TH ST
SEATTLE WA  98133-7423
```

Re: New Nationstar Loan Number ████1923

**Dear Peter D Hackinen,**
Welcome to Nationstar Mortgage! Effective 08/15/11 the servicing of your loan will be transferred from Metlife as subservicer, First Horizon Home Loans, a division of First Tennessee Bank National Association, to Nationstar Mortgage as subservicer, First Horizon Home Loans, a division of First Tennessee Bank National Association. We're excited about the opportunity to serve you. You can count on Nationstar Mortgage to meet your needs  whether you're looking to make a payment or have a question regarding your account.  We offer many exciting features including 24-hour account access through our Internet website at www.MyNationstarMtg.com, various payment options, and a toll free line (1-888-480-2432) with automated account information.

To ensure accuracy, please verify the following loan information:

| | | | |
|---|---|---|---|
| Name: | PETER D HACKINEN | Home Phone Number: | ████5187 |
| Property Address: | 624 N  138TH STREET | Work Phone Number: | ████5187 |
| | SEATTLE WA 98133 | | |
| Mailing Address: | | | |
| | 624 N 138TH ST | | |
| | SEATTLE WA  98133-7423 | | |

If you find any of the information listed above to be incorrect, please contact us immediately at 1-877-550-4243.

At Nationstar Mortgage, your business and total satisfaction are important.  Any time you have questions regarding your account, do not hesitate to contact our Bankruptcy Department at 1-877-550-4243, 8:00 a.m. to 5:00 p.m. central time Monday thru Friday or mail your questions to:

Nationstar Mortgage LLC
P.O. Box 650783
Dallas, Texas 75265-0783

We look forward to a long and lasting relationship with you.

Sincerely,

Nationstar Mortgage

*Please  be  advised that the information contained in this letter is being sent for informational purposes, and should not be considered as an attempt to collect a debt.*

692-4016-0109F



This area is intentionally left blank.

INTERNET REPRINT

NSM_SALOM 000635