# EXHIBIT 30

```
 1                 UNITED STATES DISTRICT COURT

 2                 WESTERN DISTRICT OF WASHINGTON

 3

 4   RICARDO SALOM, CATHERINE PALAZZO )

 5   as assignee for RUBEN PALAZZO,   )

 6   and PETER HACKINEN, on their own )

 7   behalf and on behalf of others   )

 8   similarly situated persons,      )

 9                   Plaintiffs,      )   CASE NO.

10   vs.                              )   2:24-cv-00444-BJR

11   NATIONSTAR MORTGAGE, LLC,        )

12                   Defendant.       )

13   _____  )

14

15

16        VIDEOTAPED ZOOM DEPOSITION OF PETER HACKINEN

17                WEDNESDAY, FEBRUARY 12, 2025

18

19

20   Reported by:  Shelley Lynn Schniepp

21                 CSR No. 5487

22   Job No.:      314155

23

24

25
                                                                 1
```

| | | |
|---|---|---|
| 1 | informing you that Nationstar is now going to be | 10:44:15 |
| 2 | servicing your loan rather than Met Life, correct? | 10:44:18 |
| 3 | MR. ROBINSON:  Objection. | 10:44:24 |
| 4 | You can answer if you can.  I just need to | 10:44:26 |
| 5 | object, Pete, from time to time.  Okay? | 10:44:28 |
| 6 | THE WITNESS:  Absolutely.  In the paragraph, | 10:44:31 |
| 7 | it appears that's what it says.  I'm not a lawyer, so | 10:44:34 |
| 8 | as a layman, that's what I'm interpreting. | 10:44:38 |
| 9 | BY MR. MANNING: | 10:44:44 |
| 10 | Q.   It says servicing transfer, right? | 10:44:44 |
| 11 | A.   Correct. | 10:44:50 |
| 12 | Q.   Does this refresh your memory as to when | 10:44:52 |
| 13 | servicing transferred to Nationstar? | 10:44:55 |
| 14 | A.   It's in black and white, so if I didn't see | 10:45:03 |
| 15 | this I would not recall the specific day and month and | 10:45:07 |
| 16 | year.  I know that I had Nationstar for several | 10:45:14 |
| 17 | years. | 10:45:18 |
| 18 | Q.   Any reason to dispute that that's when the | 10:45:22 |
| 19 | servicing transferred? | 10:45:26 |
| 20 | A.   No, sir. | 10:45:27 |
| 21 | Q.   So from August 2011 to when you paid off the | 10:45:33 |
| 22 | loan, I believe you said it was in the spring of 2024, | 10:45:41 |
| 23 | Nationstar was servicing your mortgage, right? | 10:45:45 |
| 24 | A.   Correct. | 10:45:48 |
| 25 | Q.   Do you recall ever requesting a payoff | 10:45:59 |

| | | |
|---|---|---|
| 1 | statement from Nationstar? | 10:46:04 |
| 2 | A. I don't recall that. I was trying to do a | 10:46:09 |
| 3 | refi last year, early last year, and that would be up | 10:46:14 |
| 4 | to the loan guys that I was trying to get a loan from. | 10:46:21 |
| 5 | I don't recall that specific phrase. | 10:46:27 |
| 6 | Q. Do the words payoff statement mean anything to | 10:46:33 |
| 7 | you? | 10:46:36 |
| 8 | MR. ROBINSON: Objection. Answer if you can. | 10:46:41 |
| 9 | THE WITNESS: Can you rephrase that? | 10:46:50 |
| 10 | BY MR. MANNING: | 10:46:52 |
| 11 | Q. As part of refinancing, you were trying to | 10:46:52 |
| 12 | refi, as you said, to pay off debts and you understood | 10:46:58 |
| 13 | you had to pay off your mortgage with Nationstar first, | 10:47:02 |
| 14 | right? | 10:47:05 |
| 15 | A. Correct. | 10:47:07 |
| 16 | Q. In order to pay off the mortgage that | 10:47:09 |
| 17 | Nationstar was servicing, you needed to know how much | 10:47:13 |
| 18 | was owed to pay it off, right? | 10:47:16 |
| 19 | A. Well, the new loan guys did it to set up a | 10:47:21 |
| 20 | new, you know, loan. | 10:47:26 |
| 21 | Q. When you say new loan guys, who are you | 10:47:30 |
| 22 | referring to? | 10:47:33 |
| 23 | A. Early last spring -- I can't remember the guys | 10:47:40 |
| 24 | because they couldn't make the loan and then later my | 10:47:45 |
| 25 | current refi finally went through with Rocket | 10:47:49 |

```
 1   Mortgage.                                              10:47:54
 2       Q.   So as part of seeking to refinance you reached 10:47:55
 3   out to one group of people.  Those people were unable  10:48:03
 4   to deliver a refinance loan to you?                    10:48:07
 5       A.   Correct.                                      10:48:11
 6       Q.   Then after that you contacted a second group, 10:48:12
 7   Rocket Mortgage, and they were able to refinance?      10:48:18
 8       A.   Correct.                                      10:48:22
 9       Q.   Other than that first group that you don't    10:48:23
10   recall and Rocket Mortgage, were there any other       10:48:26
11   individuals or groups from whom you sought to          10:48:28
12   refinance?                                             10:48:32
13       A.   Not that I recall.                            10:48:41
14       Q.   Do you believe that as part of that refinance 10:48:50
15   application, either that first group or Rocket Mortgage 10:48:55
16   reached out to Nationstar in order to obtain a payoff  10:49:00
17   statement?                                             10:49:03
18            MR. ROBINSON:  Objection.  You can answer if  10:49:08
19   you can, Pete.                                         10:49:29
20            THE WITNESS:  Please repeat that last         10:49:33
21   question, please.                                      10:49:35
22   BY MR. MANNING:                                        10:49:37
23       Q.   So you paid off the mortgage that Nationstar  10:49:37
24   was servicing and as part of that payoff you got a     10:49:40
25   refinance, right?  The refinance funds paid off that   10:49:48
```

31

```
 1        A.    Yeah.                                            11:37:38
 2        Q.    Then it also has what's listed as an expedited   11:37:39
 3   delivery fee of $25?                                        11:37:43
 4        A.    Yeah.  That's highlighted.  I see it.            11:37:46
 5        Q.    So you would agree that the expedited delivery   11:37:52
 6   fee is disclosed in this document to you, correct?          11:37:55
 7        A.    Well, it's in black and white.  However, I       11:37:58
 8   didn't pay any attention to that when the loan guys         11:38:01
 9   were working on trying to get me a new loan.  I imagine     11:38:08
10   if it's a payoff breakdown, that was incurred in the        11:38:17
11   total payoff amount including so I had to have paid it      11:38:20
12   unbeknownst to me.                                          11:38:28
13              MR. MANNING:  That was Exhibit 12, NSM 1478.     11:38:37
14              The next document we'll mark as Exhibit 13,      11:38:43
15   another payoff quote.                                       11:38:49
16              (Exhibits 12 and 13 were marked.)                11:38:50
17   BY MR. MANNING:                                             11:38:50
18        Q.    This time it's dated July 21st, 2023.  It's      11:38:50
19   addressed to you at the same address, correct?              11:38:54
20        A.    Yes.                                             11:39:05
21        Q.    This one says, "An authorized third party has    11:39:05
22   requested a payoff quote on your behalf.  For your          11:39:09
23   records we've enclosed a copy of what was provided to       11:39:12
24   them."                                                      11:39:14
25              Do you see that?                                 11:39:15
```

54

```
 1   STATE OF CALIFORNIA

 2   COUNTY OF SAN DIEGO

 3

 4       I, SHELLEY LYNN SCHNIEPP, do hereby certify:

 5

 6       That I am a duly qualified Certified Shorthand

 7   Reporter, in and for the State of California, holder of

 8   certificate number 5487, which is in full force and

 9   effect and that I am authorized to administer oaths and

10   affirmations;

11       That the foregoing deposition testimony of the

12   herein named witness was taken before me at the time

13   and place herein set forth;

14       That prior to being examined, the witness named

15   in the foregoing deposition, was duly sworn, or

16   affirmed by me, to testify to the truth, the whole

17   truth, and nothing but the truth;

18       That the testimony of the witness and all

19   objections made at the time of the examination were

20   recorded stenographically by me, and were thereafter

21   transcribed under my direction and supervision;

22       That the foregoing pages contain a full, true and

23   accurate record of the proceedings and testimony to the

24   best of my skill and ability;

25
```

84

```
1        I further certify that I am not a relative or
2   employee or attorney or counsel of any of the parties,
3   nor am I a relative or employee of such attorney or
4   counsel, nor am I financially interested in the outcome
5   of this action.
6
7        IN WITNESS WHEREOF, I have subscribed my name this
8   3rd Day of March, 2025.
9
10
11
12   _____
13        SHELLEY LYNN SCHNIEPP, CSR No. 5487
14
15
16
17
18
19
20
21
22
23
24
25
```

85