# EXHIBIT 31

```
DATE:   3/22/24              Mr. Cooper                           SRV869R
TIME:   9:49:52         COMMUNICATION HISTORY PROFILE          PAGE:    98

Loan      1923  Inv # FB8 Asum:N Stat:R Int%  4.125 Pmt 2,326.55 Due: 4/01/24
PETER      HACKINEN         UPB    194,760.04        P&I 1,824.45 TYPE     03
624 N  138TH STREET         MSG   #1:91 #2:17 #3:61          .00 #PMTS  00000
  SEATTLE       WA 98133 Phone (H)        5187 (W)           CP: ZZZ_ZOMG
======================================================================
 Cls Code Assgn/By    Entered   Time   Target      Amt/Pmt  Cleared      Amt/Pmt
                      Requested document(s) sent to customer via Email  (SENDADOC
                      ID: 0)

 CS  CDOC YSANCHEZ    6/05/23  14:58  0/00/00         .00  6/05/23         .00
          YSANCHEZ    DOCUMENT REQUEST INQUIRY
                      Documents: Mod Agreement - Signed by Borrower Only
                      Delivery Method: Email
                      Recipient: PETER D. HACKINEN
                      Email Address: therecoup624@gmail.com

 DC  DOCA DOCADMIN    6/05/23  19:59  6/05/23         .00  6/05/23         .00
          DOCADMIN    Requested document(s) sent to customer via Email  (SENDADOC
                      ID: 0)

 CS  TTMR YSANCHEZ    6/05/23  15:12  6/08/23         .00  6/05/23         .00
          YSANCHEZ    TALKED TO CUSTOMER
                      cx called in to get mod agreements and prov loan nuber and
                      confirm balance its showing as a 0 balance on here and prov
                      rese email for futher info
                      Call Reason - Loan transfer information

 CS  INBK YSANCHEZ    6/05/23  15:12  0/00/00         .00  6/05/23         .00
          YSANCHEZ    INBOUND BANKRUPTCY CALL

 CL  PRVS ZZZ_ZOMG    6/13/23         50  6/12/23    .00  0/00/00          .00
          LS1300R2    ANNUAL PRIVACY NOTICE SENT - STAND ALONE

 CL  POFV IVR         7/05/23  19:04  0/00/00         .00  7/05/23         .00
          IVR         PAYOFF REQUEST RECEIVED VERIFICATION NEEDED
                      Requester: PETER HACKINEN
                      Company: mrc
                      Best Contact Number: 2062405187
                      Estimated Payoff Date: 08/04/2023
                      Deliver to Fax Number
                      Fax Number: 2062608668
                      Send to: 3

 FB  FB36 SRV229R     7/05/23  19:30  7/05/23       25.00  0/00/00       75.00
          **          36 ZZZZF-ExpDeliveryFee

 PO  PYOF ZZZ_ZOMG    7/05/23  19:30  7/05/23         .00  7/04/23         .00
          SRV229R     PAYOFF STATEMENT GENERATED

 CL  BFHA MISOPS      7/05/23  19:30  7/05/23         .00  7/05/23         .00
          LSPOPGM05R
```

NSM_SALOM 002548

```
DATE:   3/22/24          Mr. Cooper                                    SRV869R
TIME:   9:49:52        COMMUNICATION HISTORY PROFILE          PAGE:       99

Loan       1923  Inv # FB8 Asum:N Stat:R Int%  4.125 Pmt 2,326.55 Due: 4/01/24
PETER     HACKINEN         UPB     194,760.04         P&I 1,824.45 TYPE     03
624 N 138TH STREET         MSG   #1:91 #2:17 #3:61              .00 #PMTS 00000
SEATTLE       WA 98133  Phone (H)        5187  (W)              CP: ZZZ_ZOMG
=============================================================================
Cls Code Assgn/By   Entered  Time   Target       Amt/Pmt  Cleared      Amt/Pmt
                   FHA QUOTE TO BORROWER

CS  DRVR SLAWREN3  7/10/23  14:36  0/00/00           .00  7/10/23          .00
         SLAWREN3  DOCUMENT RECEIVED VIA RESEARCH FAX INBOX
                   REC 3PA FROM AMERICAN PACIFIC MORT FOR A VOM BUT NO ADDRESS
                   OR EMAIL ADDRESS TO SEND TO. SET UP TO TO TO BORR.

CS  AUTH WEBMRC    7/10/23  14:36  7/10/23           .00  7/10/23          .00
         WEBMRC    AUTHORIZATION FOR 3RD PARTY
                   BORROWER: PETER D HACKINEN
                   AUTHORIZED: AMERICAN PACIFIC MORT
                   RELATIONSHIP: Other

CS  3PRT SLAWREN3  7/10/23  14:37  0/00/00           .00  7/10/23          .00
         SLAWREN3  3RD PARTY AUTH RCVD/ACCOUNT UPDATE
                   Thirdparty Name: AMERICAN PACIFIC MORT
                   Relationship: TITLE
                   Authorized By: PETER D HACKINEN
                   Method: Written
                   Received date: 6/23/2023
                   End date: 6/23/2024

CS  RRRS MSTAMPER  7/17/23  13:33  0/00/00           .00  0/00/00          .00
         MSTAMPER  RESEARCH REQUEST RESOLVED
                   sent VOM to h/o due to the 3rd party had no mail or email ad
                   dress.

CL  MISC ZZZ_ZOMG  7/18/23   8:51  0/00/00           .00  7/18/23          .00
         ISANCHE3

CL  CPOP ZZZ_ZOMG  7/18/23   8:51  0/00/00           .00  7/18/23          .00
         ISANCHE3  CUSTOMER AUTHENTICATED IN IVR

CL  MISC ZZZ_ZOMG  7/18/23   8:51  0/00/00           .00  7/18/23          .00
         ISANCHE3

CL  POFV IVR       7/21/23  18:20  0/00/00           .00  7/21/23          .00
         IVR       PAYOFF REQUEST RECEIVED VERIFICATION NEEDED
                   Requester: PETER HACKINEN
                   Company: mrc
                   Best Contact Number: 2062405187
                   Estimated Payoff Date: 08/15/2023
                   Deliver to Fax Number
```

NSM_SALOM 002549

```
DATE:   3/22/24              Mr. Cooper                              SRV869R
TIME:   9:49:52         COMMUNICATION HISTORY PROFILE          PAGE:     100

Loan      1923  Inv # FB8 Asum:N Stat:R Int%  4.125 Pmt 2,326.55 Due: 4/01/24
PETER      HACKINEN          UPB    194,760.04       P&I 1,824.45 TYPE    03
624 N  138TH STREET          MSG   #1:91 #2:17 #3:61          .00 #PMTS 00000
SEATTLE        WA 98133  Phone (H)         5187 (W)          CP: ZZZ_ZOMG
=============================================================================
Cls Code Assgn/By    Entered  Time    Target      Amt/Pmt  Cleared    Amt/Pmt
                  Fax Number: 2062608668
                  Send to: 3

PO  PYOF ZZZ_ZOMG   7/21/23   18:32   7/21/23         .00  7/21/23        .00
         SRV229R    PAYOFF STATEMENT GENERATED

CL  BFHA MISOPS     7/21/23   18:32   7/21/23         .00  7/21/23        .00
         LSPOPGM05RFHA QUOTE TO BORROWER

PO  PYOF ZZZ_ZOMG   7/22/23      54   7/22/23         .00  7/22/23        .00
         SRV229R    PAYOFF STATEMENT GENERATED

CL  AMPO MISOPS     7/22/23      54   7/22/23         .00  7/22/23        .00
         POQ0105R   AMENDED PAYOFF QUOTE PROCESSED
                    Original ID: 0000000000027124390
                    Original Payoff Amount: $00000204992.32
                    Amended ID: 0000000000027233880
                    Amended Payoff Amount: $00000205022.32

CL  BFHA MISOPS     7/22/23    1:56   7/22/23         .00  7/22/23        .00
         LSPOPGM05RFHA QUOTE TO BORROWER

CL  MISC ZZZ_ZOMG   8/22/23   12:22   0/00/00         .00  8/22/23        .00
         MELLED

CL  CPOP ZZZ_ZOMG   8/22/23   12:22   0/00/00         .00  8/22/23        .00
         MELLED     CUSTOMER AUTHENTICATED IN IVR

CL  MISC ZZZ_ZOMG   8/22/23   12:22   0/00/00         .00  8/22/23        .00
         MELLED

CL  DEMO ZZZ_ZOMG   8/22/23   12:22   0/00/00         .00  0/00/00        .00
         MELLED     DEMOGRAPHICS VERIFIED
                    PETER D HACKINEN - verified:  (A)Name, (A)Loan Number

CL  QA   ZZZ_ZOMG   8/22/23   12:22   0/00/00         .00  8/22/23        .00
         MELLED     QA STATEMENT GIVEN

CL  CLTR ZZZ_ZOMG   8/22/23   12:25   0/00/00         .00  8/22/23        .00
         MELLED     CALL TRANSFERRED

CL  TTMR ZZZ_ZOMG   8/22/23   12:25   8/25/23         .00  8/22/23        .00
         MELLED     TALKED TO CUSTOMER
                    call intent - cust calling to inquire about modification
                    transferred to lm fully
                    verified
                    Call Reason - Document Request/Inquiry
```

```
DATE:  3/22/24           Mr. Cooper                            SRV869R
TIME:  9:49:52        COMMUNICATION HISTORY PROFILE        PAGE:   101

Loan      1923  Inv # FB8 Asum:N Stat:R Int%  4.125 Pmt 2,326.55 Due: 4/01/24
PETER    HACKINEN       UPB    194,760.04         P&I 1,824.45 TYPE     03
624 N  138TH STREET      MSG   #1:91 #2:17 #3:61            .00 #PMTS  00000
SEATTLE      WA 98133 Phone (H)      5187 (W)               CP: ZZZ_ZOMG
========================================================================
Cls Code  Assgn/By    Entered  Time    Target       Amt/Pmt  Cleared     Amt/Pmt

CL  INBK  ZZZ_ZOMG   8/22/23  12:25   0/00/00          .00  8/22/23         .00
          MELLED     INBOUND BANKRUPTCY CALL

CS  DEMO  MSHAWTT    8/22/23  12:26   0/00/00          .00  0/00/00         .00
          MSHAWTT    DEMOGRAPHICS VERIFIED
                     PETER D HACKINEN - verified:  Name, SSN, Property Zip

CS  QA    MSHAWTT    8/22/23  12:26   0/00/00          .00  8/22/23         .00
          MSHAWTT    QA STATEMENT GIVEN

CS  INBK  MSHAWTT    8/22/23  12:35   0/00/00          .00  8/22/23         .00
          MSHAWTT    INBOUND BANKRUPTCY CALL

CS  TTMR  MSHAWTT    8/22/23  12:35   8/25/23          .00  8/22/23         .00
          MSHAWTT    TALKED TO CUSTOMER
                     BOR CI GAVE AUTHT O SPEAK WITH ATT INQ ABOUT LIEN ON HOME
                     FROM FIRST MORTGAGE GAVE EMAIL FOR RESEARCH TO RQST DOC NOT
                     IN SYSTEM
                     Call Reason - Document Request/Inquiry
                     No Mini Miranda required
                     QA Provided

CL  QA    ZZZ_ZOMG  10/03/23  17:40   0/00/00          .00 10/03/23         .00
          CMATH      QA STATEMENT GIVEN

CL  TTOT  ZZZ_ZOMG  10/03/23  17:41  10/04/23          .00  0/00/00         .00
          CMATH      TALKED TO OTHER PARTY
                     Provided email address to request payoff
                     Third Party Name: selauln ( noble escrow)
                     Third Party Relationship: Real Estate Agent
                     No Mini Miranda required
                     QA Provided

CL  INBK  ZZZ_ZOMG  10/03/23  17:41   0/00/00          .00 10/03/23         .00
          CMATH      INBOUND BANKRUPTCY CALL

CS  AUTH  WEBMRC    10/05/23   8:58  10/05/23          .00 10/05/23         .00
          WEBMRC     AUTHORIZATION FOR 3RD PARTY
                     BORROWER: PETER D HACKINEN
                     AUTHORIZED: Noble Escrow Services
                     RELATIONSHIP: Real Estate Agent

CS  3PRT  VHEN1034  10/05/23   8:58   0/00/00          .00 10/05/23         .00
          VHEN1034   3RD PARTY AUTH RCVD/ACCOUNT UPDATE
```

NSM_SALOM 002551

```
DATE:  3/22/24            Mr. Cooper                              SRV869R
TIME:  9:49:52        COMMUNICATION HISTORY PROFILE           PAGE:   102

  Loan       1923   Inv # FB8 Asum:N Stat:R Int%  4.125 Pmt 2,326.55 Due: 4/01/24
  PETER     HACKINEN         UPB    194,760.04         P&I 1,824.45 TYPE      03
  624 N  138TH STREET       MSG    #1:91 #2:17 #3:61              .00 #PMTS  00000
  SEATTLE       WA 98133  Phone (H)        5187  (W)            CP: ZZZ_ZOMG
==============================================================================
  Cls Code Assgn/By    Entered   Time    Target       Amt/Pmt  Cleared       Amt/Pmt
                 Thirdparty Name: Noble Escrow Services
                 Relationship: Real Estate Agent
                 Authorized By: PETER D HACKINEN
                 Method: Written
                 Received date: 10/5/2023
                 End date: 10/5/2024

  CL  POFF VHEN1034 10/05/23   8:59   0/00/00          .00 10/05/23          .00
           VHEN1034   PAYOFF QUOTE REQUEST RECEIVED
                 Requester: Noble Escrow Services
                 Best Contact Number: 206-569-3112
                 Estimated Payoff Date: 10/31/2023
                 Deliver to Fax Number
                 Fax Number: 2062608668
                 Send to: 3

  CS  DRVR VHEN1034 10/05/23   9:00   0/00/00          .00 10/05/23          .00
           VHEN1034   DOCUMENT RECEIVED VIA RESEARCH FAX INBOX
                  received auth for 3rd party along with payoff rquest. auth
                  added payoff requested

  CS  RRRS VHEN1034 10/05/23   9:11   0/00/00          .00  0/00/00          .00
           VHEN1034   RESEARCH REQUEST RESOLVED
                  resolved via iassist.

  PO  PYOF ZZZ_ZOMG 10/05/23   9:25  10/05/23          .00 10/05/23          .00
           SRV229R    PAYOFF STATEMENT GENERATED

  CL  BFHA MISOPS   10/05/23   9:26  10/05/23          .00 10/05/23          .00
           LSPOPGM05RFHA QUOTE TO BORROWER

  CS  TRAC ZZZ_ZOMG 12/11/23  21:43  12/11/23          .00 12/11/23          .00
           Assurant   INSURANCE VENDOR TRACKALL NOTES
                  From Open Items - Per state farm website, STATE FARM INS CO
                  paid $ 686.00 due for pol 47CJR5753, 1168 line. HIPC

  CL  POFF IVR       3/11/24  13:50   0/00/00          .00  3/11/24          .00
           IVR        PAYOFF QUOTE REQUEST RECEIVED
                  Requester: PETER HACKINEN
                  Best Contact Number: 2062405187
                  Estimated Payoff Date: 04/10/2024
                  Deliver to Fax Number
```

NSM_SALOM 002552

```
DATE:  3/22/24              Mr. Cooper                                SRV869R
TIME:  9:49:52              COMMUNICATION HISTORY PROFILE       PAGE:    103

Loan       1923  Inv # FB8 Asum:N Stat:R Int%  4.125 Pmt 2,326.55 Due: 4/01/24
PETER     HACKINEN          UPB    194,760.04        P&I 1,824.45 TYPE      03
624 N  138TH STREET         MSG   #1:91 #2:17 #3:61         .00 #PMTS   00000
SEATTLE       WA 98133 Phone (H) 206-240-5187  (W)          CP: ZZZ_ZOMG
==============================================================================
Cls Code Assgn/By   Entered  Time    Target      Amt/Pmt  Cleared       Amt/Pmt
                    Fax Number: 8554559863
                    Send to: 1

PO  PYOF ZZZ_ZOMG  3/11/24  14:34   3/11/24          .00  3/10/24           .00
         SRV229R   PAYOFF STATEMENT GENERATED


           * * END OF REPORT * *
```

NSM_SALOM 002553