# EXHIBIT 32

```
------ -------------------------------------------------------------------------------------------------------------------------------------------------
LOAN#      923    INV# FB8    POOL# 0000001                     NEXT DUE  4/01/24    INTEREST RATE  4.125    PRIN.BAL               .00
BORR1 PETER D. HACKINEN       TYPE: 03-00 Conv/Unins                                                         ESC.BAL                .00
BORR2 ADDL INFORMATION                                       INT PD TO  3/01/24    P&I SHORT        .00      CORP ADV               .00
PROP: 624 N  138TH STREET            MAIL: C/O SEATTLE CONSUMER JUSTICE P
                                           10728 16 1 AVE SW
      SEATTLE     WA 98133                 SEATTLE        WA 98146
-----------------------------------------------------------------------------------------------------------------------------------------------------

---TRANSACTION----                            NEXT -AFTER TRANS.BALANCES-     TOTAL     ----------------APPLIED------------------ MISC.PMTS
NBR    DATE   CODE -----DESCRIPTION------     DUE     PRINCIPAL   ESCROW     AMOUNT     PRINCIPAL   INTEREST    ESCROW   SUSPENSE/CD

 471  5/15/24 6099 ESCR REFUND  DISBURSED    4/24         .00        .00    2808.92-         .00        .00   2808.92-        .00
              PAYEE HACKINE #2026668873 DUE 12/20/23
              S/F BX  REF# 2026668873
 470  5/02/24 6225 MISC SUSP DISB            4/24         .00    2808.92     182.33-         .00        .00        .00    182.33-25
              PAYEE HACKINE #2026631740 DUE  5/02/24
              S/F BX  REF# 2026631740
 469  4/29/24 60PO ESC REF POFF DISBURSED    4/24         .00    2808.92     225.99-         .00        .00    225.99-        .00
              PAYEE HACKINE #2026622837 DUE  0/00/00
              S/F BX  REF# 2026622837
 468  4/25/24 1531 COUNTY TAX    DEPOSIT     4/24         .00    3034.91    2808.92          .00        .00   2808.92         .00
     Effective date:  4/24/24
              S/F CK  REF# 0000
 467  4/12/24 1325 PMT-MISC SUSP             4/24         .00     225.99     182.33          .00        .00        .00    182.33 25
     Effective date:  4/10/24
              S/F WR  REF#
 466  4/12/24   30 PAYOFF                    4/24         .00     225.99  194760.04     194760.04       .00        .00         .00
     Effective date:  4/10/24
              S/F WR  REF#
 465  4/12/24 3012 PAYOFF INTEREST           4/24   194760.04     225.99     867.59          .00     867.59        .00         .00
     Effective date:  4/10/24
              S/F WR  REF#
 464  4/12/24 3013 PAYOFF                    4/24   194760.04     225.99     467.42          .00     467.42        .00         .00
     Effective date:  4/10/24
              S/F WR  REF#
 463  4/12/24 1436 ZZZZF-ExpDeliveryFee      4/24   194760.04     225.99      25.00          .00        .00        .00         .00    25.00 36
     Effective date:  4/10/24
              S/F C   REF#
 462  4/12/24 1456 3Pty Recon Rel Fee        4/24   194760.04     225.99      25.00          .00        .00        .00         .00    25.00 56
     Effective date:  4/10/24
              S/F C   REF#
 461  4/12/24 1499 3Pty Recon Rel Fee        4/24   194760.04     225.99      25.00          .00        .00        .00         .00    25.00 56
     Effective date:  4/10/24
              S/F     REF#
 460  4/12/24 1457 ZZZZF-COUNTY Recordi      4/24   194760.04     225.99     221.00          .00        .00        .00         .00   221.00 57
     Effective date:  4/10/24
              S/F C   REF#
 459  4/12/24 1499 ZZZZF-COUNTY Recordi      4/24   194760.04     225.99     221.00          .00        .00        .00         .00   221.00 57
     Effective date:  4/10/24
              S/F     REF#
 458  4/09/24 6031 COUNTY TAX    DISBURSED   4/24   194760.04     225.99    2808.92-         .00        .00   2808.92-        .00
              PAYEE 31WA00G #          DUE  4/30/24
              S/F WR  REF#
 457  3/11/24 1499 ZZZZF-ExpDeliveryFee      4/24   194760.04    3034.91      25.00          .00        .00        .00         .00    25.00 36
              S/F     REF#
```

NSM_SALOM 020017

```
---TRANSACTION----                       NEXT -AFTER TRANS.BALANCES-    TOTAL    ----------------APPLIED----------------- MISC.PMTS
 NBR    DATE   CODE -----DESCRIPTION------  DUE   PRINCIPAL    ESCROW   AMOUNT   PRINCIPAL INTEREST    ESCROW SUSPENSE/CD

LOAN#       1923             CONTINUED

 456  3/08/24 02    PAYMENT                 4/24  194760.04   3034.91  2326.55    1151.01   673.44    502.10      .00
                                  Int pd to:  3/01/24
                 S/F WB   REF# 1326220841
 455  2/05/24 11    PRINCIPAL PAYMENT       3/24  195911.05   2532.81   100.00     100.00     .00       .00      .00
     Effective date:  2/04/24
                 S/F WB   REF# 1286111589
 454  2/05/24 02    PAYMENT                 3/24  196011.05   2532.81  2326.55    1146.72   677.73    502.10      .00
     Effective date:  2/03/24  Int pd to:  2/01/24
                 S/F WB   REF# 1284761507
 453 12/31/23 02    PAYMENT                 2/24  197157.77   2030.71  2326.55    1142.79   681.66    502.10      .00
     Effective date: 12/30/23  Int pd to:  1/01/24
                 S/F WB   REF# 1238932433
 452 12/13/23 6050 HAZARD SFR    DISBURSED  1/24  198300.56   1528.61   686.00-       .00     .00    686.00-      .00
            PAYEE 5022477 #12132023IN DUE 12/20/23
                 S/F WR   REF# 12132023INS
 451 12/08/23 02    PAYMENT                 1/24  198300.56   2214.61  2326.55    1138.88   685.57    502.10      .00
                                  Int pd to: 12/01/23
                 S/F WB   REF# 1217400979
 450 11/10/23 02    PAYMENT                12/23  199439.44   1712.51  2326.55    1134.98   689.47    502.10      .00
                                  Int pd to: 11/01/23
                 S/F WB   REF# 1187221505
 449 10/05/23 1436 ZZZZF-ExpDeliveryFee    11/23  200574.42   1210.41    25.00        .00     .00       .00      .00   25.00 36
                 S/F C    REF# 1149286797
 448 10/05/23 02    PAYMENT                11/23  200574.42   1210.41  2326.55    1131.09   693.36    502.10      .00
                                  Int pd to: 10/01/23
                 S/F WB   REF# 1149286797
 447 10/05/23 1499 ZZZZF-ExpDeliveryFee    10/23  201705.51    708.31    25.00        .00     .00       .00      .00   25.00 36
                 S/F     REF#
 446 10/04/23 6031 COUNTY TAX    DISBURSED 10/23  201705.51    708.31  2598.72-       .00     .00   2598.72-      .00
            PAYEE 31WA00G #         DUE 10/31/23
                 S/F WR   REF#
 445  9/14/23 02    PAYMENT                10/23  201705.51   3307.03  2326.55    1127.21   697.24    502.10      .00
                                  Int pd to:  9/01/23
                 S/F WB   REF# 1127653157
 444  8/14/23 1436 ZZZZF-ExpDeliveryFee     9/23  202832.72   2804.93    25.00        .00     .00       .00      .00   25.00 36
     Effective date:  8/12/23
                 S/F C    REF# 1094039825
 443  8/14/23 1436 ZZZZF-ExpDeliveryFee     9/23  202832.72   2804.93    25.00        .00     .00       .00      .00   25.00 36
     Effective date:  8/12/23
                 S/F C    REF# 1094039825
 442  8/14/23 02    PAYMENT                 9/23  202832.72   2804.93  2326.55    1123.35   701.10    502.10      .00
     Effective date:  8/12/23  Int pd to:  8/01/23
                 S/F WB   REF# 1094039825
 441  7/21/23 1499 ZZZZF-ExpDeliveryFee     8/23  203956.07   2302.83    25.00        .00     .00       .00      .00   25.00 36
                 S/F      REF#
 440  7/05/23 1499 ZZZZF-ExpDeliveryFee     8/23  203956.07   2302.83    25.00        .00     .00       .00      .00   25.00 36
                 S/F      REF#
 439  7/03/23 02    PAYMENT                 8/23  203956.07   2302.83  2326.55    1119.50   704.95    502.10      .00
     Effective date:  7/01/23  Int pd to:  7/01/23
                 S/F WB   REF# 1051628615
 438  5/30/23 02    PAYMENT                 7/23  205075.57   1800.73  2314.12    1115.67   708.78    489.67      .00
```

NSM_SALOM 020018