# EXHIBIT 33



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---:|
| Statement Date: | 7/5/23 |
| Payoff Good Through Date: | 8/4/23 |
| Loan Number: | ▮▮▮▮1923 |
| Property Address: | 624 N 138TH STREET |
| | SEATTLE, WA 98133 |
| Customer Fax: | ▮▮▮▮8668 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

## PAYOFF BREAKDOWN

| | |
|---|---:|
| Current Unpaid Principal Balance: | $203,956.07 |
| Interest - from 7/1/23 to 8/4/23 | $770.25 |
| Expedited Delivery Fee | $25.00 |
| County Recording Fee | $221.00 |
| Third Party Reconveyance Preparation Fee | $20.00 |
| **TOTAL PAYOFF AMOUNT** | **$204,992.32** |
| | **GOOD THROUGH 8/4/23** |

## INTEREST

| | |
|---|---:|
| Annual Interest Rate | 4.125% |
| Interest Calculated From | 7/1/23 - 8/4/23 |
| Daily Interest Amount* | $23.05 |

**\* HOW IS THIS CALCULATED?**
Your interest has been calculated using daily interest. This means that interest is only charged through the loan payoff date, as long as we receive your payment on time.

**DAILY INTEREST CALCULATION:**
Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

*Funds received after 8/4/23 or funds that cannot be posted due to missing or incorrect information will require an additional $23.05 of interest per day.

## ESCROW

| Escrow Account Balance | | $2,302.83 |
|---|---|---:|

We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.

| | DUE DATE | AMOUNT |
|---|---:|---:|
| HAZARD SFR | 12/20/23 | $672.00 |
| COUNTY TAX | 10/31/23 | $2,598.72 |

## PAYMENT INSTRUCTIONS
Payoff funds must be remitted via certified funds (wire transfer or cashier's check only).

**WIRE TRANSFER**

| | |
|---|---:|
| Beneficiary Name: | Mr. Cooper |
| Account #: | 46290000519479 |
| ABA/Routing NUMBER: | 021000021 |
| Bank Name: | JP Morgan Chase Bank, NA |
| Bank Address: | 270 Park Ave |
| | New York, NY 10017 |

**CASHIER'S CHECKS**
Make payable to Mr. Cooper and mail to:
Mr. Cooper
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067
*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence

**CUSTOMER SERVICE**
888-480-2432
www.mrcooper.com

Monday - Thursday 7 a.m. to 8 p.m. (CT)
Friday 7 a.m. to 7 p.m. (CT)
Saturday 8 a.m. to 12 p.m. (CT)

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



NSM_SALOM 001478



## FREQUENTLY ASKED QUESTIONS

**How is my daily interest calculated?**

Here's how we get there: We multiply your unpaid principal balance with your interest rate. This is the interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

**Should I continue to make my scheduled payments?**

Yes, continue to make your scheduled payments. If your payoff payment is received after your payoff date and a payment has not been made, then a late charge may be assessed and added to the payoff amount due. So, please don't stop payment prior to your payoff closing date. Note that if any payment previously made to this account is returned for any reason, the payoff amount will be insufficient.

**Which form of payment can I use for my payoff?**

We only accept cashier's check or wire transfers for payoff payments.

Forms of payment that we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, or others. Delays can occur when incorrect forms of payment are received. Please note that additional fees, costs, disbursements, and interest may continue to accrue on the loan until the acceptable payoff funds are received to satisfy the mortgage payoff.

**When will my payoff post?**

Funds must be received by 5 p.m. (CT) for same day processing. Funds received after 5 p.m. (CT) will be posted the following business day.

**What if I have set up AutoPay or online bill pay with my bank?**

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please ensure that you discontinue automatic payment services prior to the date of payoff and at least 3 business days prior to your draft date in an effort to avoid any unnecessary withdrawals against your bank account.

**What happens if I send in the wrong payoff amount?**

It's important that you pay the amount that is stated on your payoff quote. If your payment is short and you have an escrow account that will cover the difference, then we will apply those funds toward the payoff. If you don't have an escrow account or the escrow balance is not enough, we will attempt to contact the sender of the funds to satisfy the payoff. Please note, if this falls after the payoff date deadline or we cannot contact the sender, then the total amount paid will be returned to the sender.

In the event of any overages, you will automatically receive a check for those differences once the account has been balanced out.

**What if I have an escrow balance, can this be applied towards my payoff payment?**

Yes, you may give us authorization to use your escrow balance. Or if your payoff payment is short of the final amount due and your account can cover the difference, then your escrow balance will be applied. Please note that your escrow balance is subject to change.

**What if there are extra funds in my escrow account after my payoff is completed?**

Once your account is balanced out, you will receive a check if there are any remaining funds. This is an automatic process and you do not need to request this check.

**Do you continue to make escrow payments on my behalf?**

Yes, we will continue to make disbursements of all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

**If I move, do you need my updated address?**

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff.

**What if I'm in foreclosure?**

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the expiration of the good through date, you MUST contact us prior to the foreclosure sale for an updated and accurate payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the sale date to ensure that the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

**How will I know that the payoff is complete and final?**

Upon processing of the payment in full, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien, as specified by State guidelines. When applicable, any overpayment or remaining escrow funds will be disbursed no more than 20 business days after the payoff has occurred and we will send them to you via check.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.

NSM_SALOM 001479



**Washington Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed in Washington, Debt Collection Agency License Numbers: 602110305-001-0001(8950 Cypress Waters Blvd, Dallas, TX 75019) 602110305-001-0018 (4000 Horizon Way, Irving, TX 75063), 602110305-001-0019 (2501 South Price Road, Ste. 105, Chandler, AZ 85286), 602110305-001-0023 (2780 Lake Vista Drive, Lewisville, TX 75067), 602110305-001-0024 (800 State Highway 121 Bypass, Lewisville, TX 75067), 602110305-001-0021 (110 Triple Creek Drive, Suite 10, Longview, TX 75601), 602110305-001-0022 (1600 East St. Andrew Place, Suite 100, Santa Ana, CA 92705). If you want to know the name of your originating lender or the amount that you owe, please contact our customer service department.

NSM_SALOM 001480

 RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 7/5/23 |
| Payoff Good Through Date: | 8/4/23 |
| Loan Number: | ▇▇▇▇1923 |
| Property Address: | 624 N 138TH STREET |
| | SEATTLE, WA 98133 |
| Customer Fax: | ▇▇▇▇8668 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

An authorized third party has requested a payoff quote on your behalf. For your records, we've enclosed a copy of what was provided to them.

Please be aware that a fee was charged for fulfilling this request. You'll see it on your payoff quote under the Payoff Breakdown.

If you have any questions, please sign in to www.mrcooper.com. Our automated chat is available 24/7 or you can chat with a live agent during office hours. You can also reach us by mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067 or by phone at 888-480-2432. Our office hours are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,

Mr. Cooper

Enclosure

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



NSM_SALOM 001481



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 7/5/23 |
| Payoff Good Through Date: | 8/4/23 |
| Loan Number: | ▇▇▇▇1923 |
| Property Address: | 624 N 138TH STREET |
| | SEATTLE, WA 98133 |
| Customer Fax: | 2062608668 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

## PAYOFF BREAKDOWN

| | |
|---|---:|
| Current Unpaid Principal Balance: | $203,956.07 |
| Interest - from 7/1/23 to 8/4/23 | $770.25 |
| Expedited Delivery Fee | $25.00 |
| County Recording Fee | $221.00 |
| Third Party Reconveyance Preparation Fee | $20.00 |
| **TOTAL PAYOFF AMOUNT** | **$204,992.32** |
| | GOOD THROUGH 8/4/23 |

## INTEREST

| | |
|---|---:|
| Annual Interest Rate | 4.125% |
| Interest Calculated From | 7/1/23 - 8/4/23 |
| Daily Interest Amount* | $23.05 |

**\* HOW IS THIS CALCULATED?**
Your interest has been calculated using daily interest. This means that interest is only charged through the loan payoff date, as long as we receive your payment on time.

**DAILY INTEREST CALCULATION:**
Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

*Funds received after 8/4/23 or funds that cannot be posted due to missing or incorrect information will require an additional $23.05 of interest per day.

## ESCROW

| **Escrow Account Balance** | | **$2,302.83** |
|---|---|---:|

We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.

| | DUE DATE | AMOUNT |
|---|---|---:|
| HAZARD SFR | 12/20/23 | $672.00 |
| COUNTY TAX | 10/31/23 | $2,598.72 |

---

### PAYMENT INSTRUCTIONS
Payoff funds must be remitted via certified funds (wire transfer or cashier's check only).

| **WIRE TRANSFER** | | **CASHIER'S CHECKS** |
|---|---|---|
| Beneficiary Name: | Mr. Cooper | Make payable to Mr. Cooper and mail to: |
| Account #: | 46290000519479 | Mr. Cooper |
| ABA/Routing NUMBER: | 021000021 | Lake Vista 4 |
| Bank Name: | JP Morgan Chase Bank, NA | 800 State Highway 121 Bypass |
| Bank Address: | 270 Park Ave | Lewisville, TX 75067 |
| | New York, NY 10017 | *Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence |

| **CUSTOMER SERVICE** | |
|---|---|
| 888-480-2432 | Monday - Thursday 7 a.m. to 8 p.m. (CT) |
| www.mrcooper.com | Friday 7 a.m. to 7 p.m. (CT) |
| | Saturday 8 a.m. to 12 p.m. (CT) |

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



EQUAL HOUSING OPPORTUNITY

27124390                                     2-7

NSM_SALOM 001482



# FREQUENTLY ASKED QUESTIONS

**How is my daily interest calculated?**

Here's how we get there: We multiply your unpaid principal balance with your interest rate. This is the interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

**Should I continue to make my scheduled payments?**

Yes, continue to make your scheduled payments. If your payoff payment is received after your payoff date and a payment has not been made, then a late charge may be assessed and added to the payoff amount due. So, please don't stop payment prior to your payoff closing date. Note that if any payment previously made to this account is returned for any reason, the payoff amount will be insufficient.

**Which form of payment can I use for my payoff?**

We only accept cashier's check or wire transfers for payoff payments.

Forms of payment that we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, or others. Delays can occur when incorrect forms of payment are received. Please note that additional fees, costs, disbursements, and interest may continue to accrue on the loan until the acceptable payoff funds are received to satisfy the mortgage payoff.

**When will my payoff post?**

Funds must be received by 5 p.m. (CT) for same day processing. Funds received after 5 p.m. (CT) will be posted the following business day.

**What if I have set up AutoPay or online bill pay with my bank?**

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please ensure that you discontinue automatic payment services prior to the date of payoff and at least 3 business days prior to your draft date in an effort to avoid any unnecessary withdrawals against your bank account.

**What happens if I send in the wrong payoff amount?**

It's important that you pay the amount that is stated on your payoff quote. If your payment is short and you have an escrow account that will cover the difference, then we will apply those funds toward the payoff. If you don't have an escrow account or the escrow balance is not enough, we will attempt to contact the sender of the funds to satisfy the payoff. Please note, if this falls after the payoff date deadline or we cannot contact the sender, then the total amount paid will be returned to the sender.

In the event of any overages, you will automatically receive a check for those differences once the account has been balanced out.

**What if I have an escrow balance, can this be applied towards my payoff payment?**

Yes, you may give us authorization to use your escrow balance. Or if your payoff payment is short of the final amount due and your account can cover the difference, then your escrow balance will be applied. Please note that your escrow balance is subject to change.

**What if there are extra funds in my escrow account after my payoff is completed?**

Once your account is balanced out, you will receive a check if there are any remaining funds. This is an automatic process and you do not need to request this check.

**Do you continue to make escrow payments on my behalf?**

Yes, we will continue to make disbursements of all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

**If I move, do you need my updated address?**

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff.

**What if I'm in foreclosure?**

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the expiration of the good through date, you MUST contact us prior to the foreclosure sale for an updated and accurate payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the sale date to ensure that the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

**How will I know that the payoff is complete and final?**

Upon processing of the payment in full, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien, as specified by State guidelines. When applicable, any overpayment or remaining escrow funds will be disbursed no more than 20 business days after the payoff has occurred and we will send them to you via check.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.



**Washington Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed in Washington, Debt Collection Agency License Numbers: 602110305-001-0001(8950 Cypress Waters Blvd, Dallas, TX 75019) 602110305-001-0018 (4000 Horizon Way, Irving, TX 75063), 602110305-001-0019 (2501 South Price Road, Ste. 105, Chandler, AZ 85286), 602110305-001-0023 (2780 Lake Vista Drive, Lewisville, TX 75067), 602110305-001-0024 (800 State Highway 121 Bypass, Lewisville, TX 75067), 602110305-001-0021 (110 Triple Creek Drive, Suite 10, Longview, TX 75601), 602110305-001-0022 (1600 East St. Andrew Place, Suite 100, Santa Ana, CA 92705). If you want to know the name of your originating lender or the amount that you owe, please contact our customer service department.



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 7/21/23 |
| Payoff Good Through Date: | 8/15/23 |
| Loan Number: | ███1923 |
| Property Address: | 624 N 138TH STREET |
| | SEATTLE, WA 98133 |
| Customer Fax: | ███8668 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

An authorized third party has requested a payoff quote on your behalf. For your records, we've enclosed a copy of what was provided to them.

Please be aware that a fee was charged for fulfilling this request. You'll see it on your payoff quote under the Payoff Breakdown.

If you have any questions, please sign in to www.mrcooper.com. Our automated chat is available 24/7 or you can chat with a live agent during office hours. You can also reach us by mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067 or by phone at 888-480-2432. Our office hours are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,

Mr. Cooper

Enclosure

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY

NSM_SALOM 001473



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 7/21/23 |
| Payoff Good Through Date: | 8/15/23 |
| Loan Number: | ▮▮▮▮1923 |
| Property Address: | 624 N 138TH STREET |
| | SEATTLE, WA 98133 |
| Customer Fax: | ▮▮▮▮8668 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

## PAYOFF BREAKDOWN

| | |
|---|---:|
| Current Unpaid Principal Balance: | $203,956.07 |
| Interest - from 7/1/23 to 8/15/23 | $1,023.80 |
| Expedited Delivery Fee | $25.00 |
| County Recording Fee | $221.00 |
| Third Party Reconveyance Preparation Fee | $25.00 |
| Other Fees Due | $25.00 |
| **TOTAL PAYOFF AMOUNT** | **$205,275.87** |

**GOOD THROUGH 8/15/23**

## INTEREST

| | |
|---|---:|
| Annual Interest Rate | 4.125% |
| Interest Calculated From | 7/1/23 - 8/15/23 |
| Daily Interest Amount* | $23.05 |

**\* HOW IS THIS CALCULATED?**
Your interest has been calculated using daily interest. This means that interest is only charged through the loan payoff date, as long as we receive your payment on time.

**DAILY INTEREST CALCULATION:**
Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

*Funds received after 8/15/23 or funds that cannot be posted due to missing or incorrect information will require an additional $23.05 of interest per day.

## ESCROW

| **Escrow Account Balance** | | $2,302.83 |
|---|---|---:|

We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.

| | DUE DATE | AMOUNT |
|---|---|---:|
| HAZARD SFR | 12/20/23 | $672.00 |
| COUNTY TAX | 10/31/23 | $2,598.72 |

## PAYMENT INSTRUCTIONS

Payoff funds must be remitted via certified funds (wire transfer or cashier's check only).

**WIRE TRANSFER**

| | |
|---|---:|
| Beneficiary Name: | Mr. Cooper |
| Account #: | 46290000519479 |
| ABA/Routing NUMBER: | 021000021 |
| Bank Name: | JP Morgan Chase Bank, NA |
| Bank Address: | 270 Park Ave |
| | New York, NY 10017 |

**CASHIER'S CHECKS**
Make payable to Mr. Cooper and mail to:
Mr. Cooper
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067
*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence

**CUSTOMER SERVICE**
888-480-2432
www.mrcooper.com

Monday - Thursday 7 a.m. to 8 p.m. (CT)
Friday 7 a.m. to 7 p.m. (CT)
Saturday 8 a.m. to 12 p.m. (CT)

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.



EQUAL HOUSING OPPORTUNITY

27232624          2-7

NSM_SALOM 001474



## OTHER FEES DUE

These are the details that make up the total amount under Other Fees Due stated above in the Payoff Breakdown.

| | AMOUNT |
|---|---|
| ExpDeliveryFee | $25.00 |

NSM_SALOM 001475



## FREQUENTLY ASKED QUESTIONS

**How is my daily interest calculated?**

Here's how we get there: We multiply your unpaid principal balance with your interest rate. This is the interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

**Should I continue to make my scheduled payments?**

Yes, continue to make your scheduled payments. If your payoff payment is received after your payoff date and a payment has not been made, then a late charge may be assessed and added to the payoff amount due. So, please don't stop payment prior to your payoff closing date. Note that if any payment previously made to this account is returned for any reason, the payoff amount will be insufficient.

**Which form of payment can I use for my payoff?**

We only accept cashier's check or wire transfers for payoff payments.

Forms of payment that we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, or others. Delays can occur when incorrect forms of payment are received. Please note that additional fees, costs, disbursements, and interest may continue to accrue on the loan until the acceptable payoff funds are received to satisfy the mortgage payoff.

**When will my payoff post?**

Funds must be received by 5 p.m. (CT) for same day processing. Funds received after 5 p.m. (CT) will be posted the following business day.

**What if I have set up AutoPay or online bill pay with my bank?**

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please ensure that you discontinue automatic payment services prior to the date of payoff and at least 3 business days prior to your draft date in an effort to avoid any unnecessary withdrawals against your bank account.

**What happens if I send in the wrong payoff amount?**

It's important that you pay the amount that is stated on your payoff quote. If your payment is short and you have an escrow account that will cover the difference, then we will apply those funds toward the payoff. If you don't have an escrow account or the escrow balance is not enough, we will attempt to contact the sender of the funds to satisfy the payoff. Please note, if this falls after the payoff date deadline or we cannot contact the sender, then the total amount paid will be returned to the sender.

In the event of any overages, you will automatically receive a check for those differences once the account has been balanced out.

**What if I have an escrow balance, can this be applied towards my payoff payment?**

Yes, you may give us authorization to use your escrow balance. Or if your payoff payment is short of the final amount due and your account can cover the difference, then your escrow balance will be applied. Please note that your escrow balance is subject to change.

**What if there are extra funds in my escrow account after my payoff is completed?**

Once your account is balanced out, you will receive a check if there are any remaining funds. This is an automatic process and you do not need to request this check.

**Do you continue to make escrow payments on my behalf?**

Yes, we will continue to make disbursements of all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

**If I move, do you need my updated address?**

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff.

**What if I'm in foreclosure?**

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the expiration of the good through date, you MUST contact us prior to the foreclosure sale for an updated and accurate payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the sale date to ensure that the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

**How will I know that the payoff is complete and final?**

Upon processing of the payment in full, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien, as specified by State guidelines. When applicable, any overpayment or remaining escrow funds will be disbursed no more than 20 business days after the payoff has occurred and we will send them to you via check.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.



**Washington Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed in Washington, Debt Collection Agency License Numbers: 602110305-001-0001 (8950 Cypress Waters Blvd., Dallas, TX 75019), 602110305-001-0019 (2501 South Price Road, Ste. 105, Chandler, AZ 85286), 602110305-001-0023 (2780 Lake Vista Drive, Lewisville, TX 75067), 602110305-001-0024 (800 State Highway 121 Bypass, Lewisville, TX 75067), 602110305-001-0021 (110 Triple Creek Drive, Suite 10, Longview, TX 75601), 602110305-001-0022 (25500 Commercentre Drive, Lake Forest, California 92630), 602110305-001-0026 (750 State Highway 121 Bypass, Suite 101, Lewisville, TX 75067), 6021103054-001-0028 (4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146) and 602110305-001-0029 (2000 N Classen Blvd., Suite N3400, Oklahoma City, OK 73106). If you want to know the name of your originating lender or the amount that you owe, please contact our customer service department.

NSM_SALOM 001477



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---|
| Statement Date: | 10/5/23 |
| Payoff Good Through Date: | 10/31/23 |
| Loan Number: | ███1923 |
| Property Address: | 624 N 138TH STREET |
| | SEATTLE, WA 98133 |
| Customer Fax: | ███8668 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

An authorized third party has requested a payoff quote on your behalf. For your records, we've enclosed a copy of what was provided to them.

Please be aware that a fee was charged for fulfilling this request. You'll see it on your payoff quote under the Payoff Breakdown.

If you have any questions, please sign in to www.mrcooper.com. Our automated chat is available 24/7 or you can chat with a live agent during office hours. You can also reach us by mail at Lake Vista 4, 800 State Highway 121 Bypass, Lewisville, TX 75067 or by phone at 888-480-2432. Our office hours are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT).

Sincerely,

Mr. Cooper

Enclosure




Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

EQUAL HOUSING OPPORTUNITY

NSM_SALOM 001492



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---:|
| Statement Date: | 10/5/23 |
| Payoff Good Through Date: | 10/31/23 |
| Loan Number: | █████1923 |
| Property Address: | 624 N 138TH STREET |
| | SEATTLE, WA 98133 |
| Customer Fax: | █████8668 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

## PAYOFF BREAKDOWN

| | |
|---|---:|
| Current Unpaid Principal Balance: | $201,705.51 |
| Interest - from 9/1/23 to 10/31/23 | $1,377.23 |
| Expedited Delivery Fee | $25.00 |
| County Recording Fee | $221.00 |
| Third Party Reconveyance Preparation Fee | $25.00 |
| **TOTAL PAYOFF AMOUNT** | **$203,353.74** |

**GOOD THROUGH 10/31/23**

## INTEREST

| | |
|---|---:|
| Annual Interest Rate | 4.125% |
| Interest Calculated From | 9/1/23 - 10/31/23 |
| Daily Interest Amount* | $22.80 |

**\* HOW IS THIS CALCULATED?**
Your interest has been calculated using daily interest. This means that interest is only charged through the loan payoff date, as long as we receive your payment on time.

**DAILY INTEREST CALCULATION:**
Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

*Funds received after 10/31/23 or funds that cannot be posted due to missing or incorrect information will require an additional $22.80 of interest per day.

## ESCROW

| **Escrow Account Balance** | | **$708.31** |
|---|---|---:|

We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.

| | DUE DATE | AMOUNT |
|---|---|---:|
| HAZARD SFR | 12/20/23 | $672.00 |
| COUNTY TAX | 4/30/24 | $2,598.72 |

## PAYMENT INSTRUCTIONS

Payoff funds must be remitted via certified funds (wire transfer or cashier's check only).

**WIRE TRANSFER**

| | |
|---|---:|
| Beneficiary Name: | Mr. Cooper |
| Account #: | 46290000519479 |
| ABA/Routing NUMBER: | 021000021 |
| Bank Name: | JP Morgan Chase Bank, NA |
| Bank Address: | 270 Park Ave |
| | New York, NY 10017 |

**CASHIER'S CHECKS**
Make payable to Mr. Cooper and mail to:
Mr. Cooper
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067
*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence

**CUSTOMER SERVICE**
888-480-2432
www.mrcooper.com

Monday - Thursday 7 a.m. to 8 p.m. (CT)
Friday 7 a.m. to 7 p.m. (CT)
Saturday 8 a.m. to 12 p.m. (CT)

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY

27652889                                                2-7

NSM_SALOM 001493



## FREQUENTLY ASKED QUESTIONS

**How is my daily interest calculated?**

Here's how we get there: We multiply your unpaid principal balance with your interest rate. This is the interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

**Should I continue to make my scheduled payments?**

Yes, continue to make your scheduled payments. If your payoff payment is received after your payoff date and a payment has not been made, then a late charge may be assessed and added to the payoff amount due. So, please don't stop payment prior to your payoff closing date. Note that if any payment previously made to this account is returned for any reason, the payoff amount will be insufficient.

**Which form of payment can I use for my payoff?**

We only accept cashier's check or wire transfers for payoff payments.

Forms of payment that we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, or others. Delays can occur when incorrect forms of payment are received. Please note that additional fees, costs, disbursements, and interest may continue to accrue on the loan until the acceptable payoff funds are received to satisfy the mortgage payoff.

**When will my payoff post?**

Funds must be received by 5 p.m. (CT) for same day processing. Funds received after 5 p.m. (CT) will be posted the following business day.

**What if I have set up AutoPay or online bill pay with my bank?**

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please ensure that you discontinue automatic payment services prior to the date of payoff and at least 3 business days prior to your draft date in an effort to avoid any unnecessary withdrawals against your bank account.

**What happens if I send in the wrong payoff amount?**

It's important that you pay the amount that is stated on your payoff quote. If your payment is short and you have an escrow account that will cover the difference, then we will apply those funds toward the payoff. If you don't have an escrow account or the escrow balance is not enough, we will attempt to contact the sender of the funds to satisfy the payoff. Please note, if this falls after the payoff date deadline or we cannot contact the sender, then the total amount paid will be returned to the sender.

In the event of any overages, you will automatically receive a check for those differences once the account has been balanced out.

**What if I have an escrow balance, can this be applied towards my payoff payment?**

Yes, you may give us authorization to use your escrow balance. Or if your payoff payment is short of the final amount due and your account can cover the difference, then your escrow balance will be applied. Please note that your escrow balance is subject to change.

**What if there are extra funds in my escrow account after my payoff is completed?**

Once your account is balanced out, you will receive a check if there are any remaining funds. This is an automatic process and you do not need to request this check.

**Do you continue to make escrow payments on my behalf?**

Yes, we will continue to make disbursements of all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

**If I move, do you need my updated address?**

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff.

**What if I'm in foreclosure?**

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the expiration of the good through date, you MUST contact us prior to the foreclosure sale for an updated and accurate payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the sale date to ensure that the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

**How will I know that the payoff is complete and final?**

Upon processing of the payment in full, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien, as specified by State guidelines. When applicable, any overpayment or remaining escrow funds will be disbursed no more than 20 business days after the payoff has occurred and we will send them to you via check.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.



**Washington Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed in Washington, Debt Collection Agency License Numbers: 602110305-001-0001 (8950 Cypress Waters Blvd., Dallas, TX 75019), 602110305-001-0019 (2501 South Price Road, Ste. 105, Chandler, AZ 85286), 602110305-001-0023 (2780 Lake Vista Drive, Lewisville, TX 75067), 602110305-001-0024 (800 State Highway 121 Bypass, Lewisville, TX 75067), 602110305-001-0021 (110 Triple Creek Drive, Suite 10, Longview, TX 75601), 602110305-001-0022 (25500 Commercentre Drive, Lake Forest, California 92630), 602110305-001-0026 (750 State Highway 121 Bypass, Suite 101, Lewisville, TX 75067), 602110305-001-0028 (4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146) and 602110305-001-0029 (2000 N Classen Blvd., Suite N3400, Oklahoma City, OK 73106). If you want to know the name of your originating lender or the amount that you owe, please contact our customer service department.

NSM_SALOM 001495



RETURN SERVICE ONLY
PLEASE DO NOT SEND MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## QUOTE INFORMATION

| | |
|---|---:|
| Statement Date: | 3/11/24 |
| Payoff Good Through Date: | 4/10/24 |
| Loan Number: | 1923 |
| Property Address: | 624 N 138TH STREET SEATTLE, WA 98133 |
| Customer Fax: | 9863 |

PETER D. HACKINEN
P. O . BOX 77325
SEATTLE, WA 98177

## PAYOFF BREAKDOWN

| | |
|---|---:|
| Current Unpaid Principal Balance: | $194,760.04 |
| Interest - from 3/1/24 to 4/10/24 | $867.59 |
| Expedited Delivery Fee | $25.00 |
| County Recording Fee | $221.00 |
| Third Party Reconveyance Preparation Fee | $25.00 |
| **TOTAL PAYOFF AMOUNT** | **$195,898.63** |

**GOOD THROUGH 4/10/24**

## INTEREST

| | |
|---|---:|
| Annual Interest Rate | 4.125% |
| Interest Calculated From | 3/1/24 - 4/10/24 |
| Daily Interest Amount* | $22.01 |

**\* HOW IS THIS CALCULATED?**
Your interest has been calculated using daily interest. This means that interest is only charged through the loan payoff date, as long as we receive your payment on time.

**DAILY INTEREST CALCULATION:**
Current Unpaid Principal Balance X Interest Rate / 365 = Daily Interest.

*Funds received after 4/10/24 or funds that cannot be posted due to missing or incorrect information will require an additional $22.01 of interest per day.

## ESCROW

| | | |
|---|---:|---:|
| **Escrow Account Balance** | | $3,034.91 |

We will continue to make escrow disbursements until receipt of the payoff funds. The disbursements listed below may occur up to 30 days prior to the due date. You must increase the payoff amount to include any escrow deficiency caused by a disbursement made prior to our receipt of the payoff funds.

| | DUE DATE | AMOUNT |
|---|---:|---:|
| HAZARD SFR | 12/20/24 | $686.00 |
| COUNTY TAX | 4/30/24 | $2,598.72 |

## PAYMENT INSTRUCTIONS

Payoff funds must be remitted via certified funds (wire transfer or cashier's check only).

**WIRE TRANSFER**

| | |
|---|---:|
| Beneficiary Name: | Mr. Cooper |
| Account #: | 46290000519479 |
| ABA/Routing NUMBER: | 021000021 |
| Bank Name: | JP Morgan Chase Bank, NA |
| Bank Address: | 270 Park Ave New York, NY 10017 |

**CASHIER'S CHECKS**
Make payable to Mr. Cooper and mail to:
Mr. Cooper
Lake Vista 4
800 State Highway 121 Bypass
Lewisville, TX 75067
*Customer Name, Loan Number, and Property Address should be provided on all cashier's checks and correspondence

**CUSTOMER SERVICE**
888-480-2432
www.mrcooper.com

Monday - Thursday 7 a.m. to 8 p.m. (CT)
Friday 7 a.m. to 7 p.m. (CT)
Saturday 8 a.m. to 12 p.m. (CT)

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

**Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.**

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and not an attempt to collect a debt from you personally.



28687011                                    2-7

NSM_SALOM 001485



## FREQUENTLY ASKED QUESTIONS

**How is my daily interest calculated?**

Here's how we get there: We multiply your unpaid principal balance with your interest rate. This is the interest for your unpaid principal. Then we divide this by 365 days to get your daily interest rate.

**Should I continue to make my scheduled payments?**

Yes, continue to make your scheduled payments. If your payoff payment is received after your payoff date and a payment has not been made, then a late charge may be assessed and added to the payoff amount due. So, please don't stop payment prior to your payoff closing date. Note that if any payment previously made to this account is returned for any reason, the payoff amount will be insufficient.

**Which form of payment can I use for my payoff?**

We only accept cashier's check or wire transfers for payoff payments.

Forms of payment that we cannot accept include personal checks, third party checks, attorney/trustee checks, money orders, ACH/ARC entries, direct deposit, internal bank-to-bank transfers, or others. Delays can occur when incorrect forms of payment are received. Please note that additional fees, costs, disbursements, and interest may continue to accrue on the loan until the acceptable payoff funds are received to satisfy the mortgage payoff.

**When will my payoff post?**

Funds must be received by 5 p.m. (CT) for same day processing. Funds received after 5 p.m. (CT) will be posted the following business day.

**What if I have set up AutoPay or online bill pay with my bank?**

If you are on AutoPay, it will automatically be cancelled when payoff funds are received.

If you use online bill pay through your bank, please ensure that you discontinue automatic payment services prior to the date of payoff and at least 3 business days prior to your draft date in an effort to avoid any unnecessary withdrawals against your bank account.

**What happens if I send in the wrong payoff amount?**

It's important that you pay the amount that is stated on your payoff quote. If your payment is short and you have an escrow account that will cover the difference, then we will apply those funds toward the payoff. If you don't have an escrow account or the escrow balance is not enough, we will attempt to contact the sender of the funds to satisfy the payoff. Please note, if this falls after the payoff date deadline or we cannot contact the sender, then the total amount paid will be returned to the sender.

In the event of any overages, you will automatically receive a check for those differences once the account has been balanced out.

**What if I have an escrow balance, can this be applied towards my payoff payment?**

Yes, you may give us authorization to use your escrow balance. Or if your payoff payment is short of the final amount due and your account can cover the difference, then your escrow balance will be applied. Please note that your escrow balance is subject to change.

**What if there are extra funds in my escrow account after my payoff is completed?**

Once your account is balanced out, you will receive a check if there are any remaining funds. This is an automatic process and you do not need to request this check.

**Do you continue to make escrow payments on my behalf?**

Yes, we will continue to make disbursements of all escrow items (hazard, flood, PMI/MIP, taxes, etc.) up to the date of payoff. These may be paid up to 30 days in advance of the due date. Please note that it is the responsibility of the loan holder(s) and their closing agent to obtain a refund should a double payment occur.

**If I move, do you need my updated address?**

Yes, we will need your new address in order to send you year-end statements, any applicable refunds, and other documents pertaining to your loan and payoff.

**What if I'm in foreclosure?**

This payoff quote is good through the date listed on the front page. However, if you are in default and a foreclosure sale is scheduled prior to the expiration of the good through date, you MUST contact us prior to the foreclosure sale for an updated and accurate payoff amount. Payoff funds should be overnighted and received by us at least 24 hours prior to the sale date to ensure that the foreclosure is cancelled.

Because any pending foreclosure action will not be delayed or dismissed until payoff funds are received, additional fees and costs may be incurred prior to the expiration of this quote, so the total amount due may increase. Therefore, for informational purposes only, we are providing an estimate of fees and costs that may become due and owing between the date of this quote and its good through date. Should any estimated fee and/or cost become due during this period, the total amount necessary to pay off your loan, as shown in the Payoff Quote, will increase. As of the date of this quote, no estimated fees and costs have been included in the amount required to pay off your loan noted as the "Total Payoff Amount." This estimate is being provided solely as a courtesy and no portion thereof will be collected, unless and until a fee or cost is actually billed and/or incurred. If any estimated fee and/or cost is actually incurred and/or billed before the expiration of this quote, a new payoff quote will be sent to you.

**How will I know that the payoff is complete and final?**

Upon processing of the payment in full, we will forward the necessary documents to the Trustee and/or County Recorder's Office to release our lien, as specified by State guidelines. When applicable, any overpayment or remaining escrow funds will be disbursed no more than 20 business days after the payoff has occurred and we will send them to you via check.

All payoff figures are subject to final verification of the mortgage lender. We may adjust any portion of this payoff statement, at any time, for the following reasons, including, but not limited to, escrow disbursements made on behalf of the loan holder(s), fee advances, items returned by your financial institution, including previously made payments, additional fees or charges, and any good faith and/or inadvertent clerical errors.

NSM_SALOM 001486



**Washington Residents:** Nationstar Mortgage LLC d/b/a Mr. Cooper is licensed in Washington, Debt Collection Agency License Numbers: 602110305-001-0001 (8950 Cypress Waters Blvd., Dallas, TX 75019), 602110305-001-0019 (2501 South Price Road, Ste. 105, Chandler, AZ 85286), 602110305-001-0023 (2780 Lake Vista Drive, Lewisville, TX 75067), 602110305-001-0024 (800 State Highway 121 Bypass, Lewisville, TX 75067), 602110305-001-0021 (110 Triple Creek Drive, Suite 10, Longview, TX 75601), 602110305-001-0022 (25500 Commercentre Drive, Lake Forest, California 92630), 602110305-001-0026 (750 State Highway 121 Bypass, Suite 101, Lewisville, TX 75067), 602110305-001-0028 (4425 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146) and 602110305-001-0029 (2000 N Classen Blvd., Suite N3400, Oklahoma City, OK 73106). If you want to know the name of your originating lender or the amount that you owe, please contact our customer service department.

NSM_SALOM 001487