# EXHIBIT 10

June 25, 2019

TO:

RE: Loan Number ████████
Loan Type    Conventional

Ruben Palazzo
34811 Old Ocean City Rd
Pittsville, MD 21850 2004

Payoff figures have been requested on the loan for the mortgagor and
property described below:

Ruben Palazzo
34811 Old Ocean City Rd
Pittsville MD 21850

This loan is due for the March 01, 2018 payment.

| | | |
|---|---|---|
| The current total unpaid Principal Balance is: | $ | 121,265.98 |
| includes 2nd UPB ($          .00) | | |
| Interest at  4.00000% | | 6,852.91 |
| Escrow/Impound Overdraft | | 1,109.57 |
| Suspense Balance | | -1,824.80 |
| Unpaid Late Charges | | 293.79 |
| Unpaid NSF Charges | | 40.00 |
| Recoverable Corporate Advance Balance | | 1,445.36 |
| * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * | $ | 129,182.81 |

These figures are good to June 30, 2019.

Your 1st unpaid principal balance will accrue interest at $ 13.29
per Day from June 30, 2019 to the date sufficient funds are received
in this office.

Issuance of this statement does not suspend the contract requirements
to make the mortgage payment when due.  Late charges and other
penalties may be assessed according to the loan documents.

**A. YOU MUST CALL THE NUMBER BELOW TO UPDATE FIGURES PRIOR TO
   REMITTING FUNDS, AS FIGURES ARE SUBJECT TO CHANGE WITHOUT NOTICE.
   Funds received in this office after 12:00 noon will be processed
   the next business day, with interest charged to that date.**

preparer EM1

Letter/Vers/Req/Lit/Ln-XP401/054V1.9/EM1/L2, ████████
Letter Name-PayoffConvpg1



**seterus™**

PO Box 1077; Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Physical Address**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Payments**
PO Box 11790; Newark, NJ 07101-4790

**Correspondence, Inquiries, and Notices**
PO Box 1077; Hartford, CT 06143-1077

Phone:866.570.5277
Fax:866.578.5277
www.seterus.com

*L103AA*

SALOM, RICARDO A
14608 QUINCE ORCHARD RD
NORTH POTOMAC, MD 20878-3311

May 31, 2016
Loan Number: ▇▇▇▇▇▇
Serviced by Seterus, Inc.

RE: 14608 QUINCE ORCHARD RD
       NORTH POTOMAC, MD 20878-3311

Dear SALOM, RICARDO A:

We are responding to your request for the payoff total on loan number 29950990. All of the conditions in this statement must be met for your loan to be paid in full. Subject to these conditions, the amount required to pay your loan in full by June 01, 2016 is $227,684.41. This includes an unpaid principal balance of $223,650.60.

**PAYOFF CONDITIONS**

1.  If payoff funds are received after June 01, 2016, an additional $14.55 interest is required for each day after that date.

2   If any charges (including escrow disbursements) are posted to your account after the date of this letter, you also will have to pay those charges.

3.  You must continue to make your scheduled loan payments when due. A late charge of $64.69 may be assessed in accordance with your loan agreement if the loan installment is not received prior to the expiration of your grace period.

4   All payments that we previously have received and receive in the future must clear. If they do not clear, additional funds may be required to cover the shortage.

5.  At our option, we will return funds that are insufficient to complete the payoff, along with a new quote. Interest will continue to accrue until the full payoff is received.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

Page 1 of 3

NSM_SALOM 009955

SALOM, RICARDO A
May 31, 2016
Loan number: ███████

The payoff total in this statement is good through June 01, 2016, unless a payoff statement with a later date is issued by us. If you do not pay prior to that date, please request an updated payoff statement prior to sending any funds. We do not provide a payoff statement over the phone. The terms of this payoff statement may only be modified when we issue a subsequent payoff statement.

If you currently make loan payments to us via AutoPay, it will be automatically discontinued once the loan is paid in full. However, if you would like to cancel your AutoPay before your loan is paid in full, please contact us at 866.570.5277. If a draft is scheduled to occur in less than five days, do not place a stop payment on the draft. If this results in any overpayment on the loan, a refund with be mailed within 30 days.

We will return any excess funds after the payoff as well as send any remaining escrow balance, subsequent refunds, and year-end information to the mailing address on file. Escrow funds will be released approximately 20 business days after the loan is paid in full.

Send your payment to the attention of the Transaction Processing Department. If we receive your payoff funds after 4 p.m. Pacific time, we will process them the next business day; otherwise, we will process payoff funds the same day that we receive them. The payment(s) to pay off the loan must clear in order for us to release the lien. Personal checks are subject to a 21-day hold or more to ensure the payment has cleared. We will forward the satisfaction and documents to the county for recording after the loan is paid in full.

## PAYMENT INSTRUCTIONS

| WIRING INSTRUCTIONS | OVERNIGHT ADDRESS |
|---|---|
| JP Morgan Chase Bank, Tampa, FL<br>ABA: 0210-0002-1<br>Account: 859310005<br>Seterus, Inc.<br>Loan Number: 29950990<br>Borrower Name: SALOM, RICARDO A | Seterus, Inc.<br>Transaction Processing Department<br>14523 S.W. Millikan Way, Suite 200<br>Beaverton OR  97005<br>Loan Number: 29950990<br>Borrower Name: SALOM, RICARDO A |

SALOM, RICARDO A
May 31, 2016
Loan number: █████████

**THIS PAYOFF STATEMENT EXPIRES ON June 01, 2016.**

| | |
|---|---:|
| Due Date of Next Payment: | November 01, 2015 |
| Interest Rate: | 2.37500% |
| Per Diem Rate: | $14.55 |
| Current Principal Balance: | $223,650.60 |
| Unpaid Interest: | 3,541.12 |
| Escrow Overdraft: | 1811.66 |
| Deferred Principal: | 0.00 |

Unpaid Open Charges Through May 31, 2016:

| | |
|---|---:|
|    LATE CHARGES: | 64.69 |
| Less Suspense: | -1433.66 |
| Pending Expense Credit: | 0.00 |
| Total Amount Secured by the Mortgage or Deed of Trust: | $227,634.41 |
| Recording Cost to Release Documents: | 50.00 |
| Total Payoff Amount Due as of June 01, 2016: | $227,684.41 |

If you have any questions, please contact us at 866.570.5277.

Sincerely,

Seterus, Inc.

IMPORTANT NOTE: The owner of your loan is Federal National Mortgage Association (Fannie Mae®),
3900 Wisconsin Avenue NW, Washington, DC 20016-2892, 800.732.6643. Fannie Mae has contracted with
us to service and respond to inquiries about your loan. Please direct all correspondence to Seterus, Inc., PO
Box 1077, Hartford, CT 06143-1077.



- ████████████

- [Signed in: MARCELINE WHITE](#)
  - [PREFERENCES](#)
  - [CHANGE PASSWORD](#)
  - [SECURITY QUESTIONS](#)
  - [NOTIFICATION PREFERENCES](#)
  - [TERMS & CONDITIONS](#)
  - [SIGN OUT](#)
- Last Login: 04/01/2020 09:20 PM

- Loan ID: ████576

- [Signed in: MARCELINE WHITE](#)
  - [PREFERENCES](#)
  - [CHANGE PASSWORD](#)
  - [SECURITY QUESTIONS](#)
  - [NOTIFICATION PREFERENCES](#)
  - [TERMS & CONDITIONS](#)
  - [SIGN OUT](#)
- [ACTIVITY](#)
  - [SUMMARY](#)
  - [DETAIL](#)
  - [PAYMENT HISTORY](#)
- [PAYMENTS](#)
  - [SCHEDULE PAYMENT](#)
  - [VIEW PENDING PAYMENT](#)
  - [SCHEDULE RECURRING PAYMENT](#)
  - [REQUEST PAYOFF](#)
- [STATEMENTS](#)
  - [MONTHLY](#)
  - [1098 - YEARLY](#)
  - [TAXES & INSURANCE](#)
- [ONLINE SERVICES](#)
  - [CONTACT PREFERENCES](#)

**White107**

**Plaintiff10691**

- AVAILABLE DOCUMENTS
  - LOSS MITIGATION DOCUMENTS
  - HOMEOWNER ASSISTANCE SOLUTIONS
- HELP
  - FAQS
  - CONTACT US
- MY PROFILE
  - PREFERENCES
  - CHANGE PASSWORD
  - SECURITY QUESTIONS
  - NOTIFICATION PREFERENCES
  - TERMS & CONDITIONS
  - SIGN OUT

## Request Instant Payoff Quote

Principal Balance:
$273,703.15

Interest:
$1,198.84

Fees:
$0.00

Penalty Due:
$0.00

Release Fees:
$68.00

Debits:
$0.00

Borrower Credits:
($0.00)

---

Payoff Total:
$274,969.99

Per Diem:
$29.90

**White108**

Plaintiff10692

**Make a Payment**

**Loan Details**

**Mortgage Help**

**Statements**

**FAQs**

**Contact Us**

**Our commitment**

Shellpoint Mortgage Servicing is committed to working with each of our customers to provide the highest level of service possible.

**About us**

**White109**

**Plaintiff10693**

*NewRez LLC*
*dba Shellpoint Mortgage Servicing*
*P.O. Box 10826*
*Greenville, SC 29603-0826*
*Main Office NMLS ID# 1105391*

*NewRez LLC*
*dba Shellpoint Mortgage Servicing*
*Houston, TX*
*Branch Office NMLS ID# 1105392*

**Contact us**

*Toll-free Phone: +1 (800) 365-7107*
*Toll-free Fax: +1 (866) 467-1137*
*Website: Shellpoint Mortgage Servicing*

*Hours:*
*Monday - Friday: 8am - 10pm EST*
*Saturday: 8am - 3pm EST*
© 2020 Shellpoint Mortgage Servicing  All rights reserved  Legal Disclosures  Mortgage Servicing Fee Schedule  Mortgage Servicing Privacy
Notice Do Not Sell My Personal Information



Loading...

**White110**

**Plaintiff10694**



MONDAY - FRIDAY:    8AM - 10PM ET
SATURDAY:    8AM - 3PM ET

PHONE NUMBER:    (800) 365-7107
FAX NUMBER:    (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

April 02, 2020

WHITE, MARCELINE
8737 COLESVILLE RD STE

SILVER SPRING, MD 20910

Payoff figures have been requested on the loan for the borrower and property described below.

Loan ID: ■■■■■576
MARCELINE WHITE
1531 PARK AVE
BALTIMORE, MD   21217
Loan Type: Conventional

When remitting funds, please use our loan number to ensure proper posting and provide us with the borrower's forwarding address.  Funds received in this office after 3:00 pm Eastern Time will be processed on the next business day, with interest charged to that date.

All payoff figures are subject to clearance of funds in transit.  The payoff is subject to final audit when presented.  Any overpayment or refunds will be mailed directly to the borrower.  We will prepare the release of our interest in the property after all funds have cleared.

| Projected Payoff Date | 4/30/2020 |
|---|---|
| Principal Balance | $273,703.15 |
| Interest To 4/30/2020 | $2,036.13 |
| Fees | $0.00 |
| Prepayment Penalty | $0.00 |
| Release Fees | $68.00 |
| Funds owed by borrower | $0.00 |
| Funds owed to borrower | $0.00 |
| | |
| **Total Payoff** | **$275,807.28** |
| Per diem | $29.90 |

The next payment due date is 4/1/2020. Payments are made by Billing on a Monthly basis. The interest rate for this payment is 5.12500% and the P & I payment is 2,006.50.  The taxes are next due 7/31/2020.

**PLEASE CALL THE NUMBER LISTED ON THIS FORM TO UPDATE FIGURES PRIOR TO REMITTING FUNDS AS THEY ARE SUBJECT TO CHANGE WITHOUT NOTICE.**

<u>Mailing Address</u>
Shellpoint Mortgage Servicing
55 Beattie Place
Suite 110
Greenville, SC 29601

PO1.rpt - Web
4/2/2020          20          1

**White166**

**Plaintiff10695**



MONDAY - FRIDAY:    8AM - 10PM ET
SATURDAY:      8AM - 3PM ET

PHONE NUMBER:    (800) 365-7107
FAX NUMBER:    (866) 467-1187
E-MAIL: LOANSERVICING@SHELLPOINTMTG.COM

Wiring Instructions - *** You must include the "Reference" information listed below if wiring funds ***

| | |
|---|---|
| Bank Name: | Wells Fargo |
| ABA Number: | 121000248 |
| Account Number: | ███████████ |
| Account Name: | Shellpoint Mortgage Servicing |
| Reference: | 0579399576 / |

PO1.rpt - Web
4/2/2020        20        1

**White167**

**Plaintiff10696**

Plaintiff10697

**Chase**
P.O. Box 183222
Columbus, OH 43218-3222



| Payof |
|---|
| **quote generate** |
| **0:05:02** |

day,        8,

DAVID HELMSTETTER
1788 TIMBER RD
ROBINSON,KS  66532-9855

**Here's your pay  f qu      r y**
Account:                                    6114
Property Address:                1788 TIMBER RD
                                              N,

ortgagor(s)

We've enclosed your free payoff quote and important information about paying off your mortgage. We're sending you this quote because it was
eq        on yo      lf, yo  eq        it, or your payo                ange

The total amount due to pay off this loan is $98,342.77, which is good through  11-23-19.  If this date falls on a holiday or a non-working day, we'll
consider the payment on time if made by 6 p.m. Eastern Time the next business day unless a foreclosure sale is scheduled for an earlier time. Please
e payo

| Your payoff quote | | |
|---|---|---|
| Unpaid principal balance | | $67,406.90 |
| Deferred principal balance | | $30,459.62 |
| Interest per diem | | $8.54 |
| Interest due from | 10/1/19 | $456.25 |
| Pro rata MIP/PMI | | $0.00 |
| Escrow advance balance | | $0.00 |
| Restricted escrow balance | | $0.00 |
| Buydown subsidy/repl | | $0.00 |
| HUD subsidy balance | | $0.00 |
| CR life / original fee | | $0.00 |
| Prepayment p    alty | | $0.00 |
| Late charges | | $0.00 |
| Monthly late charge amount | $16.26 | |
| Insufficient    nds (NSF) | | $0.00 |
| Other fees[1] | | $0.00 |
| Recording fe | | $20.00 |
| Demand fee | | $0.00 |
| Suspense | | $0.00 |
| Corporate advances[1] | | $0.00 |
| Incurred attorney fees | | $0.00 |
| Incurred attorney costs | | $0.00 |
| **Subtotal** | **11/23/19** | **$98,342.77** |
| | | |
| Estimated attorney fees | | $0.00 |
| Estimated attorney costs | | $0.00 |
| **Total Estimated Amounts** | | **$0.00** |
| | | |
| **Total Payoff Amount Good through** | **11/23/19** | |
| **ay**   [3] | | **98,342.77** |

[1]Other fees and corporate advances include amounts such as property inspections, foreclosure fees and costs and valuations that may be charge
part of the terms of your loan documents and/or permitted by applicable law, or that were autho ized for services we completed. If you need
additional information about any of these amounts, please call us at one of the numbers below.

Chase2019 000001

**Plaintiff10698**

[2]Incurred attorney fees and costs include amounts that have been incurred and billed by the attorney or trustee but not yet charged to the account at the time the payoff quote was requested.

[3]This payoff statement shows the total amount you owe. However, you might not have to pay every fee for the lien to be released. For more on, pl                    80, o

The amounts above are subject to final verification when we receive your payoff. If your loan is not up to date, all default-related activity may continue, and we may continue to charge fees and costs until the loan is paid off. If foreclosure activity has begun on your loan, we may continue vity an          ay               arg

Please send your payoff amount using one of these options below:

    By      re transfer to:
        Accoun  name    JPMorgan Chase   ank, N.A.
        Attn:          Payoff Processin
        Account number ███████████
        Routing number ███████████

    Be sure to include the following information in the wire description:
        • Your Chase account number
        • The names of all custo                loan
        • The property address
           rep

        ay      arg      by        ansfer p

    • By mail to
        Chase
        Attn: Payoff Processing
        Mail Code LA4-6455
        700 Kansas Lane
        Monroe, LA 71203

*For Cooperative Unit o  New York Consolidation Extension and Modification Agreements, use Mail Code: OH4      22.*

If yo      e qu   ons, pl                              app   ate yo

    ely,

Chase
1-877-838-
chase.com

Esta comunicación contiene información importante acerca de la cuenta. Si tiene alguna pregunta o necesita ayuda para traducirla, comuníquese con nosotros llamando al 1-877-838-1882.

Enclosure

### Important Information about Your Payoff

    If yo      losing                    anges, yo            o requ      w payoff quo   as soon as poss

2. Please send a copy of this letter with your payment. You can use the address or wire transfer instructions above for payment information, or call us at 1-800-548-7912 if you have questions.

3. When we receive your payoff, we'll verify that it matches the payoff q                  fault,                    e quo was issued may continue to be assessed until the loan is paid off.

Chase2019 000002

**Plaintiff10699**

4. The payoff amount is subject to our final verification once we receive the payoff funds. Regardless of the "good through" date on this payoff quote, if the loan is in default, we may continue all default-related processes, including but not limited to foreclosure sale, and we may continue to assess all fees and costs incurred after this payoff quote is issued until the loan is paid in full. If you can't pay the amount listed in this letter, pl call us at 1-800-848-9380 to discuss the assistance options that may be available. If you're paying off your loan as a result of a natural disaster, p                                                    r you

5. We reserve the right , except where prohibited, to adjust the payoff amount and refuse any insufficient funds for any reason, including, but no limited to, error in calculation of the Total Payoff Amount, previously dishonored checks or money orders, stop payment of checks or pen ing automatic mortgage payments or additional payments we made between the date of this payoff quote and the date we received the funds.

**6. If you had a prior l                                        cip                    e (P  A), y        ay    eligi          e y forbearance canceled**
We'll reduce the unpaid principal balance of your loan by one-third of the initial PRA forbearance amount (a predetermined amount) if your loan is in good standing on the first, second and third anniversary dates of your trial period. This means if you continue to make your payments on time for three years, we'll cancel the entire PRA forbearance amount.

We'll deduct the unapplied PRA forbearance amount from your payoff balance if the loan is in good standing and you pay off the loan in full:
- Anytime 30 days after the modification effective date,
- After the PRA reporting and payment processes are available,
- Before the payment of the entire PRA forbearance amount.

**Your payoff balance may increase if your payments are late**
Your loan can lose good standing if it becomes three full monthly payments past due. The loan can't be restored to good standing even if you pay the past-due payments and bring it up to date. If your loan loses good standing     r your payoff requ                        e payoff, you actual payoff amount w ll be higher and you    need to request a new quote.

7. **If your account has been referred to foreclosure**: The payoff figures listed above may include items we paid or that were incurred by the foreclosure law firm that are or will be due by the good-through date. If applicable, we've included estimated fees and costs that we expect to charge between now and the good-through date. These estimated fees and costs show what the amount will be if you pay off your loan by the goo through date. We only require you to pay the fees and costs actually incurred by the date we receive your payoff, as permitted by your loan documents or applicable law. If your payoff figure listed above includes any estimated fee or cost or other item and the amount we receive is mo than enough to pay off your loan, we'll return any excess to you. However, if we receive less than the actual amount due, we reserve the right to return the payment and continue with the legal process. **Please call us at 1-800-848-9380 within 24 hours of making a payment to confirm the e  ac    mou    needed to pay off you   mortgage.**

8. The payoff figure does not include estimates of non-attorney fees and costs that Chase may incur before or after the expiration of the quote. These may include but are not limited to amounts Chase may spend to avoid placement of homeowner-association and other liens, to pay delinquen homeowner-association fees, and to pay to inspect, value or preserve the condition of the property if applicable. The actual fees and costs incur by Chase for these items may be assessed to your account at a later date.  Please note if there are outstanding fees due on the loan that were not included in the quote, Chase will accept funds paid in response to this quote if funds received by the good through date.

9. All previous checks we may have received for your monthly payments must have cleared for the payoff amount listed in this letter to be valid. Please don't stop payment on any checks you've already mailed to us or cancel automatic mortgage payments before your loan is paid in full. If your loan hasn't been referred to foreclosure, late charges may continue to be assessed if payments aren't made before the late charge assessment date. You can call us at 1-800-548-7912 to determine if there are any late charges.

10. If we receive a paymen     t isn t enoug  to pay off the loan, we       retu n the funds.

11. We only require that you pay the fees and costs actually incurred as of the date of your payment. If the payoff amount above includes any    icip                                                    e your paym nt,              n any o  erpaym   to you

12. If your loan has an escrow account, we'll continue to pay your insurance and/or tax payments until we receive the payoff amount. If we make escrow payments on the loan before the good through date listed above, you or your closing agent (if applicable) are responsible to pay any remaining amount needed to pay off the loan in full. If we receive a payment that's less than the amount needed to pay off the loan, we have the right to collect the shortage, or return the payment if the shortage amount isn't paid. We'll refund any remaining escrow balance or overpayment to                              om you              o any o      ount, un  ss you            ing

Chase2019 000003

**Plaintiff10700**

13. **Restricted escrow funds:** Restricted escrow funds are made up of insurance claim proceeds that we received for your property. If we are holding any restricted escrow funds related to your loan, these funds may be used to pay off your account in full. If you intend to pay off your account in full with these funds, please sign and return the enclosed Letter of Authorization form. The completed form must be returned to our office before we can use the funds to pay off your account. If you use these funds to pay off your loan, you will not be able to use them to repair your property, and you will be responsible for paying any            ing                                    to pay amount owed if you do not intend to pay off your account.

14. If we receive funds and apply them to pay off your account, but are then asked to return them because of a payoff rescission or for any other reason, unless prohibited by law, we'll charge a fee of $800 to restore your account on our system. We must receive this fee and applicable monthly pay                    e pay          rig              e pay          .

15.  If we receive a payment on or before the good through date, we'll take action to discontinue the pending foreclosure activity and the forecl action initiated on this property will cease. We encourage you to call us at 1-800-548-7912 before you send your payment to make sure you' sending the exact amount needed to pay off your loan. After payoff, you may need to sign documents or take other actions to assist with the withdrawal of any foreclosure proceedings. **If a foreclosure sale is scheduled for your property, this letter doesn't extend or change the sale date.**

### 16. FHA Partial Claim Home Affordable Modification Program (HAMP) modification agreement

If you have a subordinate interest-free mortgage that was established as part of a HAMP partial claim agreement, you'll receive an additional qu several days later from Novad containing all of the information you need to pay off and release your existing second lien on the property. The second lien or FHA partial claim established from the delinquent amount must be paid off in addition to the first lien. Both quotes contain the most up-to-date information about your loan and the payoff amounts needed to pay it in full. Send the full payoff amount listed on the Chase quote to us, and send the full payoff amount for your subordi ate qu     to No  . If you    ve questions abou  the p       im payo f quote, please c      No ad Partial Cash Management at 1-877-622-8525.

17. We'll send the lien release to your county recorder's office after we apply the payoff amount to your account. You're not required to call and request a lien release; however, you can req        copy  m y     nty                    0 day   er pay                  ion, p call us at 1-866-756-8747 or write to us at:

        Chase
        Attn: Research Correspondence
        780 Kansas Lane, Suite A
          oe,          03

**Important Legal Information**

If y                    ruptcy,                          mp              any i                                        at purp      .

However, if you are currently in active bankruptcy status or to the extent your original obligation was discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance with non-bankruptcy law and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. Nothing in this letter (including our use of th words "your," "loan," "mortgage," or "account") means that you're required to repay a debt that's been discharged. Any payment you make on the                        tary,          ay        rig              rity i          nt, i        ing      rig                      e property.

If you are represented by an attorney, please refe   his letter to your attorney and provide us wit   the attorney's name, address, and telephone number.

If you live in California and are not in bankruptcy: The California Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collecti Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, oth than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (1-877-382-4357) or ftc.gov.

CR26148
DQ600

Chase2019 000004

**Plaintiff10701**



**Mortgage Mailing Address Change Form**

**If your mailing address has changed, please fill out this form and send it to:**

**Mail:** Chase (Mail Code OH4-7302)
P.O. Box 24696
Columbus, OH 43224

**Fax:** 1-614-422-7575

Chase Mortgage Account Number: ▓▓▓▓▓▓▓

Mortgagor Name(s) DAVID HELMSTETTER ,

**New Contact Information:**

Mailing Street Address:

City: _____ State: _____ ZIP: _____

        eq    ing   ange (    e) _____

Customer's Signature: _____ Date: _____

Please call us at 1-800-848-9136 for any other changes.

Chase2019 000005

**Plaintiff10702**

# CMGFINANCIAL

A Division of CMG Mortgage, Inc. NMLS #1820

## PAYOFF STATEMENT AS OF April 05, 2022 ("Effective Date")

**COVID-19 update:**  We are diligently monitoring the COVID-19 situation in order to best serve our customers. To ensure timely posting of payoff proceeds, we are asking borrowers and closing agents to wire payoff proceeds in lieu of mailing checks as a severe outbreak of the virus has the potential to disrupt the delivery of mail. CMG Mortgage, Inc. does not charge an incoming wire fee.

**IMPORTANT: Your payoff statement consists of multiple pages! To ensure that your payoff transaction is processed efficiently, please read the entire payoff statement and follow all instructions. Pay CLOSE ATTENTION to the Wiring Instructions, as they are UNIQUE to this loan ONLY!**

Bryant Walker
421 Charmont Avenue
Folcroft PA 19032

Property Address: 421 Charmont Avenue
                  Folcroft PA 19032

Loan No.: 0163449127                    Original Loan Date: 11-22-19
Original Loan Amount: $    225,478      Loan Type: FHA
FHA/VA/MI No.:          ███508          Investor No. ███████057

Statement forwarded to:
Bryant Walker                           Phone Number (267)690-0999
Bryant Walker                                       Meta
421 Charmont Avenue
Folcroft PA 19032



### Required Legal Notice(s)

This communication is from a debt collector.  Any information obtained can be used for the purpose of collecting a debt.  However, if you are in an active bankruptcy case or your debt has been discharged in bankruptcy, this notice is for informational purposes only and is not a demand for payment or an attempt to collect a debt for which your personal liability has been discharged in bankruptcy.

**LOANS WITH MIP OR PMI PREMIUMS DUE:** If your payoff is not received prior to the first of the month, or if your payoff is received prior to the first but short of the amount due to pay off the loan prior to the first, you will be required to remit an additional monthly MIP or PMI premium.

**ATTENTION BORROWERS USING AUTOMATIC DRAFTING:** If your monthly payments are automatically withdrawn from your checking/savings account using our Payment Drafting Program (automatic drafting) you must instruct this office to discontinue automatic drafting at least fifteen (15) business days before the next scheduled withdrawal. For your convenience and self-service you can delete the auto draft by visiting our website, or call the number provided. You may also send a written notice to: Drafting Department, PO Box 77417, Ewing, NJ 08628. Please allow extra time if mailing your request. Failure to comply may result in continued withdrawals.

**ATTENTION BORROWERS USING ONLINE BILL PAYMENT SERVICES:** If you authorize a Third Party Bill Payment Service to remit your monthly payment, it is your responsibility to cancel this service. Failure to cancel the Bill Payment Service may result in additional withdrawals after your loan is paid off.

XP161-G1 085 JCS {P1-37}

637627 000028143 09SP25 00064047

**Plaintiff10703**

Bryant Walker
█████████.27

Statement of amount necessary to pay loan in full on or before 05-05-22.

Interest Rate:  4.12500%                    Interest Paid to: 03-01-22
Next Payment Due Date: 04-01-22             Loan Type: FHA

Present Principal Balance: $         216,469.62
Interest to 05-05-22:                  1,587.43
Earned MIP Premium:                      311.48

Subtotal of Amount Secured
by Security Instrument:    $         218,368.53

OTHER CHARGES              $
Recording Fee        :                   83.25
Legal Fees           :                     .00
Inspection Fee       :                     .00
Addl Fees Due        :                     .00
Miscellaneous Fee Detail:



Other Charges Sub Total:   $             83.25

Total Due:                 $         218,451.78



Please call 1-888-262-0450 for any questions regarding your statement.

If funds are received after 05-05-22 include an additional amount of
$ 24.80 per Day. If the current month's payment or payoff is
not received within 16 days of the due date of the next payment,
a late charge in the amount of $ 43.71, in addition to the amount
shown above, must be remitted.

XP161-G1 085 JCS {P2-37}

**IMPORTANT NOTICE**: Due to an increase in wire fraud activity, we recommend you contact our office
using our phone number from an independent source, such as your mortgage statement, to verify any
payoff wire instructions received. We are not responsible for any wires sent to an incorrect bank
account.
**FHA Disclaimer:**  If your loan is an FHA-Insured loan and there was a completed Loss Mitigation on
this loan in the past, this is to notify you that you may have an outstanding FHA HAMP Partial
Claim associated with your Loss Mitigation. Any FHA HAMP Partial Claims will become due and
payable once payoff funds for your loan have been received.  If you have any questions regarding
the FHA HAMP Partial Claim, please contact HUD for further information and instruction.

637627 000028143 09SP25 00064047

**Plaintiff10704**

Bryant Walker
███████ 127



LOAN PAYOFF INFORMATION

GENERAL INSTRUCTIONS AND CONDITIONS:

* ALL PAYOFF FIGURES PROVIDED ARE SUBJECT TO CLERICAL ERROR, CORRECTION
  AND FINAL AUDIT.

  PAYMENT BY WIRE: ATTENTION! UNIQUE WIRING INSTRUCTIONS BELOW!

Our preferred method of payoff remittance is by wire transfer.
Wire to:
  Bank: Cenlar FS Princetn, Trenton, NJ ABA Nbr. 231271365
  Beneficiary Name: Bryant Walker
  Beneficiary Address: 421 Charmont Avenue Folcroft PA 19032
  BNF Account Number: 2090163449127
  Originator to BNF Info: Attention Payoff Department
                          Include sender's contact name and phone number

* NOTE: If the above wiring instructions are not followed, it could
  result in additional accrued interest and delayed processing.
* Conversions of these instructions into an ACH CREDIT will NOT be
  accepted.



PAYMENT BY CHECK:
  * PERSONAL CHECKS WILL NOT BE ACCEPTED.
  * ONLINE BILL PAYMENTS WILL NOT BE ACCEPTED.
  * All checks should be made payable to:
    CMG Mortgage, Inc.

Send to the following address: Payoff Department, 425 Phillips Boulevard,
Ewing, NJ 08618. Include the borrower's name and loan number on the check.
Please include a contact name and telephone number.

REMITTANCE OF FUNDS:
Payoff remittances (wires or checks) received in our office after 2:00 pm
ET will be processed the following business day. Payoffs are not
posted on weekends and holidays. Accrued interest will be added to the
payoff for those days.

* Payoff funds must be remitted in the form of a wire, certified check,
  bank/cashier's check or an attorney's trust check.
* Payoff remittances of less than the full payoff amount due will not be
  applied and interest will continue to accrue until the full amount is
  received. We will attempt to notify the sender of the amount of the
  shortage. If the shortage amount is not received within 48 hours of
  our initial receipt of the funds, the entire remittance may be
  returned.
* If we must reverse the receipt and application of funds due to an
  error in the payoff request, a $200.00 handling fee will be assessed.

* Please note the required payoff amount MAY CHANGE if a payment is
  returned, or if fees or advances occur on or after the Effective Date
  of this statement.

XP162-G1 062 JCS {P3-37}

637627 000028143 09SP25 00064047

**Plaintiff10705**

Bryant Walker
█████ L27

* You must pay all interest that accrues and/or fees that are assessed
  after the Effective Date.
* In the event a previously applied payment is reversed due to a
  dishonored or returned item, there will be a charge not to exceed
  the amount permitted by law, and an updated Payoff Statement will be
  issued.
* IN THE EVENT THE FUNDS RECEIVED ARE LESS THAN THE TOTAL AMOUNT DUE,
  ANY AVAILABLE ESCROW FUNDS WILL BE USED TO COVER THE SHORTAGE.

SINCE AMOUNTS MAY CHANGE, WE RECOMMEND YOU CONTACT OUR OFFICE TO VERIFY
PAYOFF FIGURES PRIOR TO REMITTING FUNDS.

IF THE LOAN IS DELINQUENT, IN FORECLOSURE OR BANKRUPTCY, this office must
be contacted at least 48 hours prior to payoff in order to allow us
sufficient time to verify the correct amount necessary to satisfy the loan.

ESCROW ACCOUNTS & DISBURSEMENTS:
* If we collect escrow funds for payment of real estate taxes and hazard
  or flood insurance, we will continue to make required disbursements
  from the escrow account until our application of the payoff funds to
  the account. Once a loan is paid in full, no further disbursements
  will be made for escrowed items.
* CAUTION: If an escrow disbursement creates a shortage in the escrow
  account and causes us to advance our funds, the amount of the advance
  will be added to the amount due and must be paid at time of payoff.
* We will attempt to notify the sender of any payoff shortage created by
  escrow disbursements.
* Following the payoff, we will conduct a final review of the escrow
  account. You will be notified if additional funds are due; otherwise
  any excess funds remaining in your escrow account, or funds received
  in excess of the payoff amount, will be processed and returned in
  accordance with the applicable state and federal laws.

LATE CHARGES:
* Until a loan is paid in full, late charges will continue to accrue as
  permitted by law for any monthly payment that is due but not received
  by the late charge assessment date.

ADDITIONAL PAYOFF STATEMENTS:
* We will charge a fee, as permitted by law, for each additional payoff
  statement generated. The amount of the fee varies by state and by loan
  type. Please contact us for the amount of the fee.

DOCUMENT CANCELLATION:
* Satisfaction documents will be sent directly to the recording office
  for cancellation or reconveyance.

MAILING ADDRESS CHANGE:
* Please provide the mailing address to which original loan documents
  and any escrow refund should be returned.


XP162-G1 062 JCS {P4-37}

637627 000028143 09SP25 00064047

**Plaintiff10706**



BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

August 6, 2019

RUTH WILCOX
8737 COLESVILLE ROAD SUITE 308
SILVER SPRING      MD 20910

RE:  **PAYOFF STATEMENT**
**MORTGAGE LOAN #:** ███6765
**PROPERTY ADDRESS**: 7416 HAWKINS DR
                    HANOVER        MD 21076

Thank you for your inquiry regarding a payoff for this mortgage loan.

The total amount required to pay the loan in full is broken down for you in the payoff calculation below and is good through 08/23/19.  Please call us if you have any questions.

If your loan is in default, foreclosure activity, including any sale of the property, will continue until the loan is paid in full.

| | |
|---|---|
| UNMODIFIED UNPAID PRINCIPAL BALANCE | $275,765.26 |
| DEFERRED AMOUNT, IF APPLICABLE | $ 0.00 |
| ESCROW BALANCE (TAXES AND INSURANCE)* | $ 0.00 |
| PRIVATE MORTGAGE INSURANCE (PMI)** | $ 0.00 |
| INTEREST TO **08/23/19** | $ 796.66 |
| PREPAYMENT PENALTY | $ 0.00 |
| UNPAID LATE CHARGE | $ 360.36 |
| UNAPPLIED FUNDS (CREDIT): | $ 0.00 |
| | |
| UNPAID FEES | $9,072.98 |
| LIEN RELEASE PREPARATION FEE (PASS-THROUGH BY A THIRD PARTY) | $ 0.00 |
| LIEN RELEASE RECORDING FEE (PAID TO RECORDING OFFICE) | $ 50.00 |
| PAYOFF STATEMENT | $ 0.00 |
| TOTAL AMOUNT TO PAY LOAN IN FULL ON **08/23/19** | **$286,045.26** |

*Please note, the Total Amount To Pay Loan in Full may change between the date of this letter and the date that funds are received. If there is activity on your loan that increases the Total Amount To Pay Loan In Full, an updated/amended payoff quote will be sent to the original requestor. Once this update quote is sent, the amount listed above will not be accepted to pay your loan in full. We highly recommend that you call in advance of sending funds to confirm the payoff amount at 1-800-327-7861.*

**These figures may not total correctly if the loan has PMI.  If this loan has a positive escrow balance and PMI is due prior to the expiration date of this payoff quote, the PMI amount is listed for your reference and PMI payment will be made using the positive escrow funds available.  This PMI amount will not be factored into the total amount due to payoff this loan.  The PMI amount will only be factored into the total amount due to payoff this loan if there are*

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

BSI0141
Page 1 of 3

**Plaintiff10707**



BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

*insufficient funds in the escrow account to pay the PMI installment. The Total Amount to Pay the Loan in Full is the payoff amount listed through the date provided.*

The amount owed may change between the date of this letter and the date that the loan is paid off. The next payment on this loan is due **August 1, 2019**. The scheduled payment is **$1423.48**, which includes a Principal and Interest Payment of **$1201.26** and an Escrow Payment of **$222.22**. Additionally, payoff figures will be adjusted if any check or money order previously received is rejected by the institution upon which it is drawn. ACH cancellations must be processed at least three (3) business days in advance of a scheduled draw. If payoff funds are received fewer than three (3) business days prior to a scheduled draw, the ACH payment will be drafted, but all amounts in excess of a complete payoff will be refunded upon processing of the payoff funds.

Please submit your payoff via **certified funds or wire transfers** to **BSI FINANCIAL SERVICES. CERTIFIED FUNDS OR WIRE TRANSFERS MUST BE RECEIVED BY OUR OFFICE BY 3:30 P.M. (ET) ON A NORMAL BUSINESS DAY (MONDAY THROUGH FRIDAY) TO BE CREDITED THAT DAY.** Funds received after 3:30 P.M. (ET) on **08/23/19** will require additional interest of **$15.3203** per day. Mail Certified Funds to:

> **BSI FINANCIAL SERVICES**
> 314 S. FRANKLIN STREET/P.O. BOX 517
> TITUSVILLE, PA 16354
> **ATTN: CASHIERING**

Wire instructions are as follows:

> Bank: Texas Capital Bank
> Beneficiary: BSI Payment in Process Clearing Account
> 2000 McKinney Ave, Suite 700
> Dallas, TX 75201
> ABA: **111017979**
> Account Number: ███455
> Final Credit To: **Payments/Cashiering**
> Reference Information: Loan Number, Borrower Name and Property address

Failure to include the above information on the wire advice may cause a delay in posting the funds. BSI will not be responsible for any additional interest or fees that may be assessed as a result of incomplete or incorrect wire information. Wire transactions that are received and cannot be identified will be returned to the ABA and account number from which they were received. If you have any questions regarding the wire instructions listed here, **contact our office at 1-800-327-7861**.

- ISSUANCE OF THIS STATEMENT DOES NOT SUSPEND YOUR CONTRACTUAL REQUIREMENT TO MAKE THE MORTGAGE PAYMENTS WHEN THEY ARE DUE. A LATE CHARGE OF $**60.06** WILL BE ADDED TO THE PAYOFF TOTAL IF RECEIVED AFTER THE EXPIRATION OF YOUR GRACE PERIOD.

**Licensed as Servis One, Inc. dba BSI Financial Services**.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

BSI0142

**Plaintiff10708**



BSI Financial Services
314 S Franklin St. / Second Floor
PO Box 517
Titusville, PA 16354
Toll Free 800-327-7861
Fax 814-217-1366
www.bsifinancial.com

- THIS LOAN MUST BE KEPT CURRENT WHILE THIS STATEMENT IS PENDING, OR LATE CHARGES WILL BE ASSESSED.

- IF YOUR LOAN HAS A CONSTRUCTION OR SIMILAR DRAW FEATURE, RECENT DRAWS MAY NOT YET BE INCLUDED IN THIS PAY-OFF QUOTE. IN SUCH CASE, BSI WILL AMEND THIS PAY-OFF QUOTE TO INCLUDE SUCH DRAW AMOUNT.

- IF YOUR LOAN IS IN DEFAULT, FORECLOSURE ACTIVITY, INCLUDING ANY SALE OF THE PROPERTY, WILL CONTINUE UNTIL THE LOAN IS FULLY REINSTATED OR PAID IN FULL.

- AFTER THE FUNDS HAVE BEEN APPLIED AND THE LOAN SHOWS PAID IN FULL, A LIEN RELEASE OR FULL RECONVEYANCE WILL BE PREPARED AND SENT TO THE COUNTY RECORDER WHERE THE PROPERTY IS LOCATED.

- BENEFICIARY OF RECORD:  U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE BUNGALOW SERIES III TRUST

- REPRESENTATIVE/ASSIGNEE/SERVICING AGENT:  Servis One, Inc. d/b/a BSI Financial Services

Sincerely,
BSI Financial Services
Payoff Department
NMLS # 38078; 1195811

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

T04_T25-07272017_CA07262017

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).
If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally.  Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

BSI0143

**Plaintiff10709**

# EXHIBIT 35

Plaintiff10710

PAYOFF STATEMENT

Fay Servicing, LLC
1601 LBJ Freeway, Ste 150
Farmers Branch, TX 75234
800-495-7166

August 29, 2022

TO:
William A Katsenes
743 Washington St
Newtonville, MA 02460

Loan No:        ████7778
Loan Type:      W/O PMI
Property Address:
25 Pleasant St
Dover MA 02030

RE:
William A Katsenes

743 Washington St
Newtonville MA 02460

```
***************************************************
   *  ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE  *
   *  PAYOFF SHOWN BELOW ON THE CAPTIONED MORTGAGE.   *
***************************************************
```

These figures are good through August 29, 2022.
This loan is due for the December 24, 2013 payment.

| | | |
|---|---|---|
| The current total unpaid Principal Balance is: | $ | 436,564.63 |
| The current total Principal Deferment Amount | | .00 |
| Interest at  2.24000% | | 108,939.59 |
| Escrow/Impound Overdraft | | 126,988.10 |
| Recoverable Corporate Advances | | 4,257.46 |
| Rehab Holdback | | .00 |
| Exit Fee | | .00 |
| Cema Assignment Fee | | .00 |
| Default Interest | | .00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $ | | 676,749.78 |

Funds received on or after August 29, 2022 will require an additional
$ 44.73 interest per Day.
These figures are subject to final verification by the Noteholder.
Figures may be adjusted if any check/money order previously received is
rejected by the institution upon which it was drawn.

Issuance of this statement does not suspend the contract requirement to
make the mortgage payments when due.  A late charge of $.00 will be
assessed 10 days after a current payment is due and should be added
to the payoff total if received after that time.

Please remit payoff checks to the address below:

> Attention: Payoff Processing
> 1601 LBJ Freeway, Ste 150
> Farmers Branch, TX 75234

Failure to send checks to the above address may result in the accrual of
additional interest. Issuance of this statement does not suspend the
contract requirement to make the mortgage payments when due.
Wiring Instructions:

Below are wiring instruction for payoffs to be sent to Fay Servicing, LLC.

**Plaintiff10711**

```
Bank Name:       Fifth Third Bank
ABA Number:      042000314
Account Number: 07241022099
```

Please note: Wires are processed in accordance with Federal Business Days which are Monday through Friday and exclude Federal Holidays. Wires received by 3:00 pm CST on these business days will be processed same day. Wires received after 3:00 P.M.CST are subject to process on the following day business day. Fay Servicing reserves the right to reject any wire received that we are unable to identify. Please be sure to include the borrower's loan number, full name, and property address to avoid delays.

Payoff Statement Disclaimer:

Please be sure to include your name, loan number, and property address on all requests. If funds received are insufficient to pay off the account for any reason, including, but limited to, error in calculation, NSF, or additional escrow disbursement and/or adjustments (including fees & costs), Fay Servicing reserves the right to decline to pay the account in full. In addition, any and all accrued interest will be due at the time of payoff.

Notice to borrowers with adjustable rate mortgages: The interest rate provided on the payoff statement represent the interest rate in effect on your account at the time the payoff statement was generated. Payoff funds received may not be applied at this interest rate if the interest rate subsequently changed.

Important Bankruptcy Notice:
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the account. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney. If the property is sold, please provide the sellers forwarding address.

***If your mailing address differs from the subject property address, please contact your Account Manager to update your mailing address***

Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday - Thursday 8 a.m. - 7 p.m., Friday 8 a.m. - 5 p.m., and Saturday 9 a.m. - 12 p.m. CST. NC Residents: Fay Servicing, LLC NC Permit Number 112302, 1601 LBJ Highway Suite 150, Farmers Branch, TX 72534.

**Plaintiff10712**

1600 South Douglass Road, Suites 110 & 200-A
Anaheim, CA 92806
Phone 1-800-561-4567  Fax 1-800-486-5134

Notice Date: 11/04/22

| | |
|---|---|
| Loan Number: | ███████ 30 |
| FHA Case Number: | ███703 |
| Mortgagor: | EYVONNE ARDREY |
| Co-Mortgagor: | |
| Property: | 922 LENTON AVE |
| | BALTIMORE    MD 21212 |

EYVONNE ARDREY
922 LENTON AVE
BALTIMORE        MD 21212

The figures in this quote are based on the payoff/closing date 12/01/22 provided to us. The total amount due to pay the loan in full is $122,833.73. These figures are good through 12/01/22 subject to the conditions herein. Funds received after 12/01/22 will require an additional $394.11 monthly interest. This loan is due for the 11/01/22 payment.

**Breakdown of Amount Owed:**

| | | | |
|---|---|---|---|
| Unpaid Principal Balance: | $122,045.51 | Recording Cost: | $ .00 |
| Interest at %:3.87500 | $788.22 | Recon/Release Cost: | $ .00 |
| Principal & Interest Advance: | $ .00 | Other Unpaid Expenses[1]: | $ .00 |
| Escrow Shortage: | $ .00 | Late Charges: | $ .00 |
| PMI/MI Premium Due: | $ .00 | Prepayment Penalty: | $ .00 |
| Escrow Credit: | $- .00 | Deferred Pursuant to Loan Modification: | $0.00 |
| Suspense Balance: | $0.00 | | |
| | | **TOTAL AMOUNT TO PAY LOAN IN FULL:** | **$122,833.73** |

**Where to Send Payoff Funds:**

Please send payoff funds to Carrington Mortgage Services, LLC using one of the options listed below. Failure to send a wire transfer or certified funds to the address below may cause the payoff funds to be returned or rejected, which will result in the accrual of additional interest.

**Wire Transfer** (Fastest Option)
For same day processing, Carrington must receive the full payoff amount before 2:00 PM EST. Include the following information with your wire transfer:

    JPMorgan Chase Bank, N.A.
    ABA# 021000021
    Account# 758673552
    Carrington Loan Number
    Customer Name
    Customer Property Address

**Certified Funds** (Cashier s Check or Money Order)
Make the check payable to Carrington Mortgage Services, LLC and include the Carrington Loan Number, Customer Name, Address, and indicate  Payoff Funds  on the check.

Please remit to the address below by Overnight or Regular Mail:

    Carrington Mortgage Services, LLC
    ATTENTION: CASHIERING
    1600 South Douglass Road Suite 200A
    Anaheim, CA 92806

Should you have any questions regarding this payoff quote, please contact Customer Service at 1-800-561-4567, Monday through Friday from 8:00 AM to 8:00 PM, Eastern Standard Time.

Payoff Department
Carrington Mortgage Services, LLC

---

[1]An itemization of the Other Unpaid Expenses will be listed on the following page(s) of this payoff quote.
PO331_08/18/2022

Page 1 of 5

**Plaintiff10713**

1000 South Douglass Road, Suites 110 & 200-A

Phone 1-800-561-4567  Fax 1-800-486-5134

The payoff amount is subject to our final verification once we receive the payoff funds, regardless of the good through date provided on page 1. If the loan is in default-related proceedings, including, but not limited to, foreclosure sale, such proceedings will continue, and all fees and costs incurred after this payoff quote will continue to be assessed until the loan is paid in full.

We reserve the right, except where prohibited, to adjust the payoff amount and refuse any insufficient funds for any reason, including, but not limited to, error in calculation of the total amount to pay loan in full, previously dishonored checks or money orders, stop payment of checks or pending automatic mortgage payments, assessment of fees and costs incurred after this payoff quote, or additional escrow disbursements and/or adjustments.

**Short Payoff:**
If the payoff funds received are insufficient to pay the total amount owed for any reason, the funds in the escrow balance may be used to cover the short payoff. Written authorization from the customer is required to apply the positive escrow balance to the payoff amount. If the escrow balance is insufficient to pay off the total amount owed, we will return the payoff funds and you will need to order a new quote. In addition, any and all accrued interest will be due at the time of payoff.

**Escrow:**
If your account is escrowed for real estate tax and property insurance premium items, we will continue to pay escrow items due from your escrow account as normally scheduled (up to the date payoff funds are received), which may change the payoff amount. Please call us at 1-800-561-4567 for an updated payoff quote if you are sending the payoff amount after the disbursement date.

**Credit Reporting:**
Please continue making your monthly payments until your loan has been paid in full. Payments received after the month in which they are due may result in negative credit bureau reporting (if applicable).

**AutoPay or 3rd Party Bill Payment Service:**
If you are enrolled in AutoPay and wish to cancel, you may do so by visiting the AutoPay page on our website or by calling us at 1-800-561-4567. Please cancel at least three (3) business days prior to the scheduled draft date or the payment will not be cancelled and will be drafted.

If you are making payments through a 3rd party bill payment service, you are responsible for contacting them directly to cancel your payments accordingly. Please work with your provider to ensure payments won t be automatically sent after your loan is paid in full.

**Note:**  If you cancel your AutoPay or 3rd party bill payment service and do not pay your loan in full, you will need to make other arrangements for making your monthly payments going forward. To learn more about our payment options, please visit our website at _____._____

**Late Charges:**
Issuance of this quote does not suspend the contract requirement to make the mortgage payments when due. A late charge of $29.25 will be assessed 15 days after a current payment is due and should be added to the payoff total if received after that time.

**Notice to Borrowers with Adjustable Rate Mortgages:**
The interest rate provided on the payoff quote represents the interest rate in effect on your account at the time the payoff quote was generated. Payoff funds received may not be applied at this interest rate if the interest rate subsequently changed.

Plaintiff10714

Phone 1-800-561-4567  Fax 1-800-486-5134

**Payoff Information for FHA/USDA/VA Subordinate Lien:**

> For FHA Loans: If a HUD partial claim (HUD PC) was completed on this loan, please contact HUD National Servicing center at 1-877-622-8525 to obtain a payoff quote for the HUD PC.
> For USDA Loans: If a mortgage recovery advance (MRA) was completed, please contact 1-800-793-8861 to obtain a payoff quote for the MRA.
> For VA loans: If a VA partial claim (VAPCP) was completed, please contact the VA Regional Loan Center at 1-877-827-3702 to obtain a payoff quote for the VAPCP.

**FHA-Insured Loan Payoff Procedure Disclosure:**

**Mortgages Insured on or after August 2, 1985, and Closed Before January 21, 2015**

You may prepay your mortgage at any time without penalty. However, in order to avoid the accrual of interest on your loan after the date of prepayment, the prepayment must be received on the installment due date (generally the first day of the month). Otherwise, you may be required to pay interest on the amount pre-paid through the end of the month.

**Note:** Because your loan provides for the collection of interest through the end of the calendar month in which your prepayment is received, it is to your advantage to ensure that the prepayment reaches us as close to the end of the month as possible, but no later than the first work day of the following month.

**Mortgages Closed on or After January 21, 2015**

You may prepay your mortgage at any time without penalty. You will only be required to pay interest through the date the prepayment is made.

**Plaintiff10715**

Phone 1-800-561-4567  Fax 1-800-486-5134

**Who May Be Eligible for an FHA Refund or Share:**

**Premium Refund**: You may be eligible for a refund of a portion of paid FHA mortgage insurance premium if you:

acquired your loan after September 1, 1983,

paid an upfront mortgage insurance premium at closing, and

did not default on your mortgage payments.

Review your settlement papers or check with your mortgage company to determine if you paid an upfront premium.

**Distributive Share**: You may be eligible for a share of any excess earnings from the Mutual Mortgage Insurance Fund if you:

originated your loan before September 1, 1983,

paid on your loan for more than seven years, and

had your FHA insurance terminated before November 5, 1990.

**Exceptions**:

<u>Assumptions</u>: When an FHA-insured loan is assumed, the insurance remains in force (the seller receives no refund). The owner(s) of the property at the time the insurance is terminated is entitled to any refund.

<u>FHA to FHA Refinances</u>: When an FHA loan is refinanced, the refund from the old premium may be applied toward the up-front premium required for the new loan.

<u>Claim</u>: When a mortgage company submits a claim to HUD for insurance benefits, no refund is due the homeowner.

<u>Statute of Limitations</u>: HUD is not liable for a distributive share that remains unclaimed 6 years from the date notification was first sent to the last known address of the mortgagor.

**Important**: The rules governing eligibility for premium refunds and distributive share payments are based on the financial status of the FHA insurance fund and are subject to change.

**How are Refunds Determined:**

For any FHA-insured loans with a closing date prior to January 1, 2001, and endorsed before December 8, 2004, no refund is due the homeowner after the end of the seventh year of insurance. For any FHA-insured loans closed on or after January 1, 2001 and endorsed before December 8, 2004, no refund is due the homeowner after the fifth year of insurance.

For FHA-insured loans endorsed on or after December 8, 2004, no refund is due the homeowner unless they refinanced to a new FHA-insured loan, and no refund is due these homeowners after the third year of insurance.

**How are Refunds Processed:**

Your mortgage company notifies HUD of the termination of the FHA mortgage insurance for your loan.

If you are eligible for a refund, HUD will either request that the U.S. Department of the Treasury (Treasury) issue a check directly to you or send you an Application for Premium Refund or Distributive Share Payment (form HUD-27050-B) so that you can provide HUD with additional information about your case.

If you receive a form HUD-27050-B, please read and complete the application carefully, sign it, have it notarized, and return it to HUD along with proof that you were the owner of the property at the time that the insurance was terminated.

After HUD receives your completed form HUD-27050-B and the necessary supporting documentation, this information will be carefully reviewed. Upon completion of this review, HUD will either request that Treasury issue a check directly to you or request additional information from you.

**How to Follow Up:**

If you do not receive a refund check or an application for refund within 45 days after you have paid off your loan, check with your mortgage company to confirm that they have sent HUD a request to terminate the mortgage insurance on your loan. If they confirm that the correct termination information was sent, contact HUD. If you do not receive a refund or any other documentation from HUD within 120 days after the date you mailed your application, contact HUD immediately.

**How to Contact HUD:**

<u>Phone</u>: 1-800-697-6967, 9:00 AM to 6:00 PM Eastern Standard Time, Monday through Friday

<u>Mail</u>: U.S. Department of Housing and Urban Development, P.O. Box 44372, Washington, DC 20026-4372

**NOTE**: All inquiries should include your name, your FHA case number, the date that the mortgage was paid-in-full, the property address, and your daytime phone number.

**Si usted habla español y tiene dificultad leyendo o hablando ingles,
por favor, llame usted a este number telefonico 1-800-697-6967**

**Plaintiff10716**

1600 South Douglass Road, Suites 110 & 200-A

Phone 1-800-561-4567 Fax 1-800-486-5134

Current Mailing Address:     Loan Number ▮▮▮ 130

          Mortgagor:   EYVONNE ARDREY

922 LENTON AVE        Co-Mortgagor:

BALTIMORE     MD 21212   Property:    922 LENTON AVE

                 BALTIMORE    MD 21212

We will need your most current address to send any remaining escrow balance and/or the year-end interest statement, if applicable. If your mailing address has changed, please fill out this form and send it to:

**Mail:**   Carrington Mortgage Services, LLC

    1600 South Douglass Road, Suites 110 & 200-A

    Anaheim, CA 92806

**Fax**:   1-800-486-5134

You may also update your mailing address using the website _____ or by calling Customer Service at 1-800-561-4567, Monday through Friday, from 8:00 AM to 8:00 PM, Eastern Time. Please call us for any additional changes.

**New Mailing Address:** _____

_____

     **City:** _____ **State:** _____ **Zip:** _____

**Customer Requesting Change (Print Name)**: _____

**Customer Signature**: _____ **Date**: _____

Please be advised, a payoff surplus check (if applicable) will be issued payable to the Mortgagor and Co-Mortgagor listed at the top of this page. If you believe a check should not be made payable to the Mortgagor(s) listed above, please contact Carrington Mortgage Services, LLC once the payoff funds have been received to determine (a) if a payoff surplus check will be issued, and (b) what documents may be required to change who the applicable surplus check will be payable to. You may contact our Customer Service at 1-800-561-4567, Monday through Friday, from 8:00 AM to 8:00 PM, Eastern Time.

Carrington Mortgage Services, LLC

**Plaintiff10717**

```
CARRINGTON MORTGAGE SERVICES   -680                        11/04/22
1600 SOUTH DOUGLASS ROAD
SUITES 110 & 200-A
ANAHEIM              CA
          92806
```

```
        ████ l30    1013                   922 LENTON AVE

  FHA                                    BALTIMORE          MD 21212

        EYVONNE ARDREY                   EYVONNE ARDREY
        922 LENTON AVE                   922 LENTON AVE
        BALTIMORE         MD 21212
                                         BALTIMORE          MD 21212
```

```
FEE      EXP      DATE       DESCRIPTION                    FEE          REM
TYPE     CODE     ASSESSED                                  AMOUNT       BALANCE


TOTAL FEES DUE                                                          0.00
```

**Plaintiff10718**

# CARRINGTON
## MORTGAGE SERVICES, LLC

**IMPORTANT DISCLOSURES**

**VERBAL INQUIRIES & COMPLAINTS-**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 8:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at https://carringtonmortgage.com/.

**IMPORTANT BANKRUPTCY NOTICE-**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING AND DIRECT DISPUTES-**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 800-486-5134 or in writing to Carrington Mortgage Services, LLC, and

09/08/2022

Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**MINI MIRANDA-**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION-**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at (800) 569-4287 or toll-free TDD (800) 877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at (855) 411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE-**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission, Equal

Credit Opportunity, Washington, DC 20580.

**SCRA DISCLOSURE-MILITARY PERSONNEL/SERVICEMEMBERS:** If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)-**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the Customer Service Department for Carrington Mortgage Services, LLC toll free at (800) 561-4567, Monday through Friday, 8:00 a.m. to 8:00 p.m. Eastern Time. You may also visit our website at https://carringtonmortgage.com/.

## CALIFORNIA: Carrington Mortgage Services, LLC is licensed by the Department of Financial Protection and Innovation under the California Residential

Plaintiff10719

# CARRINGTON
## MORTGAGE SERVICES, LLC

Mortgage Lending Act, File No. 413 0904.

**COLORADO Residents Only:**
7200 S. Alton Way, Ste B180, Centennial, CO 80112, (303) 708-8795

**HAWAII Residents Only: Carrington Mortgage Services, LLC is licensed with the State of Hawaii Division of Financial Institutions. You may file complaints about Carrington Mortgage Services, LLC with the Commissioner of Financial Institutions by calling (808) 586-2820 or visiting the division's website for consumer complaints at http://cca.hawaii.gov/dfi/file-a-complaint/. For a list of standard or common loan servicing fees charged by Carrington Mortgage Services, LLC, please visit the website at http://www.carringtonmortgage.com/schedule-of-fees.**

**MASSACHUSETTS: NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.**

**NEW YORK:**
New York City Department of Consumer Affairs Debt Collection Agency License Numbers: 1264739-DCA; 2101449-DCA; 2027784-DCA; & 2027786-DCA. This Collection agency is licensed

by the City of Buffalo license numbers: CAG11-555177; CAG11-555176; CAG15-10033598 & CAG21-10059681.City of Yonkers Debt Collection Agency License Numbers: 9717; 10562; 9837 & 9826

**For New York Residents Only:**
You may file complaints about Carrington Mortgage Services, LLC with the New York State Department of Financial Services. You may obtain further information from the New York State Department of Financial Services about the availability of housing counseling services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. Carrington Mortgage Services, LLC is registered with the Superintendent of the New York State Department of Financial Services. Carrington Mortgage Services, LLC remains responsible for all actions taken by third-party service providers authorized by Carrington Mortgage Services, LLC to act on its behalf regarding the servicing of your loan.

**NORTH CAROLINA:** Carrington Mortgage Services, LLC is licensed under North Carolina Secure and Fair Enforcement Mortgage Licensing Act and holds North Carolina Collection Agency Licenses with Permit Nos. 102107, 103455, 112956 and 5165355120. Main Office: 1600 South Douglass Road, Suites 110 & 200-A, Anaheim, CA 92806 / Branch Offices: 2100 E. 196th Street, Suites 100 & 200, Westfield, IN 46074 & 6200 Tennyson Parkway, Suites 210 & 110-B, Plano, TX 75024 & 800 Crescent Centre Drive, Suite 300, Franklin, TN 37067.

**OREGON:** Borrowers: The Oregon Division of Financial Regulation (DFR) oversees residential

mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, please contact Carrington Mortgage Services, LLC toll-free at 1-800-561-4567. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at (888) 877-4894 or visit http://dfr.oregon.gov.

**TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

**TEXAS: Notice to Texas Residents: COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE TEXAS DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TEXAS 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 1-877276-5550.** A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

09/08/2022

Plaintiff10720

# EXHIBIT "D"

Plaintiff10721

| | | |
|---|---|---|
| **FAX** | To: | UCS4N |
| | Fax No: | 18883055262 |
| | From: | MARIE JOSEPH |
| | Contact No: | |
| | Date: | 09-29-2021 10:45 AM |
| | Subject: | CLIPS |
| | No. of Pages (with cover): | 8 |

[end of cover page]

This fax was sent over the Concord network. To find out more visit www.concordfax.com

Plaintiff10722



**MORTGAGE**

PHH Mortgage Services                                          Tel 877-744-2506
1 Mortgage Way                                                 Fax 856-917-8300
Mt. Laurel NJ 08054

                                              Account Number:  ███████ 8418

September 29, 2021

8883055262
Marie Joseph

                                              Property Address:
                                              28621 SW 147th CT
                                              Homestead FL 33033-1511

Mortgagor(s): Marie Chantel Joseph

                         PAYOFF QUOTE
                  VALID THROUGH October 29, 2021

Dear Customer(s),

A payoff quote was requested for account number 7196168418. The total amount
due is $ 419,006.30, which will be valid through October 29, 2021. After
this date, please request a new payoff letter.

As of the date of this letter, the mortgage payment due on November 01, 2012
has not yet been received and is now past due. If the payment was sent
recently, please allow some time to reflect the payment in our records.

Refer to the following pages for a detailed breakdown of this quote and for
payment instructions.

Payoff funds should be sent by wire transfer, cashier's check, certified
bank check, title company check, money order, attorney's escrow check,
MoneyGram or Western Union. Funds not remitted in one of these forms will
be returned, and the payoff will not be processed.

After receiving payoff funds, we will verify all amounts due and contact
the issuer of the funds in the event of any discrepancies.
After the payoff funds have been applied and the account has been
reconciled, any overpayment of funds will be returned to the remitter
through regular mail within 20 business days of the date the funds are
received. Please allow additional time for mailing.

For any questions, our Customer Care Center can be reached at the phone
number listed above Monday through Friday from 8:00 am to 9:00 pm and
Saturday from 8:00 am to 5:00 pm ET.

Sincerely,

Loan Servicing

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10723**



PHH Mortgage Services                  Tel 877-744-2506
1 Mortgage Way                            Fax 856-917-8300
Mt. Laurel NJ 08054

See below for a breakdown of the total amount required to pay off the
account referenced above on or before October 29, 2021, as well as complete
payoff instructions.

Important Note: If there is an escrow account associated with the
mortgage for property taxes and insurance, we may need to pay the tax
and insurance bills before this payoff quote expires on October 29, 2021.
Any additional disbursements made on behalf of the mortgage will be
added to the amounts due on payoff.

A Lien Release Fee and Recording Fee are the cost the county in which
the property is located charges to record a lien release as allowed
pursuant to the terms of the security instrument. A Lien Release Fee
and Recording Fee will only be charged when the loan is paid in full
and as allowed by applicable law. A Lien Release Fee and Recording Fee
will be assessed in the amount of the actual cost which may vary at the
time of recording.

Due Date of Monthly Payment: November 01, 2012

| | | |
|---|---|---|
| Interest Rate 2.00000% | | |
| Principal | $ | 249,448.19 |
| Interest | | 84,393.95 |
| Escrow/Impound Overdraft | | 71,468.68 |
| Pro Rata PMI | | 275.88 |
| Unpaid Late Charges | | 447.93 |
| Recoverable Balance | | 12,538.61 |
| Lien Release Fee | | .00 |
| Recording Fee | | 19.50 |
| Corporate Seconds | | .00 |
| Priority Stmt Fee | | .00 |
| Payoff Quote Fee | | .00 |
| Foreclosure Fee&cost | | 413.56 |
| | | |
| TOTAL PAYOFF AMOUNT DUE BY 10-29-21 | $ | 419,006.30 |
| Bank Wire Fee | $ | 25.00 |
| TOTAL PAYOFF AMOUNT DUE VIA BANK WIRE TRANSFER | | |
| BY 10-29-21 | $ | 419,031.30 |
| | | |
| Next Due Date | | 11-01-12 |
| Quoted Date | | 09-29-21 |
| Payoff Quote Expiration Date | | 10-29-21 |
| Original Principal Balance | $ | 223,020.00 |

***Log in to MortgageQuestions.com — your servicing website connection.***

**Plaintiff10724**



**PHH**

**MORTGAGE**

PHH Mortgage Services                                      Tel 877-744-2506
1 Mortgage Way                                            Fax 856-917-8300
Mt. Laurel NJ 08054

### PAYOFF REQUIREMENTS AND CONDITIONS

Certified funds are required for payoff. Payoff funds must be provided
via certified funds, such as bank wire transfer, cashier's check,
certified bank check, title company check, money order, attorney's escrow
check, MoneyGram or Western Union. Non-certified payments will not be
accepted and the payoff will not be processed.

### HOW TO SUBMIT PAYOFF FUNDS

Bank wire transfers are preferred. Bank wire transfer is the fastest,
safest and most convenient payment option. Because this is the fastest
option, it may also save money on per-diem interest.

To make a bank wire transfer, provide the information listed under
payment methods to the remitting bank.

Be sure to always include the account holder's name, property address
and account number on any remittance. If funds cannot be wire
transferred, send the payment in certified funds by overnight mail as
shown below.

Details for bank wire transfer:
M & T Bank
1 MT Plaza, Buffalo, NY, 14203
ABA: 022000046 / Account Number: ███████821
Credit to: PHH Mortgage Services

Mail certified funds via overnight mail to:
PHH Mortgage Services
Attn: Cashiering / Payoff Department
Mail Stop SV-20
1 Mortgage Way
Mount Laurel, NJ 08054

All checks and money orders should be made payable to PHH Mortgage
Services. The mortgage account number, account holder's name and
property address must be included on the front of any check or money
order. For same-day processing, wire transfer, check and money order
payments must be received by 5:00 pm ET.

This payoff amount is subject to change. To the extent permitted by law,
our client reserves the right to correct any portion of this statement
at any time.

***Log in to MortgageQuestions.com — your servicing website connection.***

**Plaintiff10725**



**PHH**®

**MORTGAGE**

PHH Mortgage Services                                    Tel 877-744-2506
1 Mortgage Way                                           Fax 856-917-8300
Mt. Laurel NJ 08054

IMPORTANT NOTICES

- Funds received after the "Total Amount Due to Pay Loan in Full" date
  indicated require additional interest of $ 33.32 per day.

- All balances are subject to change as a result of any transactions,
  the assessment of any fees or any costs being incurred with respect
  to the account that occur prior to the application of payoff funds.

- Similarly, if any payments applied to this account within the 30 days
  prior to the date of this payoff quote are reversed for any reason,
  including but not limited to insufficient funds or a stop payment
  being placed on a check, this payoff quote is deemed invalid.
  A new payoff quote must be obtained from us to reflect the correct
  amount due and owing. Subsequent payoff quotes will reflect the full
  amount due and are subject to change for the reasons referenced above.

- If the account is currently subject to a foreclosure action, we will
  not delay or dismiss any pending foreclosure action while awaiting
  your payoff payment. Additional attorney's fees and costs may accrue
  between the date of this letter and the date of payoff. In addition,
  these charges do not include additional advances that may be made
  after the date of this letter.

- Please contact this office to verify the exact amount due before
  tendering any funds.

- Overpayment or underpayment of payoff amount.
  After receiving payoff funds, we will verify all amounts due and
  contact the issuer of the funds in the event of any discrepancies.
  The payoff amount does not include any applicable positive escrow
  balance. After the payoff funds have been applied and the account has
  been reconciled, any overpayment of funds will be returned to the
  issuer through regular mail within 20 business days of the date the
  funds are received. Escrow account overages will be disbursed within
  20 business days. Please allow additional time for mailing. Please be
  aware that to the extent permitted by law, if the payoff funds
  received are less than the total amount necessary to pay the account
  in full, any escrow funds remaining after payment of insurance and
  taxes due may be applied to the mortgage at payoff. In the event
  of an underpayment of the required stated payoff funds, if the escrow
  funds are insufficient to pay the account in full, we will return the
  funds and continue to accrue interest on the loan.

- Escrow disbursements will proceed until payoff funds are received.
  Issuing this payoff statement will not stop future escrow
  disbursements. Property taxes or insurance may be paid after this
  quote is issued. If such disbursements create escrow advances and
  change the amount due to satisfy the mortgage, this payoff quote will
  be deemed invalid.
  A new payoff quote must be obtained to reflect the correct amount due
  and owing. Subsequent payoff quotes will reflect the full amount due
  and are subject to change as referenced above.

- Past due fees still apply. If the account is past due, collection
  expenses and legal fees may be accruing.

- Per diem interest may change. If this is an adjustable rate mortgage,
  the per diem interest may change prior to payoff. The new per diem

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10726**



**MORTGAGE**

PHH Mortgage Services                    Tel 877-744-2506
1 Mortgage Way                           Fax 856-917-8300
Mt. Laurel NJ 08054

interest will be applicable for the payoff as well.

- Mortgage insurance premium. If the account has mortgage insurance("MIP"), the account holder may also be required to pay an additional month of MIP if the payment is received in the calendar month following the "Total Amount Due to Pay Loan in Full" date.

- The security instrument (Deed of Trust or Mortgage) will be released after payoff. After receiving the entire payoff amount, we will execute a release and discharge of the Deed of Trust/Mortgage and, if necessary, will file a withdrawal in connection with any legal action that may have been taken with regards to this mortgage account.

- Please verify the Social Security number on file for tax reporting. Please visit our client's website at www.MortgageQuestions.com to verify the Social Security number on file for the purposes of year-end tax reporting, if applicable.

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10727**



PHH Mortgage Services                                    Tel 877-744-2506
1 Mortgage Way                                           Fax 856-917-8300
Mt. Laurel NJ 08054


For any questions, our Customer Care Center can be reached at the phone
number listed above Monday through Friday from 8:00 am to 9:00 pm and
Saturday from 8:00 am to 5:00 pm ET.

Sincerely,
Loan Servicing


*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10728**



PHH Mortgage Services                                    Tel 877-744-2506
1 Mortgage Way                                          Fax 856-917-8300
Mt. Laurel NJ 08054

Important Messages

This communication is from a debt collector attempting to collect a debt;
any information obtained will be used for that purpose. However, if the
debt is in active bankruptcy or has been discharged through bankruptcy,
this communication is provided purely for informational purposes only with
regard to our secured lien on the above referenced property. It is not
intended as an attempt to collect a debt from you personally. As may be
required by state law, you are hereby notified that a negative credit
report reflecting on an accountholder's credit record may be submitted to
a credit reporting agency if credit obligation terms are not fulfilled.

***Log in to MortgageQuestions.com — your servicing website connection.***

**Plaintiff10729**

# EXHIBIT "B"

Plaintiff10730

# FAX

| To: | UCS2D |
|---|---|
| Fax No: | 18883055262 |
| From: | WILLIAM SALTER |
| Contact No: | |
| Date: | 06-14-2021 7:15 AM |
| Subject: | CLIPS |
| No. of Pages (with cover): | 8 |

[end of cover page]

This fax was sent over the Concord network. To find out more visit www.concordfax.com

Plaintiff10731



**MORTGAGE**

PHH Mortgage Services                              Tel 877-744-2506
1 Mortgage Way                                     Fax 856-917-8300
Mt. Laurel NJ 08054

                                    Account Number: [REDACTED] 0308
June 14, 2021

8883055262
William Salter

                                    Property Address:
                                    7042 NW 66th Ter
                                    Parkland FL 33067-4736

Mortgagor(s): William G Salter

                          PAYOFF QUOTE
                   VALID THROUGH July 09, 2021

Dear Customer(s),

A payoff quote was requested for account number 7192020308. The total amount
due is $ 646,881.95, which will be valid through July 09, 2021. After
this date, please request a new payoff letter.

As of the date of this letter, the mortgage payment due on May 01, 2015
has not yet been received and is now past due. If the payment was sent
recently, please allow some time to reflect the payment in our records.

Refer to the following pages for a detailed breakdown of this quote and for
payment instructions.

Payoff funds should be sent by wire transfer, cashier's check, certified
bank check, title company check, money order, attorney's escrow check,
MoneyGram or Western Union. Funds not remitted in one of these forms will
be returned, and the payoff will not be processed.

After receiving payoff funds, we will verify all amounts due and contact
the issuer of the funds in the event of any discrepancies.
After the payoff funds have been applied and the account has been
reconciled, any overpayment of funds will be returned to the remitter
through regular mail within 20 business days of the date the funds are
received. Please allow additional time for mailing.

For any questions, our Customer Care Center can be reached at the phone
number listed above Monday through Friday from 8:00 am to 9:00 pm and
Saturday from 8:00 am to 5:00 pm ET.

Sincerely,

Loan Servicing

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10732**



**MORTGAGE**

PHH Mortgage Services                          Tel 877-744-2506
1 Mortgage Way                                 Fax 856-917-8300
Mt. Laurel NJ 08054

See below for a breakdown of the total amount required to pay off the
account referenced above on or before July 09, 2021, as well as complete
payoff instructions.

Important Note: If there is an escrow account associated with the
mortgage for property taxes and insurance, we may need to pay the tax
and insurance bills before this payoff quote expires on July 09, 2021.
Any additional disbursements made on behalf of the mortgage will be
added to the amounts due on payoff.

A Lien Release Fee and Recording Fee are the cost the county in which
the property is located charges to record a lien release as allowed
pursuant to the terms of the security instrument. A Lien Release Fee
and Recording Fee will only be charged when the loan is paid in full
and as allowed by applicable law. A Lien Release Fee and Recording Fee
will be assessed in the amount of the actual cost which may vary at the
time of recording.

Due Date of Monthly Payment: May 01, 2015
Interest Rate 2.00000%
Principal                                $      444,226.65
Interest                                         77,006.47
Escrow/Impound Overdraft                         71,139.09
Unpaid Late Charges                                 280.83
Recoverable Balance                              51,210.41
Lien Release Fee                                       .00
Recording Fee                                       18.50
Corporate Seconds                                     .00
Priority Stmt Fee                                     .00
Payoff Quote Fee                                     .00

TOTAL PAYOFF AMOUNT DUE BY 07-09-21      $      646,881.95
Bank Wire Fee                            $           25.00
TOTAL PAYOFF AMOUNT DUE VIA BANK WIRE TRANSFER
BY 07-09-21                              $      646,906.95

Next Due Date                                    05-01-15
Quoted Date                                      06-14-21
Payoff Quote Expiration Date                     07-09-21
Original Principal Balance               $      450,000.00

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10733**



**MORTGAGE**

PHH Mortgage Services                                     Tel 877-744-2506
1 Mortgage Way                                         Fax 856-917-8300
Mt. Laurel NJ 08054

PAYOFF REQUIREMENTS AND CONDITIONS

Certified funds are required for payoff. Payoff funds must be provided
via certified funds, such as bank wire transfer, cashier's check,
certified bank check, title company check, money order, attorney's escrow
check, MoneyGram or Western Union. Non-certified payments will not be
accepted and the payoff will not be processed.

HOW TO SUBMIT PAYOFF FUNDS

Bank wire transfers are preferred. Bank wire transfer is the fastest,
safest and most convenient payment option. Because this is the fastest
option, it may also save money on per-diem interest.

To make a bank wire transfer, provide the information listed under
payment methods to the remitting bank.

Be sure to always include the account holder's name, property address
and account number on any remittance. If funds cannot be wire
transferred, send the payment in certified funds by overnight mail as
shown below.

Details for bank wire transfer:
M & T Bank
1 MT Plaza, Buffalo, NY, 14203
ABA: 022000046 / Account Number: ████ 8821
Credit to: PHH Mortgage Services

Mail certified funds via overnight mail to:
PHH Mortgage Services
Attn: Cashiering / Payoff Department
Mail Stop SV-20
1 Mortgage Way
Mount Laurel, NJ 08054

All checks and money orders should be made payable to PHH Mortgage
Services. The mortgage account number, account holder's name and
property address must be included on the front of any check or money
order. For same-day processing, wire transfer, check and money order
payments must be received by 5:00 pm ET.

This payoff amount is subject to change. To the extent permitted by law,
our client reserves the right to correct any portion of this statement
at any time.

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10734**



PHH Mortgage Services                                    Tel 877-744-2506
1 Mortgage Way                                           Fax 856-917-8300
Mt. Laurel NJ 08054

### IMPORTANT NOTICES

- Funds received after the "Total Amount Due to Pay Loan in Full" date
  indicated require additional interest of $ 47.16 per day.

- All balances are subject to change as a result of any transactions,
  the assessment of any fees or any costs being incurred with respect
  to the account that occur prior to the application of payoff funds.

- Similarly, if any payments applied to this account within the 30 days
  prior to the date of this payoff quote are reversed for any reason,
  including but not limited to insufficient funds or a stop payment
  being placed on a check, this payoff quote is deemed invalid.
  A new payoff quote must be obtained from us to reflect the correct
  amount due and owing. Subsequent payoff quotes will reflect the full
  amount due and are subject to change for the reasons referenced above.

- If the account is currently subject to a foreclosure action, we will
  not delay or dismiss any pending foreclosure action while awaiting
  your payoff payment. Additional attorney's fees and costs may accrue
  between the date of this letter and the date of payoff. In addition,
  these charges do not include additional advances that may be made
  after the date of this letter.

- Please contact this office to verify the exact amount due before
  tendering any funds.

- Overpayment or underpayment of payoff amount.
  After receiving payoff funds, we will verify all amounts due and
  contact the issuer of the funds in the event of any discrepancies.
  The payoff amount does not include any applicable positive escrow
  balance. After the payoff funds have been applied and the account has
  been reconciled, any overpayment of funds will be returned to the
  issuer through regular mail within 20 business days of the date the
  funds are received. Escrow account overages will be disbursed within
  20 business days. Please allow additional time for mailing. Please be
  aware that to the extent permitted by law, if the payoff funds
  received are less than the total amount necessary to pay the account
  in full, any escrow funds remaining after payment of insurance and
  taxes due may be applied to the mortgage at payoff. In the event
  of an underpayment of the required stated payoff funds, if the escrow
  funds are insufficient to pay the account in full, we will return the
  funds and continue to accrue interest on the loan.

- Escrow disbursements will proceed until payoff funds are received.
  Issuing this payoff statement will not stop future escrow
  disbursements. Property taxes or insurance may be paid after this
  quote is issued. If such disbursements create escrow advances and
  change the amount due to satisfy the mortgage, this payoff quote will
  be deemed invalid.
  A new payoff quote must be obtained to reflect the correct amount due
  and owing. Subsequent payoff quotes will reflect the full amount due
  and are subject to change as referenced above.

- Past due fees still apply. If the account is past due, collection
  expenses and legal fees may be accruing.

- Per diem interest may change. If this is an adjustable rate mortgage,
  the per diem interest may change prior to payoff. The new per diem

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10735**



PHH Mortgage Services                                   Tel 877-744-2506
1 Mortgage Way                                          Fax 856-917-8300
Mt. Laurel NJ 08054

interest will be applicable for the payoff as well.

- Mortgage insurance premium. If the account has mortgage insurance("MIP"),
  the account holder may also be required to pay an additional month of
  MIP if the payment is received in the calendar month following the
  "Total Amount Due to Pay Loan in Full" date.

- The security instrument (Deed of Trust or Mortgage) will be released
  after payoff. After receiving the entire payoff amount, we will
  execute a release and discharge of the Deed of Trust/Mortgage and, if
  necessary, will file a withdrawal in connection with any legal action
  that may have been taken with regards to this mortgage account.

- Please verify the Social Security number on file for tax reporting.
  Please visit our client's website at www.MortgageQuestions.com
  to verify the Social Security number on file for the purposes of
  year-end tax reporting, if applicable.

***Log in to MortgageQuestions.com — your servicing website connection.***

**Plaintiff10736**



PHH Mortgage Services                 Tel 877-744-2506
1 Mortgage Way                         Fax 856-917-8300
Mt. Laurel NJ 08054

For any questions, our Customer Care Center can be reached at the phone
number listed above Monday through Friday from 8:00 am to 9:00 pm and
Saturday from 8:00 am to 5:00 pm ET.

Sincerely,
Loan Servicing

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10737**



PHH Mortgage Services                                    Tel 877-744-2506
1 Mortgage Way                                           Fax 856-917-8300
Mt. Laurel NJ 08054

Important Messages

This communication is from a debt collector attempting to collect a debt;
any information obtained will be used for that purpose. However, if the
debt is in active bankruptcy or has been discharged through bankruptcy,
this communication is provided purely for informational purposes only with
regard to our secured lien on the above referenced property. It is not
intended as an attempt to collect a debt from you personally. As may be
required by state law, you are hereby notified that a negative credit
report reflecting on an accountholder's credit record may be submitted to
a credit reporting agency if credit obligation terms are not fulfilled.

*Log in to MortgageQuestions.com — your servicing website connection.*

**Plaintiff10738**



P.O Box 55004
Irvine, CA 92618
888.504.6700 toll free
949.341.2200 fax
www.rushmorelm.com

**PAYOFF STATEMENT**

January 08, 2018

William Banks Jr
Rhonda Banks
14005 Cricket Lane
Silver Spring, MD 20904

Loan No:          330
Loan Type:  Conventional
Noteholder: Ameritas Life Insurance

RE:
William Banks Jr
Rhonda Banks
14005 Cricket Lane
Silver Spring MD 20904

Property Address:
14005 Cricket Lane
Silver Spring MD 20904

```
*****************************************************************
ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW.
*****************************************************************
```

These figures are good to January 31, 2018. (the "Good-Through Date")
This loan is due for the November 01, 2017 payment.

| | |
|---|---:|
| The current total unpaid Principal Balance is:      $ | 525,560.78 |
| Interest at  5.00000% | 7,377.01 |
| Interest at  0.00000% (2nd Mtg) | .00 |
| Suspense Balance | -1,325.81 |
| Unpaid Late Charges | 1,515.50 |
| Recoverable Corporate Advances | 115.00 |
| Short Interest | .00 |
| Recon/Recording Fee   (2nd Mtg) | .00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * * $ | 533,242.48 |
| 2nd Principal Balance | 81,418.43 |
| Deferred Interest Balance | .00 |

The total unpaid Principal Balance includes the 2nd Principal Balance,
Deferred Interest Balance, Principal Reduction Amount (HAMP incentive)
and/or a Forbearance Amount.





P.O Box 55004
Irvine, CA 92618
888.504.6700 toll free
949.341.2200 fax
www.rushmorelm.com

Loan No: ████330
Property Address:
14005 Cricket Lane
Silver Spring MD 20904

If the loan is less than 30 days past due the Principal Reduction Amount
is deducted from the total amount due.

Funds received on or after January 31, 2018 will require an additional
$ 60.84 interest per Day.
Funds received on or after January 31, 2018 will require an additional
$.00 interest per Day for the second mortgage.

Payoff funds being sent by mail must be directed to:

        Rushmore Loan Management Services LLC
             Attn: Payoff Department
             15480 Laguna Canyon Road Suite 100
             Irvine, CA 92618

These figures are subject to final verification by the Noteholder.
Figures may be adjusted if any check/money order previously received is
rejected by the institution upon which it was drawn.

The escrow balance is subject to audit and may change due to receipts
and/or disbursements from the account prior to payment in full.
The current escrow balance of $ 504.46 will be refunded upon
receipt of the release from the current Noteholder.

Any amounts included in the Estimated Fees and Costs section of this
letter anticipate certain actions we must take before the Good-Through
Date pursuant to our rights and duties under the Loan Documents. These
Estimated Fees and Costs are expenses related to the servicing of your
loan we have already incurred but not yet received an invoice for or
for which we anticipate incurring on or before the Good-Through Date.
There may be additional fees incurred for which you are responsible
that are unknown as of the date of this letter and which are not
included above. Estimated Fees and Costs may include, but are not
limited to, expenses for items such as escrow advances for property
taxes, insurance, legal fees and costs, or other advances necessary and
permissible under the Loan Documents. You do not have to pay for any
fees or costs not incurred by the time your full payment is received.
In the event you submit a payment for more than the total amount owed
at the time the payment is received, we will refund you the difference.



**Plaintiff10740**



P.O Box 55004
Irvine, CA 92618
888.504.6700 toll free
949.341.2200 fax
www.rushmorelm.com

Loan No:          330
Property Address:
14005 Cricket Lane
Silver Spring MD 20904

Issuance of this statement does not suspend the contract requirement to make the mortgage payments when due.  A late charge of $ 108.25 will be assessed 15 days after a current payment is due and should be added to the payoff total if received after that time.  All past due amounts are included in the above figures.

If this property is sold, please provide the seller's forwarding address.

PAYOFF DEPARTMENT

XP011-075/MF4



EQUAL HOUSING
LENDER

Plaintiff10741



P.O Box 55004
Irvine, CA 92618
888.504.6700 toll free
949.341.2200 fax
www.rushmorelm.com

### RUSHMORE LOAN MANAGEMENT SERVICES LLC

### WIRING INSTRUCTIONS

Please wire funds to:

Institution:                Wells Fargo

ABA Routing Number:         Bank 121000248
Account Number:             ███████028
Reference:                  Loan Number
                            Borrower Name


Attn:                       Cashiering Department
Beneficiary:                Rushmore Loan Management LLC
                            15480 Laguna Canyon Road
                            Suite 100
                            Irvine, CA 92618


Customer Service:           888-504-6700



Plaintiff10742

## STATE SPECIFIC NOTICES

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car. Please be advised that you can reach the Colorado Foreclosure Hotline at 1877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:

Irvin Borenstein
13111 E. Briarwood Ave. Ste #340
Centennial, CO 80112

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector, who is attempting to collect a debt. Any information obtained will be used for that purpose. However, if you are in Bankruptcy or received a Bankruptcy Discharge of this debt, this letter is being sent for informational purposes only, is not an attempt to collect a debt and does not constitute a notice of personal liability with respect to the debt.

All Other 022316

Plaintiff10743

# EXHIBI          10

Plaintiff10744

John M McMahan Bet    ne McMaha
   S

S  ENE FINANCE LP
P.O. Box 8619
P iladelphia, PA 19101-8619
Telephone (877) 735-3637
Fax (866) 926-5498
w.selene  nance.co

Hours of Operation (CT)
Monday  hursday: 8 a.m. – 9 p.m.
    iday  8 a m.   5 p.

10 19 23

TO:


  John M McMahan
  Beth Anne McMahan
  5225 Katy Fwy Suite 505
  Houston,    700

 E: John M McMahan
  Beth Anne McMahan
  5225 Katy Fwy Suite 505
  Houston,    700

Property Address:
  20318 Sunny Shores    ve
  Humble    7346

Loan No:    ████2768
Loa  Type  CO   /O P


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\* ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW \*


These figures are due through October 31, 2023
and the loa  is due fo  the Novembe  01, 20    payment


| | | |
|---|---|---|
| The current total Unpaid P  ncipa  Balance is: | $ | 107,9 7.90 |
| Deferred Balance | $ | .00 |
| Interest Due: | $ | 56,643.94 |
| Corporate Advance(s) Balance: | $ | 55,432.34 |
| Escrow/Impound: | $ | 54,223.75 |
| Unpaid Late Charges: | $ | 293.33 |
| Unapplied Balance | $ | -819.06 |
| Recording Fee        : | $ | 18.00 |
| **TO    MOU    TO    LO    FU** | **$** | **73, 70.20** |

To help combat wire transfer fraud, please confirm the wire
 nstructions  it  Selene p io  to   itiatio  o  the   re transfer.

Funds received on or afte  Octobe  31, 2023     requ re a  additiona
$ 25.5   nterest pe  day

If you have an active Principal Reduction Agreement and have met the
requ rements fo  forg veness, the above deferred balance is not

**App. 104**

**Plaintiff10745**

included in the total, but   isted to re lect the rema    ng
forg veness amount

Plaintiff10746

*Pro-Rated MIP Funds are not included in the total payoff amount
when there is a positive escrow balance.  They will be deducted
 ro  any potentia  escro  refund afte  payo   funds are app ied


### PAYMENT REMITTANCE INFORMATION
**lease reference loa  number, bo rowe  name and property address**

BY OVERNIGHT COU  R:                  BY WI E TRANSFER:
Selene Finance                        Bank:  Signature Ba
Attn: Cashier Dept                    Bank ABA: ███████
3501 Olympus Blvd, Suite 500          Bank Acct: ████████
Da las,    75019                      Account Name  Payo    re Clea  ng

 lease refe  to the next page fo   more    fo mation.

**App. 106**

**Plaintiff10747**

2768XP002JB6

1. We reserve the right to correct any portion of this statement at any time. All balances are subject to change as a result of any transactions which occur prior to the application of payoff funds. Accordingly, if Selene Finance has received payment on this account within the prior thirty (30) days and applied those funds to the account for the issuance of this payoff quote, and if for any reaso those funds are reversed, including but not limited to insufficient funds or a stop payment being placed on a check, this payoff quote is invalid and a new payoff quote must be obta ned ro Selene nance to re lect the correct amount due and o ng.

**2. Upon receipt of payoff funds, Selene Finance will verify all amounts due and contact the issuer of the funds in the event of any discrepancies. In the event that the payoff funds received are less than the total amount to satisfy the loan, and there are available funds in your escrow account sufficient to satisfy the payoff, Selene Finance reserves the right to use such funds to pay off the balance of the loan. If the payoff funds received are less than the total amount required to satisfy the loan and there are not sufficient funds in your escrow account, Selene Finance will retu the funds and nterest cont nue to accrue nterest o the loa**

3. Issuance of this payoff statement does not suspend the contractua requirement to make loan payments when due. If payoff funds are received after the expiration of the payment grace period, app icable, a late charge o $ 40.40 be app ied.

4. If the account is past due, collection expenses and legal fees may be accruing. If this is a Adjustable Rate Note, the per die may change prior to payo f.

5. If your mortgage payments are automatically drafted (ACH) from your checking or savings account, a written cancellation notice must be received at least thirty (30) business days prior to your monthly mortgage payment due date. You may fa your cance latio notice to (866) 926-5496.

6. Upon receipt of the entire payoff amount, Selene Finance will execute a release and discharge of the Mortgage/Deed of Trust and, if necessary, will file a withdrawal in connectio it any lega actio take attempt to co lect t is ob igatio .

7. The current escrow balance is.00. Property taxes or insurance may be paid after this quote is issued. If such disbursement(s) creates an escrow advance or changes the total payoff amount, they must be paid prior to the application of payoff funds. Upon request, a new payoff quote will be issued. If there is an escrow account for the payment of taxes and/or insurance, after the loan is paid in full, the borrower will be responsible for contacting their insurance agent and/or tax ng authority to make appropriate arrangements for the payment o these items, app icable.

8. Selene will never instruct you to send any funds to a different wiring destination other than via the wire transfer instructions isted here. the event you rece ve any nstruction or notification from **App. 107**

**Plaintiff10748**

someone representing themselves as Selene or acting on our behalf, do
not conduct the wire transfer until you contact us directly to verify
the wire instructions. To contact us, please call Customer Service.
If the payoff quote is set to expire and you have not confirmed with
us regarding a change in wiring instructions, please send us your
payment by overnight cou ier, pe  the above  nstructions, rathe  tha
through a  re transfe

If you have any questions, please contact ou  Custome  Se vice
Dept  at (877) 735-3637

If your mailing address has changed, please complete this fo   and
retu  it  ith you  payo   funds.

Name:_____
          rst            Last

Loa  No: ████  768

Ne  Ma   ng Address:_____
                   Street Address     City     State    ip

Ne    hone Numbers  Home:_____

                  Bus ness:_____


Selene Finance LP is a debt collector attempting to collect a debt
and any   fo matio  obta ned   ll be used fo  that purpose

Please note, however, that if you are in bankruptcy or received a
bankruptcy discharge of this debt, this communicatio  is not a
attempt to collect the debt aga nst you personally.

For Servicemembers and their Dependents: The Federal Servicemembers
Civil Relief Act and certain state laws provide important protections
for you, including, under most circumstances, a prohibition on
foreclosure during and twelve months after the servicemember's
active duty service.  Selene will not foreclose on the property o  a
servicemember or his or he  dependent during that time, except
pursuant to a court order.  You also may be entitled to other
protections under these laws, including interest rate and fee relie
 lease contact us to lea   more about you   ights

**App. 108**

**Plaintiff10749**

██████2768XP003JB6
Additiona  Required  isclosures:

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SEN  TO
THE DEPARTMENT OF SAVINGS AN  MORTGAGE LENDING, 2601 NORTH LA AR,
SUITE 201, AUSTIN, TX 78705.  A TO          CONSU    HO      IS
A          8    76-5550.

**App. 109**

**Plaintiff10750**



**PAYOFF STATEMENT**

Date: October 12, 2018

Requested By:

Account Number: ████319

Payment Due Date: October 23, 2018

**This Statement expires on:**
**November 11, 2018**

SANDRA D GILLIS
9729 GRN APPLE TURN
UPPER MARLBORO, MD 20772

Customer Name/Property Address:
SANDRA D GILLIS
ALFONZO L GILLIS
9729 GREEN APPLE TURN
UPPER MARLBOR, MD 20772

**THE FOLLOWING AMOUNTS ARE SUBJECT TO FINAL VERIFICATION**
**BASED ON THE RECEIPT OF FUNDS**

**ITEMIZATION**

| | | |
|---|---|---|
| Unpaid Principal Balance | $ | 323,091.64 |
| Interest Calculated to November 11, 2018 | $ | 2,812.29 |
| Escrow/Impound Advance Balance | $ | 1,884.18 |
| Late Charges Outstanding | $ | 2,710.23 |
| Interest on Advances | $ | 88.75 |
| Recording Fee | $ | 20.00 |

| | | |
|---|---|---|
| **Total Amounts Due Under your Note and Mortgage** | **$** | **330,607.09** |
| Per Diem (Daily Interest) | $ | 56.83 |
| **TOTAL AMOUNT DUE** | **$** | **330,607.09** |

XP111

**Plaintiff10751**



**IMPORTANT INFORMATION REGARDING THE ACCOUNT PAYOFF:**

1) **Clearance of Funds:** The Payoff Statement assumes that payments made on your account have cleared your financial institution. If a payment you made is returned, you are still responsible to pay that amount, even though we accept the amount of your payoff. Payments received within thirty (30) days of the payoff application are subject to clearance by your financial Institution.

2) **Final Verification:** The amounts set forth in this Payoff Statement are subject to final verification.

3) **Expiration:** This Payoff Statement expires and is void after November 11, 2018. You must obtain an updated WRITTEN statement from us if you want to pay off your account after the expiration date. Please allow up to five (5) business days for us to provide you with an updated Payoff Statement (unless state law requires a shorter timeframe).

4) **Prepayment Penalty:** If your mortgage documents indicate a prepayment fee on your account, it is included as part of the total amounts due for payoff. If the prepayment fee should be waived, supporting documentation (final HUD1, grant deed, warranty deed, prepayment rider) must be faxed to (801) 269-4269 prior to the receipt of your payoff funds. Upon receipt, the documents will be reviewed for final determination of waiving the prepayment fee. If you have any questions about the prepayment fee, please contact us at (800) 258-8602.

5) **Foreclosure / Bankruptcy:** If the account is currently subject to a pending foreclosure or bankruptcy action, the attorney fees and costs for services rendered that have been incurred with respect to this pending action have been included in the outstanding amounts due. Legal actions may continue after the date of this letter, and if so, will result in additional attorney fees and costs. An estimate of those amounts to be incurred between the date of this quote and the good through date are included. In the event that upon completion of the related legal work the actual legal fees and costs charged by the attorney to SPS are less than the estimates provided by the attorney in this quote, SPS will apply such overage to any other amounts due and owing. If there are no amounts due, SPS will refund such overage directly to the customer.

6) **Non-Sufficient Funds:** If the amounts received are not sufficient to pay the account in full, we will return the payoff funds in the same manner as they were remitted. Interest will continue to accrue at the daily (per diem) amount shown on the Payoff Statement and late charges may be incurred until sufficient funds are received to pay the account in full. To avoid non-sufficient funds, please confirm the actual payoff amount by calling (800) 258-8602. A satisfaction/release of mortgage will not be recorded until all amounts due under your mortgage documents are received, unless applicable law requires otherwise.

7) **Scheduled Payments:** Do not cancel or stop payment on any of your regularly scheduled monthly payments. **Issuance of this Payoff Statement does not suspend your obligation to make your**

XP111

Plaintiff10752



**monthly payments under your mortgage documents.** You must continue to make your monthly payments, when due, up until the time your account is paid in full. If the last regular monthly payment you sent to us is returned for insufficient funds, is dishonored due to a stop payment order, or payment is not made for any other reason, the amount required to payoff your account may be higher than shown in this Payoff Statement.

8) **Remittance of Funds:** Payoff amounts must be remitted in U.S. Dollars by money wire, certified or cashier's check, title company check or an attorney's trustee check. No personal or unofficial checks will be accepted. A copy of the Payoff Statement must accompany your payoff check. No deliveries should be made on Saturday, Sunday or legal holidays. Payoff funds received after 12 p.m. Noon Eastern Time will be processed the following business day.

**PLEASE REMIT FUNDS TO THE FOLLOWING:**

| Wiring Instructions | Mailing Instructions |
|---|---|
| Select Portfolio Servicing, Inc.<br>Salt Lake City, Utah<br>Attn: PAYOFF DEPARTMENT<br>Routing/ABA #  021000021<br>Account #  900900308<br>Wire Retaining<br>For Credit to: 0019615319<br>Name: SANDRA GILLIS | Select Portfolio Servicing, Inc.<br>Attn: PAYOFF DEPARTMENT<br>PO BOX 65450<br>Salt Lake City, UT 84165<br><br>Overnight Address:<br>3217 S. Decker Lake Dr.<br>Salt Lake City, UT 84119 |

9) **Regularly Scheduled Payments:** If you fail to make your regularly scheduled monthly mortgage payments within the timeframe stated on your monthly statement, the late charge disclosed on your monthly statement will be added to the payoff total. If your monthly payment is received, but is returned unpaid by your bank, a fee will be added to the payoff total to the extent permitted by applicable law.

10) **Automated Payments:** If your monthly payments are automatically deducted from your banking account, these payments will continue to be withdrawn until the account is paid in full, or unless we receive verbal or written cancellation instructions in our office no later than fifteen (15) days prior to the payment due date.

11) **Escrow Account:** If you have an escrow account with us, issuance of this Payoff Statement does not alter our responsibility to pay taxes and insurance from the escrow account. If a bill for these items is received prior to the receipt of payoff funds, we will pay them from the escrow account. Select Portfolio Servicing, Inc. is not responsible for private agreements between the mortgagor and a third party with regard to the disbursement of escrow funds. If funds have accumulated in the escrow account, and if we have been required to pay interest on such funds as provided by state law, interest will be paid to the date the escrow closes. Any deficiencies in the escrow account will be collected at payoff. Any excess funds in the escrow account will be refunded within twenty (20) business days after the payoff is completed. If lender placed insurance has been charged to the escrow account

XP111

Plaintiff10753



prior to payoff, the full amount will be required to pay off the account. If appropriate evidence of insurance is received, the applicable refund will be issued to the mortgagor of record within four to six weeks. Any escrow balance will be refunded after payoff, provided the last payment applied to the account has cleared the institution on which it was drawn.

12) **Forwarding Address:** Please provide the proper forwarding address to ensure receipt of applicable escrow refunds, cancelled documents, and annual tax/interest statements. If a forwarding address is not provided, all correspondence will be mailed to the customer's last known address.

13) **Release/Satisfaction of Mortgage:** Upon receipt of the timely payment of the total amount due, SPS will prepare and send for recording a lien release in full satisfaction of the mortgage on the above referenced property in accordance with timelines established by state law, foregoing all rights to personal liability or deficiency judgment.

14) **Questions?** If you have any questions, please contact our Customer Service Department. Our toll-free number is (800) 258-8602, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero (800) 831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**Minnesota – This collection agency is licensed by the Minnesota Department of Commerce**
**New York City – Collection Agency License #1170514**

XP111

**Plaintiff10754**



Sign up for paperless delivery
at www.spsservicing.com



Paperless

**PAYOFF STATEMENT**

Date: May 18, 2023
Requested By:

Account Number: ████████

Payment Due Date: November 01, 2008

**This Statement expires on:**
**June 17, 2023**

JACKIE ANDERSON

Customer Name/Property Address:

MARIA GUADALUPE NAVA

6300 DAKOTA RIDGE DRIVE
EL PASO, TX 79912

**THE FOLLOWING AMOUNTS ARE SUBJECT TO FINAL VERIFICATION**
**BASED ON THE RECEIPT OF FUNDS**

| ITEMIZATION | | |
|---|---|---|
| Unpaid Principal Balance | $ | 137,147.03 |
| Interest Calculated to June 17, 2023 | $ | 102,360.55 |
| Escrow/Impound Advance Balance | $ | 97,472.12 |
| Loan Level Advance Balance | $ | 28,110.46 |
| Recording Fee | $ | 14.00 |
| | | |
| **Total Amounts Due Under your Note and Mortgage** | $ | **365,104.16** |
| Per Diem Daily Interest | | $  14.39 |
| **TOTAL AMOUNT DUE** | $ | **365,104.16** |

XP111

Plaintiff10755



Sign up for paperless delivery
at www.spservicing.com


Paperless

**IMPORTANT INFORMATION REGARDING THE ACCOUNT PAYOFF:**

1) **Clearance of Funds:** The Payoff Statement assumes that payments made on your account have cleared your financial institution. If a payment you made is returned, you are still responsible to pay that amount, even though we accept the amount of your payoff. Payments received within thirty (30) days of the payoff application are subject to clearance by your financial Institution.

2) **Final Verification:** The amounts set forth in this Payoff Statement are subject to final verification.

3) **Expiration:** This Payoff Statement expires and is void after June 17, 2023. You must obtain an updated WRITTEN statement from us if you want to pay off your account after the expiration date. Please allow up to five (5) business days for us to provide you with an updated Payoff Statement (unless state law requires a shorter timeframe).

4) **Prepayment Penalty:** If your mortgage documents indicate a prepayment fee on your account, it is included as part of the total amounts due for payoff. If the prepayment fee should be waived, supporting documentation (e.g., final HUD1, grant deed, warranty deed, prepayment rider) must be faxed to (801) 269-4269 prior to the receipt of your payoff funds. Upon receipt, the documents will be reviewed for final determination of waiving the prepayment fee. If you have any questions about the prepayment fee, please contact us at (800) 258-8602.

5) **Foreclosure / Bankruptcy:** If the account is currently subject to a pending foreclosure or bankruptcy action, the attorney fees and costs for services rendered that have been incurred with respect to this pending action have been included in the outstanding amounts due.  Legal actions may continue after the date of this letter, and if so, will result in additional attorney fees and costs. An estimate of those amounts to be incurred between the date of this quote and the good through date are included. In the event that upon completion of the related legal work the actual legal fees and costs charged by the attorney to SPS are less than the estimates provided by the attorney in this quote, SPS will apply such overage to any other amounts due and owing. If there are no amounts due, SPS will refund such overage directly to the customer.

6) **Non-Sufficient Funds:** If the amounts received are not sufficient to pay the account in full, we will return the payoff funds. Interest will continue to accrue at the daily (per diem) amount shown on the Payoff Statement and late charges may be incurred until sufficient funds are received to pay the account in full. To avoid non-sufficient funds, please confirm the actual payoff amount by calling (800) 258-8602. A satisfaction/release of mortgage will not be recorded until all amounts due under your mortgage documents are received, unless applicable law requires otherwise.

7) **Scheduled Payments:** Do not cancel or stop payment on any of your regularly scheduled monthly payments. **Issuance of this Payoff Statement does not suspend your obligation to make your monthly payments under your mortgage documents.** You must continue to make your monthly

XP111

**Plaintiff10756**





payments, when due, up until the time your account is paid in full. If the last regular monthly payment you sent to us is returned for insufficient funds, is dishonored due to a stop payment order, or payment is not made for any other reason, the amount required to payoff your account may be higher than shown in this Payoff Statement.

8) **Remittance of Funds:** Payoff amounts must be remitted in U.S. Dollars by money wire, certified or cashier's check, title company check or an attorney's trustee check. No personal or unofficial checks will be accepted. A copy of the Payoff Statement must accompany your payoff check. No deliveries should be made on Saturday, Sunday or legal holidays. Payoff funds received after 12 p.m. Noon Eastern Time will be processed the following business day.

**PLEASE REMIT FUNDS TO THE FOLLOWING:**

| Wiring Instructions | Mailing Instructions |
|---|---|
| Select Portfolio Servicing, Inc. | Select Portfolio Servicing, Inc. |
| Salt Lake City, Utah | Attn: PAYOFF DEPARTMENT |
| Attn: PAYOFF DEPARTMENT | PO BOX 65450 |
| Routing/ABA # 021000021 | Salt Lake City, UT 84165 |
| Account # 900900308 | |
| Wire Retaining | Overnight Address: |
| For Credit to: ▮▮▮▮▮▮ | 3217 S. Decker Lake Dr. |
| Name: MARIA NAVA | Salt Lake City, UT 84119 |

9) **Regularly Scheduled Payments:** If you fail to make your regularly scheduled monthly mortgage payments within the timeframe stated on your monthly statement, the late charge disclosed on your monthly statement will be added to the payoff total. If your monthly payment is received, but is returned unpaid by your bank, a fee will be added to the payoff total to the extent permitted by applicable law.

10) **Automated Payments:** If your monthly payments are automatically deducted from your banking account, these payments will continue to be withdrawn until the account is paid in full, or unless we receive verbal or written cancellation instructions in our office no later than three (3) business days prior to the payment due date.

11) **Per Diem Daily Interest:** The Per Diem Daily Interest is the daily interest that will accrue after the effective date of this Payoff Statement, with the assumption that monthly payments are made as anticipated under the Note and Security Instrument. If payments are not made as anticipated under the Note and Security Instrument, the Per Diem Daily Interest may change, and may be higher or lower than stated above. If you have any questions regarding the outstanding amounts or the Per Diem Daily Interest outstanding, please contact Select Portfolio Servicing, Inc. for an updated amount.

12) **Escrow Account:** If you have an escrow account with us, issuance of this Payoff Statement does not alter our responsibility to pay taxes and insurance from the escrow account. If a bill for these items is received prior to the receipt of payoff funds, we will pay them from the escrow account. Select

XP111

Plaintiff10757

 

Portfolio Servicing, Inc. is not responsible for private agreements between the mortgagor and a third party with regard to the disbursement of escrow funds. If funds have accumulated in the escrow account, and if we have been required to pay interest on such funds as provided by state law, interest will be paid to the date the escrow closes. Any deficiencies in the escrow account will be collected at payoff. Any excess funds in the escrow account will be refunded approximately fourteen (14) business days after the payoff is complete. If lender placed insurance has been charged to the escrow account prior to payoff, the full amount will be required to pay off the account. If appropriate evidence of insurance is received, the applicable refund will be issued to the mortgagee of record within four to six weeks. Any escrow balance will be refunded after payoff, provided the last payment applied to the account has cleared the institution on which it was drawn.

13) **Forwarding Address:** Please provide the proper forwarding address to ensure receipt of applicable escrow refunds, cancelled documents, and annual tax/interest statements. If a forwarding address is not provided, all correspondence will be mailed to the customer's last known address.

14) **Release/Satisfaction of Mortgage:** Upon receipt of the timely payment of the required payoff amount, SPS will prepare and send for recording a lien release in full satisfaction of the mortgage on the above referenced property in accordance with timelines established by state law, foregoing all rights to personal liability or deficiency judgment.

15) **Questions?** If you have any questions, please contact our Customer Service Department. Our toll-free number is (800) 258-8602, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero (800) 831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City – Collection Agency License #1170514**

XP111

Plaintiff10758

**IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND**

| | |
|---|---|
| **BARBRA CLAIR,** as the assignee of DONNA KEMP, et al., *On behalf of themselves and other similarly situated persons* | Case No. 441428-V |
| Named Plaintiff, v. | Judge Ronald B. Rubin (Specially Assigned) |
| **NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("NATIONSTAR")** as the Successor by merger to Seterus, Inc., et al. | |
| Defendants | |

# Exhibit 38 to
# ANNOTATED STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

**Plaintiff10759**


**seterus**™
PO Box 1077; Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.

**Physical Address**
14523 SW Millikan Way; Suite 200; Beaverton, OR 97005

**Payments**
PO Box 54420; Los Angeles, CA 90054-0420

**Correspondence, Inquiries, and Notices**
PO Box 1077; Hartford, CT 06143-1077

**Phone:**866.570.5277
**Fax:**866.578.5277
www.seterus.com

*L103AA*
KEMP, DONNA L
7120 BALTIMORE ANPLS BLVD
GLEN BURNIE, MD 21061-2053

September 25, 2017
Loan Number: ▮▮▮▮▮▮
Serviced by Seterus, Inc.

RE:7120 BALTIMOREANPLS BLVD
GLEN BURNIE, MD 21061-2053

Dear KEMP, DONNA L:

We are responding to your request for the payoff total on loan number 30262318. All of the conditions in this statement must be met for your loan to be paid in full. Subject to these conditions, the amount required to pay your loan in full by October 02, 2017 is $268,462.34. This includes an unpaid principal balance of $192,809.28.

**PAYOFF CONDITIONS**

1. If payoff funds are received after October 02, 2017, an additional $10.57 interest is required for each day after that date.

2  If any charges (including escrow disbursements) are posted to your account after the date of this letter, you will have to pay those charges.

3. You must continue to make your scheduled loan payments when due. A late charge of $31.22 may be assessed in accordance with your loan agreement if the loan installment is not received prior to the expiration of your grace period.

4  All payments that we previously have received and receive in the future must clear. If they do not clear, additional funds may be required to cover the shortage.

5. At our option, we will return funds that are insufficient to complete the payoff, along with a new quote. Interest will continue to accrue until the full payoff is received.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COLORADOATTORNEYGENERALGOV/CA FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR.

Page 1 of 3

Plaintiff10760

KEMP, DONNA L
September 25, 2017
Loan number: ███████

The payoff total in this statement is good through October 02, 2017, unless a payoff statement with a later date is issued by us. If you do not pay prior to that date, please request an updated payoff statement prior to sending any funds. We do not provide a payoff statement over the phone. The terms of this payoff statement may only be modified when we issue a subsequent payoff statement.

If you currently make loan payments to us via AutoPay, it will be automatically discontinued once the loan is paid in full. However, if you would like to cancel your AutoPay before your loan is paid in full, please contact us at 866.570.5277. If a draft is scheduled to occur in less than five days, do not place a stop payment on the draft. If this results in any overpayment on the loan, a refund with be mailed within 30 days.

We will return any excess funds after the payoff as well as send any remaining escrow balance, subsequent refunds, and year-end information to the mailing address on file. Escrow funds will be released approximately 20 business days after the loan is paid in full.

Send your payment to the attention of the Transaction Processing Department. If we receive your payoff funds after 4 p.m. Pacific time, we will process them the next business day; otherwise, we will process payoff funds the same day that we receive them. The payment(s) to pay off the loan must clear in order for us to release the lien. Personal checks are subject to a 21-day hold or more to ensure the payment has cleared. We will forward the satisfaction and documents to the county for recording after the loan is paid in full.

**PAYMENT INSTRUCTIONS**

| WIRING INSTRUCTIONS | OVERNIGHT ADDRESS |
| --- | --- |
| JP Morgan Chase Bank, Tampa, FL | Seterus, Inc. |
| ABA: 0210-0002-1 | Transaction Processing Department |
| Account: 859310005 | 14523 S.W. Millikan Way, Suite 200 |
| Seterus, Inc. | Beaverton OR  97005 |
| Loan Number: 30262318 | Loan Number: 30262318 |
| Borrower Name: KEMP, DONNA L | Borrower Name: KEMP, DONNA L |

Plaintiff10761

KEMP, DONNA L
September 25, 2017
Loan number: ▮▮▮▮▮▮

**THIS PAYOFF STATEMENT EXPIRES ON October 02, 2017.**

| | |
|---|---:|
| Due Date of Next Payment: | January 01, 2017 |
| Interest Rate: | 2.00000% |
| Per Diem Rate: | $10.57 |
| Current Principal Balance: | $192,809.28 |
| Unpaid Interest: | 3,224.06 |
| Escrow Overdraft: | 2088.34 |
| Deferred Principal: | 70004.88 |

Unpaid Open Charges Through September 25, 2017:

| | |
|---|---:|
|    LATE CHARGES: | 249.76 |
|    Property Inspection Costs: | 180.00 |
| Less Suspense: | -93.98 |
| Pending Expense Credit: | 0.00 |
| Total Amount Secured by the Mortgage or Deed of Trust: | $268,462.34 |
| Recording Cost to Release  Documents: | 0.00 |
| Total Payoff Amount Due as of October 02, 2017: | $268,462.34 |

If you have any questions, please contact us at 866.570.5277.

Sincerely,

Seterus, Inc.

IMPORTANT NOTE: The owner of your loan is Federal National Mortgage Association (Fannie Mae®), 3900 Wisconsin Avenue NW, Washington, DC 20016-2892, 800.732.6643. Fannie Mae has contracted with us to service and respond to inquiries about your loan. Please direct all correspondence to Seterus, Inc., PO Box 1077, Hartford, CT 06143-1077.

Plaintiff10762

# Truist

Account Verifications
PO Box 486
Whiteville, NC 28472-0486
(844) 487-8478

**CARLA ZAMBRANO**

AMERIKOR TITLE & ESCROW, LLC

7361 CALHOUN PLACE, SUITE 340

Suite 340

ROCKVILLE, MD  20855

## Truist Payoff Statement

| | |
|---|---|
| Payoff Statement Date: | 7/5/2022 |
| Client Name: | RICARDO A SALOM |
| Account and NoteNumber: | ███████3998 |
| Collateral Information (when applicable) | |
| Collateral Real Property Address: | 14608 QUINCE ORCHARD RD NORTH POTOMAC,MD 20878 |
| Collateral Vehicle Identification Number: | |

| | |
|---|---|
| Payoff Effective Date: | 7/19/2022 |
| Principal Balance: | $46,212.44 |
| Interest: | $97.66 |
| If Applicable: | |
| Late Fees: | $0.00 |
| Lien Release Fee: | $0.00 |
| Pre–Payment Penalty Fee: | $0.00 |
| GAP Waiver/Variance Fee: | $0.00 |
| Other Fees: | $0.00 |
| **Total Payoff Amount:** | **$46,310.10** |

This payoff statement reflects the status of the Account as of the Payoff Effective Date shown above. The payoff amount will change with any payments, advances and/or fees that have not yet posted to the Account or that may occur in the future. The payoff amount may also reflect

This form has been completed by a duly authorized representative of Truist and certifies that the information contained herein is accurate as of this date.

**Completed By:      Truist Account Verifications Representative**

**Date: 07/05/2022      Reference #: 00989809**

**NOTICE:** This facsimile transmission may contain confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, copying, or other use of this information is strictly prohibited.  If you have received this facsimile transmission in error, please notify the sender immediately by telephone at 1-844-487-8478. Thank you.

Plaintiff10763

# Truist

Account Verifications
PO Box 486
Whiteville, NC 28472-0486
(844) 487-8478

**CARLA ZAMBRANO**
AMERIKOR TITLE & ESCROW, LLC
7361 CALHOUN PLACE, SUITE 340
Suite 340
ROCKVILLE, MD  20855

payments that have posted to the Account, but have not cleared (i.e. the funds have not actually transferred).  If those funds fail to transfer, the payoff quote below will not be sufficient to satisfy the loan and you will be required to remit the remaining funds. Payment should be made in US dollars in immediately available funds. The Account will also continue to accrue interest daily at the Per Diem rate of: 3.4800. Please contact Truist at 1–844–487–8478 with any questions.

Please send your payoff to one of the addresses below or make your payment at any Truist banking center.

| **Regular Mail:** | **Express Delivery:** |
|---|---|
| Truist Retail Loans – Payoff | Truist |
| PO Box 580223 | Attn:  Lockbox #580223 |
| Charlotte, NC  28258–0223 | 5130 Parkway Plaza Blvd. |
|  | Charlotte, NC 28217–1954 |

**Section applicable to Line of Credit accounts only:**
Indicate your intent by checking only one option below and include this signed letter with your payment:

| ___ Payoff/Close | Upon receipt of the full payoff amount, the Account will be closed and the lien will be released. If you choose this option, you will no longer be able to draw on the Account. |
|---|---|
| ___Paydown | The Account will remain open. You will continue to be able to draw on the Account up to your credit limit and the lien will not be released. |

**Borrowers Signature:** _____
**Co–Borrowers Signature:** _____

This form has been completed by a duly authorized representative of Truist and certifies that the information contained herein is accurate as of this date.
**Completed By:     Truist Account Verifications Representative**
**Date: 07/05/2022     Reference #: 00989809**
**NOTICE:** This facsimile transmission may contain confidential information intended solely for the use of the addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, copying, or other use of this information is strictly prohibited.  If you have received this facsimile transmission in error, please notify the sender immediately by telephone at 1-844-487-8478.  Thank you.

**Plaintiff10764**

# EXHIBIT 8

Plaintiff10765



P.O. Box 814529
Dallas, TX 75381-4529
888.616.5400 toll free
844.897.5703 fax
www.rushmorelm.com

**Address Service Requested**

May 28, 2021

Kenneth L Contee
603 Jarvis Crest CT
Bowie, MD 20721 7278
*

Loan No:  ████3095
Loan Type: VA
VA Guaranty No: LH██4774
Noteholder: Rmtp P/t 2021 Bkm-gov

Property Address:
603 Jarvis Crest CT
Bowie MD 20721

████@verizon.Net

## PAYOFF STATEMENT

```
********************************************************************
ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW.
********************************************************************
```

These figures are good to June 24, 2021. (the "Good-Through Date")
This loan is due for the September 01, 2020 payment.

| | | |
|---|---|---:|
| The current total unpaid Principal Balance is: | $ | 401,969.06 |
| Unpaid Interest Due at Payoff | $ | 13,061.00 |
| Suspense Balance | $ | -2,009.34 |
| Unpaid Late Charges | $ | 525.66 |
| Recoverable Corporate Advances | $ | 2,515.00 |
| Est Fcl Fee & Cost | $ | 90.52 |
| Recon/Recording Fee | $ | .00 |
| Deferred Interest | $ | .00 |
| Short Interest | $ | .00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * * $ | | 416,151.90 |
| | | |
| 2nd Principal Balance | $ | .00 |
| Deferred Interest Balance | $ | .00 |

The total unpaid Principal Balance includes the 2nd Principal Balance,
Deferred Interest Balance, Principal Reduction Amount (HAMP incentive)
and/or a Forbearance Amount.



NMLS ID: 185729

J.R. 42

**Plaintiff10766**



**Address Service Requested**

Loan No: ████3095
Property Address:
603 Jarvis Crest CT
Bowie MD 20721

If the loan is less than 30 days past due the Principal Reduction Amount
is deducted from the total amount due.

Funds received on or after June 24, 2021 will require an additional
$ 39.92 interest per Day.

Payoff funds being sent by mail must be directed to:

        Rushmore Loan Management Services LLC
            Attn: Payoff Department
            15480 Laguna Canyon Road Suite 100
            Irvine, CA 92618

These figures are subject to final verification by the Noteholder.
Figures may be adjusted if any check/money order previously received is
rejected by the institution upon which it was drawn.

The escrow balance is subject to audit and may change due to receipts
and/or disbursements from the account prior to payment in full.
The current escrow balance of $ 2,399.64 will be refunded upon
receipt of the release from the current Noteholder.

Any amounts included in the Estimated Fees and Costs section of this
letter anticipate certain actions we must take before the Good-Through
Date pursuant to our rights and duties under the Loan Documents. These
Estimated Fees and Costs are expenses related to the servicing of your
loan we have already incurred but not yet received an invoice for or
for which we anticipate incurring on or before the Good-Through Date.
There may be additional fees incurred for which you are responsible
that are unknown as of the date of this letter and which are not
included above. Estimated Fees and Costs may include, but are not
limited to, expenses for items such as escrow advances for property
taxes, insurance, legal fees and costs, or other advances necessary and
permissible under the Loan Documents. You do not have to pay for any
fees or costs not incurred by the time your full payment is received.
In the event you submit a payment for more than the total amount owed
at the time the payment is received, we will refund you the difference.



J.R. 43

**Plaintiff10767**



P.O. Box 814529
Dallas, TX 75381-4529
888.616.5400 toll free
844.897.5703 fax
www.rushmorelm.com

**Address Service Requested**

Loan No: ▮▮▮▮3095
Property Address:
603 Jarvis Crest CT
Bowie MD 20721

Issuance of this statement does not suspend the contract requirement to make the mortgage payments when due. A late charge of $ 79.20 will be assessed 16 days after a current payment is due and should be added to the payoff total if received after that time. All past due amounts are included in the above figures.

If this property is sold, please provide the seller's forwarding address.

PAYOFF DEPARTMENT

XP011-086/JED



NMLS ID: 185729

J.R. 44

**Plaintiff10768**



P.O. Box 814529
Dallas, TX 75381-4529
888.616.5400 toll free
844.897.5703 fax
www.rushmorelm.com

**Address Service Requested**

## RUSHMORE LOAN MANAGEMENT SERVICES LLC

### WIRING INSTRUCTIONS

Please wire funds to:

Institution:                Wells Fargo

ABA Routing Number:         Bank ████0248
Account Number:             ████9028
Reference:                  Loan Number
                            Borrower Name


Attn:                       Cashiering Department
Beneficiary:                Rushmore Loan Management LLC
                            15480 Laguna Canyon Road
                            Suite 100
                            Irvine, CA 92618


Customer Care:              888-504-6700



NMLS ID: 185729

J.R. 45

**Plaintiff10769**

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion.  Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 04/21

J.R. 46

**Plaintiff10770**

## STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov.

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**
California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 1755 Wittington Place, Suite 400, Dallas TX 75234
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

J.R. 47

Plaintiff10771

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number 185729

Please be advised that calls regarding your property insurance requirements may be answered by Southwest Business Corporation, a third party insurance producer and tracking services provider.

**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324, the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 25-2020: Borrowers:  The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 888-504-6700. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

J.R. 48

**Plaintiff10772**



**Rushmore Loan Management Services**
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

August 15, 2022

Kenneth L Contee
603 Jarvis Crest CT
Bowie, MD 20721 7278
*

Loan No: ███3095
Loan Type: VA
VA Guaranty No: LH██4774

Property Address:
603 Jarvis Crest CT
Bowie MD 20721

████████@verizon.
Net

### PAYOFF STATEMENT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ONLY CERTIFIED FUNDS WILL BE ACCEPTED FOR THE PAYOFF SHOWN BELOW.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
These figures are good to September 01, 2022. (the "Good-Through Date")
This loan is due for the August 01, 2022 payment.

| | | |
|---|---|---:|
| The current total unpaid Principal Balance is: | $ | 382,843.42 |
| Unpaid Interest Due at Payoff | $ | 2,313.02 |
| Unpaid Late Charges | $ | 950.40 |
| Recoverable Corporate Advances | $ | 2,606.40 |
| Deferred Interest | $ | .00 |
| Recon/Recording Fee | $ | 15.00 |
| Deferred Interest | $ | .00 |
| Short Interest | $ | .00 |
| * * * * TOTAL AMOUNT TO PAY LOAN IN FULL * * * * * $ | | 388,728.24 |
| | | |
| 2nd Principal Balance | $ | .00 |
| Deferred Interest Balance | $ | .00 |

The total unpaid Principal Balance includes the 2nd Principal Balance,
Deferred Interest Balance, Principal Reduction Amount (HAMP incentive)
and/or a Forbearance Amount.



NMLS #185729

J.R. 49

```
Loan No:      ███3095
Property Address:
603 Jarvis Crest CT
Bowie MD 20721
```

If the loan is less than 30 days past due the Principal Reduction Amount is deducted from the total amount due.

Funds received on or after September 01, 2022 will require an additional $ 38.02 interest per Day.

Payoff funds being sent by mail must be directed to:

> Rushmore Loan Management Services LLC
>     Attn: Payoff Department
>     15480 Laguna Canyon Road Suite 100
>     Irvine, CA 92618

These figures are subject to final verification by the Noteholder. Figures may be adjusted if any check/money order previously received is rejected by the institution upon which it was drawn.

The escrow balance is subject to audit and may change due to receipts and/or disbursements from the account prior to payment in full. The current escrow balance of $ 6,804.47 will be refunded upon receipt of the release from the current Noteholder.

Any amounts included in the Estimated Fees and Costs section of this letter anticipate certain actions we must take before the Good-Through Date pursuant to our rights and duties under the Loan Documents. These Estimated Fees and Costs are expenses related to the servicing of your loan we have already incurred but not yet received an invoice for or for which we anticipate incurring on or before the Good-Through Date. There may be additional fees incurred for which you are responsible that are unknown as of the date of this letter and which are not included above. Estimated Fees and Costs may include, but are not limited to, expenses for items such as escrow advances for property taxes, insurance, legal fees and costs, or other advances necessary and permissible under the Loan Documents. You do not have to pay for any fees or costs not incurred by the time your full payment is received. In the event you submit a payment for more than the total amount owed at the time the payment is received, we will refund you the difference.



NMLS #185729

J.R. 50

**Plaintiff10774**



Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619
888-504-6700 | www.rushmorelm.com

Loan No:  ████3095
Property Address:
603 Jarvis Crest CT
Bowie MD 20721

Issuance of this statement does not suspend the contract requirement to make the mortgage payments when due. A late charge of $ 79.20 will be assessed 16 days after a current payment is due and should be added to the payoff total if received after that time. All past due amounts are included in the above figures.

If this property is sold, please provide the seller's forwarding address.

PAYOFF DEPARTMENT

XP011-087/JCR

NMLS #185729 

J.R. 51

**Plaintiff10775**

**RUSHMORE LOAN MANAGEMENT SERVICES LLC**

**WIRING INSTRUCTIONS**

Please wire funds to:

| | |
|---|---|
| Institution: | Wells Fargo |
| ABA Routing Number: | Bank ████ 0248 |
| Account Number: | ████ 9028 |
| Reference: | Loan Number |
| | Borrower Name |
| | |
| Attn: | Cashiering Department |
| Beneficiary: | Rushmore Loan Management LLC |
| | 15480 Laguna Canyon Road |
| | Suite 100 |
| | Irvine, CA 92618 |
| | |
| Customer Care: | 888-504-6700 |


NMLS #185729

J.R. 52

**Plaintiff10776**

## ADDITIONAL NOTICES

Rushmore Loan Management Services LLC is a Debt Collector attempting to collect a debt.

**Bankruptcy Notice.** If you are in bankruptcy or if your obligation to repay this loan was discharged in bankruptcy, this informational notice is sent to you in order to comply with statutory requirements. It is not an attempt to collect a debt. You may disregard information relating to payment remittance. You are not obligated to make payments and any amount(s) you do pay Rushmore is at your discretion.  Please note, however, Rushmore reserves the right to exercise its legal rights, including but not limited to foreclosure of its lien interest, only against the property securing the original obligation.

If you have any other mortgage loans secured by the same property not serviced by Rushmore, please contact your other servicer directly to discuss any possible loss mitigation options that may be available to you.

If you are a confirmed Successor-in-Interest who has not assumed the mortgage loan obligation under State Law, this letter is being sent for information purposes only and does not constitute personal liability with respect to the debt.

**LEGAL NOTIFICATION:** Rushmore Loan Management Services LLC may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### Notice of Error Resolution & Information Request Procedures
The following outlines the Error Resolution and Information Request Procedures for your mortgage account at Rushmore Loan Management Services LLC (RLMS). Please keep this document for your records.

***If you think an error has occurred on your mortgage account or if you need specific information about the servicing of your loan, please write us at:***

**Rushmore Loan Management Services LLC**
P.O. Box 52262
Irvine, California 92619-2262

All written requests for information or notices of error should contain the following information:

1. Your name
2. Account number
3. Property Address
4. Description of the error and explanation as to why you believe it is an error or a request for specific information regarding the servicing of your loan
5. Current contact information so we may follow up with you

All written requests for specific information will be handled within 30 days of receipt. We will determine whether an error occurred within 30 days after receiving your notice of error and will correct any error promptly (Notices of error on payoff statements will be handled within 7 days). If additional time is needed to investigate your complaint or request, we may take up to 45 days but we will notify you of the extension within the original 30 days. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

### HUD STATEMENT
Pursuant to section 169 of the Housing and Community Development Act of 1987, you may have the opportunity to receive counseling from various local agencies regarding the retention of your home. You may obtain a list of the HUD approved housing counseling agencies by calling the HUD nationwide toll free telephone at 1-800-569-4287.

### Equal Credit Opportunity Act Disclosure
NOTICE: The federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW, Washington, DC 20552 or Federal Trade Commission, Equal Credit Opportunity, Washington, DC 20580.

Rev 06/22

J.R. 53

**Plaintiff10777**

**The following notice is in reference to the Homeowner Assistance Fund:**

The Homeowner Assistance Fund is a federal program to help homeowners impacted by COVID-19 resolve mortgage payments and other housing expenses.  To learn more about the availability of Homeowner Assistance Funds in your state, please visit Rushmore's State Homeowner Assistance Resources page at https://www.rushmorelm.com/state-assistance/

J.R. 54

Plaintiff10778

## STATE SPECIFIC NOTICES

**The following notice applies to Arkansas residents only:**

Please note that Rushmore Loan Management Services LLC is licensed in Arkansas and that complaints about Rushmore Loan Management Services LLC may be submitted to the Arkansas Securities Department via the Department's website (http://www.securities.arkansas.gov/) or toll-free 1-800-981-4429.

**The following notice applies to California residents only:**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP (382-4357) or www.ftc.gov.

**The following notice applies to Colorado residents only:**

Please note: A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt.
FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE www.coag.gov/car.
Please be advised that you can reach the Colorado Foreclosure Hotline at 1-877-601-HOPE (601-4673).

Local Rushmore Loan Management Services LLC Agent for Colorado Residents:
Irvin Borenstein
7200 S. Alton Way, #B180
Centennial, CO 80112
303-309-3839

**The following notice applies to Hawaii residents only:**

Rushmore is licensed by the Division of Financial Institutions for the State of Hawaii. A borrower may file a complaint about Rushmore Loan Management Services with the Commissioner:

**Division of Financial Institutions**
Department of Commerce and Consumer Affairs
King Kalakaua Building
335 Merchant Street, Rm. 221
Honolulu, HI 96813

If you believe your loss mitigation option request has been wrongly denied, you may file a complaint with the state division of financial institutions at 808-586-2820 or dfi@dcca.hawaii.gov.

**The following notice applies to Massachusetts residents only:**

Notice of IMPORTANT RIGHTS: You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to the creditor.

**The following notice applies to North Carolina residents only:**

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the North Carolina Office of the Commissioner of Banks website,** www.nccob.gov **.**

**RUSHMORE LOAN MANAGEMENT SERVICES LLC Branch Addresses:**

J.R. 55

Plaintiff10779

California Branch: 15480 Laguna Canyon Road, Suite 100, Irvine CA 92618
Texas Branch: 8616 Freeport Pkwy, Suite 100 Irving, TX 75063
Oklahoma Branch: 2000 North Classen Blvd, Suite N3400, Oklahoma City, OK 73106

**Collection Agency**
CA Office License Number: **103651**
TX Office License Number: **112248**
OK Office License Number: **113559**

**The following notice applies to New York residents only:**

NOTICE PURSUANT TO NEW YORK STATE BANKING REGULATION 419
Rushmore is registered with the Superintendent of Banks for the State of New York. A borrower may file a complaint about Rushmore Loan Management Services with the New York State Department of Financial Services. A borrower may obtain further information from the New York State Department of Financial Services by calling the Department's Consumer Assistance Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov.

**If you believe the loss mitigation request has been wrongly denied, you may file a complaint with the New York State Department of Financial Services at 1-800-342-3736 or www.dfs.ny.gov.**

NMLS Unique ID Number 185729

Please be advised that calls regarding your property insurance requirements may be answered by Southwest Business Corporation, a third party insurance producer and tracking services provider.

You may request to receive communications from Rushmore in alternative format, which may include large print, Braille, or audio. To make this request, please contact Rushmore at (888) 504-6700.

New York City Consumers:

 Rushmore Loan Management Services may provide language access services to consumers who seek to communicate in a language other than English when contacting our customer service center and speaking to a live agent.

 A translation and description of commonly-used debt collection terms is available in multiple languages on the New York City Department of Consumer Affairs' website, www.nyc.gov/dca.

**The following notice applies to Texas residents only:**

COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE
SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH
LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS
AVAILABLE AT 877-276-5550.

A complaint form and instructions may be downloaded and printed from the Department's
website located at www.sml.texas.gov or obtained from the department upon request by mail at
the address above, by telephone at its toll-free consumer hotline listed above, or by email at
smlinfo@sml.texas.gov.

**The following notice applies to Oregon residents only:**

Pursuant to Oregon Revised Statutes 86A.324, the Director of the Department of Consumer and Business Services prescribed by law and pursuant to FSR 25-2020: Borrowers:  The Oregon Division of Financial Regulation (DFR) oversees residential mortgage loan servicers who are responsible for servicing residential mortgage loans in connection with real property located in Oregon and persons required to have a license to service residential mortgage loans in this state. If you have questions regarding your residential mortgage loan, contact your servicer at 888-504-6700. To file a complaint about unlawful conduct by an Oregon licensee or a person required to have an Oregon license, call DFR at 888-877-4894 or visit dfr.oregon.gov.

J.R. 56

**Plaintiff10780**

**The following notice applies to Pennsylvania residents only:**

The lender shall retain a security interest in the residential real estate unless and until the debt is fully satisfied and the security interest is released.

**The following notice applies to Wisconsin residents only:**

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

J.R. 57

Plaintiff10781