UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC<br><br>Defendant. | Case No. 2:24-cv-00444-BJR |

# Exhibit 6 to the

# Motion to Substitute and Reform Case Caption

IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

| | |
|---|---|
| **Barbra Clair** *et al.*, * | |
| * | |
| Plaintiffs, * | |
| v.   * | Case No.: 441428-V |
| **Nationstar Mortgage LLC d/b/a,** * | |
| **Mr. Cooper as successor by merger** * | Judge Ronald B. Rubin |
| **to Seterus, Inc.** *et al.*, * | (Specially assigned) |
| * | |
| Defendants. * | |

### ORDER GRANTING FINAL APPROVAL OF TWO SETTLEMENT CLASSES, AWARDING SERVICE FEES, ATTORNEYS FEES AND COSTS, ADMINISTRATIVE FEES AND DESIGNATING CY PRES RECIPIENT

Plaintiffs Barbara Clair and Mirtha Claros-Almendras, having moved (i) for final approval of the Settlement of the two Settlement Classes pursuant to the terms of the parties' Settlement Agreement that this Court preliminarily approved ("Preliminary Approval Order"), and (ii) to approve incentive fees, award attorney's fees and costs and designate a *cy pres* recipient; the Court having read and considered the Motions and the entire record herein;

**NOW, THEREFORE, IT IS HEREBY ORDERED,** that:

1.      Except for the terms expressly defined herein, the Court adopts and incorporates the definitions in the Settlement Agreement for the purposes of this Order.

2.      The Court finds that the applicable provisions of Rule 2-231 have been satisfied and that the Court finally approves the Settlement and certifies the Settlement Classes for purposes of Final Judgment.

3.      The Class is defined as: All persons with residential mortgage loans secured by real property in Maryland, which were serviced by Seterus and owned by Fannie Mae or in a

ACTIVE/124439201.2

Entered: Clerk, Circuit Court for Montgomery County, MD
December 12, 2023

securitization trust for which Fannie Mae was the trustee, for which Seterus imposed one or more Property Inspection Fee from March 2010 through February 2019.

4. Settlement Class A is defined as: All persons from or on behalf of whom Seterus collected at least one Property Inspection Fee (or a partial Property Inspection Fee) via a borrower payment or by adding it to a loan modification balance.

5. Settlement Class B is defined as: All persons who Seterus imposed at least one Property Inspection Fee onto the periodic statement or other written communication sent to a borrower, or were assessed to the borrower's loan account, but the fee was never paid by Class member.

6. Barbra Clair is confirmed as class representative for Settlement Class A.

7. Mirtha Claros-Almendras is confirmed as class representative for Settlement Class B.

8. The Court confirms the appointment of Scott Borison and Phillip Robinson as Class Counsel, having determined that the requirements of Rule 2-231 are fully satisfied by this appointment.

9. A Final Approval Hearing was held on or about December 8, 2023 to finally approve the Settlement and to consider the fairness, reasonableness, and adequacy of the Settlement. The date, time, and venue of the Final Approval Hearing was set forth in the Class Notices that have been sent as ordered by the Preliminary Approval Order.

10. The Court finds that the distribution of the Class Notices fully and accurately informed all Members of the Settlement Classes of the material elements of the Settlement; constituted the best notice practicable under the circumstances; constituted valid, due and sufficient notice; and complied fully with Maryland Rule 2-231.

ACTIVE/124439201.2

Entered: Clerk, Circuit Court for
Montgomery County, MD
December 12, 2023

11. The Court finds that after proper notice to the Settlement Classes and after sufficient opportunity to object, no timely objections to the Settlement have been made.

12. The Court finds that the Settlement is fair, reasonable, adequate, and in the best interests of the Settlement Classes.

13. The Court finds the Settlement was made in good faith.

14. The Court finds that the neither the Final Approval Order nor this Agreement shall constitute an admission of liability by the Parties of any liability or wrongdoing.

15. The Parties are directed to perform in accordance with the terms of the Settlement Agreement.

16. The Court also finds that the following additional service fees to the Named Plaintiffs sought are reasonable, fair and adequate and directs that the following incentive payments shall be paid from the common fund:

| Name | Amount |
| --- | --- |
| Barbra Clair | $7,500.00 |
| Mirtha Claros-Almendras | $7,500.00 |

The Court finds that the attorney's fees and costs sought are reasonable, fair and appropriate as a percentage of the relief obtained on behalf of the Classes in the amount of $1,400,000 equaling 40% of the total benefit obtained on behalf of the Class A and Class B class members and shall be paid by Defendants from the Common Fund. Counsel is also awarded costs of $57,174.50.

17. The Court finds that the administrative costs shall be paid by Defendants from the Common Fund.

18. The Court designates Housing Initiative Partnership, Inc. as the *cy pres* recipient if there are any unclaimed funds.

ACTIVE/124439201.2

Entered: Clerk, Circuit Court for Montgomery County, MD
December 12, 2023

19. The Releasors have released the Released Parties from all Released Claims as provided for in Paragraph 37 of the Settlement Agreement.

20. The Third Amended Complaint is dismissed with prejudice.

21. The Court retains exclusive jurisdiction over the Action and the Parties for the purposes of, among other things: (i) supervising the implementations, enforcement, construction, and interpretation of the Settlement Agreement the Preliminary Approval Order and this Order; and (ii) supervising the administration and distribution of the relief to the Settlement Class B and resolving any disputes that may arise with regard to the any of the foregoing.

**SO ORDERED.**

Dated: December 8, 2023

_____
Ronald B. Rubin
Circuit Court Judge

**Entered: Clerk, Circuit Court for Montgomery County, MD December 12, 2023**