IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, on their own behalf and on behalf of other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC<br><br>Defendants. | Civil Action No. 2:24-cv-00444-BJR |

**(PROPOSED) ORDER GRANTING THE CONSUMER FINANCIAL PROTECTION BUREAU'S MOTION TO WITHDRAW ITS AMICUS BRIEF**

THIS MATTER having come before the Court upon the Consumer Financial Protection Bureau's motion to withdraw its amicus brief and the Court having considered the files and the records herein,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the CFPB's Motion is GRANTED and the CFPB's amicus brief is hereby withdrawn.

DATES this _____ day of May __, 2025.

_____
Honorable Barabara J. Rothstein

Presented by:

Mark Paoletta
  *Chief Legal Officer*
Daniel Shapiro
  *Deputy Chief Legal Officer*
Victoria Dorfman
  *Senior Legal Advisor*
Christopher J. Deal
  *Assistant General Counsel*
Joe Frisone
  *Senior Counsel*
Lauren Gorodetsky
  *Counsel*

Consumer Financial Protection Bureau
1700 G Street, NW
Washington, D.C. 20552
202-435-9287
Joseph.Frisone@cfpb.gov

(PROPOSED) ORDER GRANTING THE
CONSUMER FINANCIAL PROTECTION BUREAU'S
MOTION TO WITHDRAW ITS AMICUS BRIEF
2:24-cv-00444-BJR