The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC<br><br>Defendant. | Case No. 24-cv-444-BJR<br><br>**ORDER GRANTING IN PART AND DENYING IN PART THE CONSUMER FINANCIAL PROTECTION BUREAU'S MOTION TO WITHDRAW ITS AMICUS BRIEF** |

ORDER GRANTING IN PART AND DENYING IN PART THE CFPB's MOTION TO WITHDRAW ITS AMICUS BRIEF
24-cv-444-BJR

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

THIS MATTER having come before the Court upon the Consumer Financial Protection Bureau's Motion to Withdraw its Amicus Brief ("Motion"), and the Court having considered the Motion, Plaintiffs' Response and Opposition, applicable law, and the record in this case.

Accordingly, it is hereby ORDERED THAT:

1. The Consumer Financial Protection Bureau's Motion is GRANTED IN PART. The Consumer Financial Protection Bureau is permitted to withdraw its Amicus Brief to the extent the brief discusses the now-withdrawn advisory guidance as published in the Federal Register on May 12, 2025 (90 FR 20084-01).

2. The Motion is DENIED IN PART to the extent that the Amicus Brief (Dkt. 49-1) shall remain on the docket as part of the public record and adjudicatory record. The Court may consider its contents to the extent they remain consistent with operative statutes, regulations, and case law.

3. The Clerk is directed to terminate the Consumer Financial Protection Bureau as amicus.

IT IS SO ORDERED.

DATED this 10th day of June, 2025.

_____
The Honorable Barbara J. Rothstein
United States District Judge

1

ORDER GRANTING IN PART AND DENYING IN PART THE CFPB's MOTION TO WITHDRAW ITS AMICUS BRIEF
24-cv-444-BJR

DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010