The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICARDO SALOM, CATHERINE PALAZZO as assignee for Ruben Palazzo, and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons*,<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC,<br><br>Defendant. | Case No. 2:24-cv-00444-BJR<br><br>**DEFENDANT NATIONSTAR MORTGAGE LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF RELATED CASES** |

NATIONSTAR MORTGAGE LLC'S RESPONSE TO PLAINTIFFS' NOTICE OF RELATED CASES - 1
(Case No. 2:24-cv-00444-BJR)

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322 / F: 503.290.2405

Defendant Nationstar Mortgage LLC ("Nationstar") files this brief response to the Notice of Related Cases filed by Plaintiffs (Dkt. # 121). Plaintiffs identify two cases they assert are "related cases" under Local Rule 3, namely *Bates v. Nationstar Mortgage, LLC*. pending in the United States District Court for the Eastern District of Virginia, Case No. 3:25-cf-00415-DJN, and *Bloom v. Nationstar Mortgage, LLC*, filed in the Supreme Court, Orange County, New York, Case No. EF010147 (2018) (on appeal to the Appellate Division of New York's Second Judicial Department). Nationstar disputes Plaintiffs' characterization of these cases, as well as Plaintiffs' assertion that they are related to this case.

### A. Neither Bates nor Bloom is a "related case" under Local Rule 3(g).

As a threshold matter, Plaintiffs appear to assert that the *Bates* and *Bloom* cases are related to this case under Local Rule 3(g), based on their statement that they "do not believe there is likely to be any undue burden or duplication labor between these overlapping matters." Dkt #121 (identifying the matters required by Local Rule 3(g)(4)). But given Local Rule 3(g)'s reference to whether there is the potential for conflicting results if the cases are conducted before different judges, Local Rule 3(g) plainly is directed to related cases pending in *this District*. This is further evident from the following Local Rule 3(h) titled "Notice of Pendency of Other Action in another Jurisdiction or Forum." The apparent purpose of the Local Rule 3(g) is to permit the Court to consolidate cases pending in this District if appropriate. Neither of the cases identified by Plaintiffs is pending in this jurisdiction and therefore they cannot be the subject of a Rule 3(g) Notice of Related Cases.

Moreover, neither case meets the definition of a "Related Case" set forth in the Rule. Rule 3(g) provides that a case is "related" when it "concern[s] substantially the same parties, property, transaction, or event; and (B) it appears likely there will be an unduly burdensome duplication of labor and expense of labor or the potential for conflicting results if the cases are conducted before different judges." L.R. 3(g)(4). Plaintiffs themselves have disclaimed the existence of the condition in subsection (B). And neither *Bates* nor *Bloom* concern substantially the same "property, transaction, or event," as set forth below. Accordingly, neither *Bates* nor *Bloom* is a "related case."

NATIONSTAR MORTGAGE LLC'S RESPONSE TO PLAINTIFFS'
NOTICE OF RELATED CASES - 2
(Case No. 2:24-cv-00444-BJR)

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322 / F: 503.290.2405

More particularly:

### B. Neither Bates nor Bloom qualifies as an "other action" requiring disclosure under Local Rule 3(h).

To the extent Plaintiffs intended to file their Notice of Related Cases pursuant to Local Rule 3(h), the notice is defective on its face because it fails to contain a statement addressing transfer pursuant to 28 U.S.C. § 1407 and a statement regarding whether coordination between actions might avoid conflicts, conserve resources, and promote an efficient determination of the action. L.R. 3(h).

In any event, neither *Bates* nor *Bloom* is an "other case" because they do not involve the same subject matter as this case. Specifically:

*Bates v. Nationstar Mortgage, LLC*: This case, recently filed in the United States District Court for the Eastern District of Virginia, does not involve allegations that the plaintiff was charged a fee for the expedited delivery (or even preparation) of a payoff statement. Instead, the plaintiff there asserts that Nationstar improperly declared her loan in default and then failed to send her a payoff statement when she requested one. (Case No. 3:25-cv-00415-DJF, Dkt. #1, ¶¶ 43-49, 51-55, 57.) Her claims rest on her submission to Nationstar of an estimated amount to pay off her loan, which she asserts exceeded the amount owed and was used to pay improper default fees, including property inspection fees, as well as taxes she did not owe. *Id.*, ¶¶ 52-62. The gist of the Complaint is that Nationstar failed to refund the sums she overpaid. *Id.* ¶¶ 67-68. The claims have no relationship whatsoever to those asserted in this case.

*Bloom v. Nationstar Mortgage, LLC*: As Nationstar pointed out in the Amended Joint Status Report filed on December 20, 2024 (Dkt. # 87), *Bloom* is neither a "related case" nor an "other case" because it involves state law claims made in a state court under a different state statute, not federal claims, involves a different time period, was on appeal long before this case was filed, and has no overlap with the purported classes here. Given the current status of *Bloom*, it would be impossible to coordinate this action with any proceeding in *Bloom*.

NATIONSTAR MORTGAGE LLC'S RESPONSE TO PLAINTIFFS'
NOTICE OF RELATED CASES - 3
(Case No. 2:24-cv-00444-BJR)

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322 / F: 503.290.2405

In short, neither Bates nor Bloom is a "related case" or an "other case" under Local Rule 3(g) or 3(h) that would justify the need to file a Notice of Related Cases.

Dated: June 27, 2025

TROUTMAN PEPPER LOCKE LLP

By: */s/ Jason E. Manning*
Thomas N. Abbott (WSBA No. 53024)
100 SW Main Street, Suite 1000
Portland, Oregon 97204
Telephone: 503.290.2322
Email: thomas.abbott@troutman.com

Justin D. Balser (WSBA No. 56577)
100 Spectrum Center Drive, Suite 1500
Irvine, California 92618
Telephone: 949.622.2700
Email: justin.balser@troutman.com

John C. Lynch (admitted *pro hac vice*)
Jason E. Manning (admitted *pro hac vice*)
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: 757.687.7500
Email: john.lynch@troutman.com
Email: jason.manning@troutman.com

Counsel for Defendant
NATIONSTAR MORTGAGE LLC

NATIONSTAR MORTGAGE LLC'S RESPONSE TO PLAINTIFFS'
NOTICE OF RELATED CASES - 4
(Case No. 2:24-cv-00444-BJR)

TROUTMAN PEPPER LOCKE LLP
100 SW Main Street, Suite 1000
Portland, Oregon 97204
T: 503.290.2322 / F: 503.290.2405