The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON - SEATTLE

| | |
|---|---|
| CATHERINE PALAZZO and PETER HACKINEN, *on their own behalf and on behalf of other similarly situated persons*, <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONSTAR MORTGAGE LLC <br><br> Defendant. | Case No. 2:24-cv-00444-BJR <br><br> **PLAINTIFFS' SUGGESTION OF ENTRY OF FINAL JUDGMENT** |

PLAINTIFF'S SUGGESTION OF
ENTRY OF FINAL JUDGMENT
2:24-cv-00444-BJR

Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010

After the remaining Parties (i.e. Plaintiffs and Defendant Nationstar Mortgage LLC ("Nationstar")) presented to the Court their argument and briefs concerning Phase 1 discovery as focused by the Court (Dkt. 81), the Court entered an order granting Nationstar's motion for partial summary judgment (Dkt. 125).

While respecting without agreeing with the Court's partial judgment order, Plaintiffs suggest the Court exercise its authority pursuant to Fed. R. Civ. P. 41, Fed. R. Civ. P. 58, and 28 U.S.C.A. § 1291 to enter a final judgment denying all remaining relief sought by the Plaintiffs in this action against Nationstar. Entry of an Order declaring the effect of the Court's Order and opinion (Dkt. 125) a final judgment of the remaining claims presented by the Plaintiffs' Amended Complaint (Dkt. 24) is appropriate since the Court's order and opinion (Dkt. 125) ends the remaining claims asserted by the Plaintiffs against Nationstar. By counsel, Nationstar also "believe[s] that nothing else remains to be resolved such that a final order may be entered." Email from Nationstar Counsel (9-2-2025). Such an order will permit the Plaintiffs, should they choose to do so, to seek appellate review of any of the interlocutory orders of the Court during this action including Dkt. 125. Additionally, the Defendant Nationstar confirmed that they have no opposition to entry of this final judgment.

Wherefore, for good cause shown and without prejudice to the Plaintiffs' appeal rights, they suggest the Court enter a final judgment and order closing this matter pursuant to Fed. R. Civ. P. 41 and Fed. R. Civ. P. 58.

DATED September 5, 2025

| DEVLIN LAW FIRM, LLC. | CONSUMER LAW CENTER, LLC |
|---|---|
| By: /s/ Christina L. Henry<br>Christina L. Henry, WSBA# 31273<br>6100 219th St SW, Ste 480<br>PMB 398<br>Seattle, WA 98043-2222<br>chenry@devlinlawfirm.com<br>Counsel for Plaintiffs | By: /s/ Phillip Robinson<br>Phillip Robinson, *Pro Hac Vice*<br>1220 Blair Mill Road, Suite 1105<br>Silver Spring, MD 20910<br>phillip@marylandconsumer.com<br>Counsel for Plaintiffs |

1

PLAINTIFF'S SUGGESTION OF
ENTRY OF FINAL JUDGMENT
2:24-cv-00444-BJR

Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Telephone: (302) 449-9010