# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| CATHERINE PALAZZO, *et al.*, <br><br>　　　　　　　Plaintiffs, <br><br>　　v. <br><br>NATIONSTAR MORTGAGE LLC, <br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NUMBER: 24-cv-444-BJR |

__　__　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　　Summary judgment was granted to Nationstar Mortgage LLC, which has the effect of denying all remaining relief sought by the Plaintiffs. Final judgment is hereby entered pursuant to Fed. R. Civ. P. 41(a)(2), Fed. R. Civ. P. 58, and 28 U.S.C. § 1291.


　　　Dated 8th day of September 2025.

　　　　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　　　　s/Carrie Smith
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk