UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHERINE PALAZZO as assignee for Ruben Palazzo and as co-assignee for Ricardo Salom and PETER HACKINEN as co-assignee for Ricardo Salom, *on their own behalf and on behalf of other similarly situated persons,*<br><br>Plaintiffs,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, *et al.*<br><br>Defendants. | Case No. 2:24-cv-00444-BJR<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Plaintiffs Catherine Palazzo and Peter Hackinen, on their behalf and on behalf of others similarly situated, by their undersigned counsel, appeal the District Court's final judgment (Dkt. 127).

This is not a cross-appeal, and this case has no prior appellate history. A representation statement is attached.

Date: September 12, 2025

DEVLIN LAW FIRM, LLC.

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA# 31273
6100 219th St SW
Ste 480, PMB 398
Seattle, WA 98043-2222
*chenry@devlinlawfirm.com*

CONSUMER LAW CENTER, LLC

By: */s/ Phillip Robinson*
Phillip Robinson, *Pro Hac Vice*
1220 Blair Mill Road, Suite 1105
Silver Spring, MD 20910
phillip@marylandconsumer.com

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

10

11

12

13

14

15

16

CATHERINE PALAZZO as assignee for
Ruben Palazzo and as co-assignee for Ricardo
Salom and PETER HACKINEN as co-assignee
for Ricardo Salom, *on their own behalf and on
behalf of other similarly situated persons,*

    Plaintiffs,

    vs.

NATIONSTAR MORTGAGE LLC, *et al.*

    Defendants.

Case No. 2:24-cv-00444-BJR

**REPRESENTATION STATEMENT**

17

18

19

20

21

22

23

24

25

26

**Appellants**

1.  Catherine Palazzo

2.  Peter Hackinen

**Counsel for All Appellants**

Christina L. Henry
DEVLIN LAW FIRM, LLC.
6100 219th St SW
Ste 480, PMB 398
Seattle, WA 98043-2222
*chenry@devlinlawfirm.com*

Phillip Robinson
CONSUMER LAW CENTER, LLC
1220 Blair Mill Road, Suite 1105
Silver Spring, MD 20910
phillip@marylandconsumer.com

**Appellee No. 1**

REPRESENTATION STATEMENT

DEVLIN LAW FIRM
1526 GILPIN AVENUE
WILMINGTON, DE 19806
TEL: (302) 449-9010

Nationstar Mortgage LLC

**Counsel for Appellee Nationstar Mortgage**

Jason E Manning
TROUTMAN PEPPER LOCKE LLP (VA)
222 Central Park Ave Ste 2000
Virginia Beach, VA 23462
Jason.Manning@troutman.com

John C Lynch
TROUTMAN PEPPER LOCKE LLP
(VA)
222 Central Park Ave Ste 2000
Virginia Beach, VA 23462
john.lynch@troutman.com

Justin D. Balser
TROUTMAN PEPPER LOCKE LLP
(IRVINE)
100 Spectrum Center Dr
Ste 1500
Irvine, CA 92618
justin.balser@troutman.com

Thomas N Abbott
TROUTMAN PEPPER LOCKE LLP
(PORTLAND)
100 SW Main St
Ste 1000
Portland, OR 97204
Thomas.Abbott@troutman.com

Emily J Harris
CORR CRONIN LLP
1015 Second Ave
10th FL
Seattle, WA 98104
eharris@corrcronin.com

**Appellee No. 2**

Federal Home Loan Mortgage Association, on its own behalf and on behalf of similarly situated persons ("Federal Home Loan Association")

**Counsel for Appellee Federal Home Loan Association**

Jason E Manning
TROUTMAN PEPPER LOCKE LLP (VA)
222 Central Park Ave Ste 2000
Virginia Beach, VA 23462
Jason.Manning@troutman.com

John C Lynch
TROUTMAN PEPPER LOCKE LLP
(VA)
222 Central Park Ave Ste 2000
Virginia Beach, VA 23462
john.lynch@troutman.com

Allison Schoenthal
GOODWIN PROCTER LLP (NY)
620 Eighth Ave

Robin Muir
GOODWIN PROCTER LLP (NY)
620 Eighth Ave

---

REPRESENTATION STATEMENT

New York, NY 10018
ASchoenthal@goodwinlaw.com

New York, NY 10018
robinmuir@goodwinlaw.com

Brian William Esler
MILLER NASH LLP (SEA)
605 Fifth Ave S
Ste 900
Seattle, WA 98104
brian.esler@millernash.com

Jesus Miguel Palomares
MILLER NASH LLP (SEA)
605 Fifth Ave S
Ste 900
Seattle, WA 98104
jesus.palomares@millernash.com

Lane Conrad
MILLER NASH LLP (SEA)
605 Fifth Ave S
Ste 900
Seattle, WA 98104
lane.conrad@millernash.com

Date: September 12, 2025


DEVLIN LAW FIRM, LLC.

CONSUMER LAW CENTER, LLC

By: */s/ Christina L. Henry*
Christina L. Henry, WSBA# 31273
6100 219th St SW
Ste 480, PMB 398
Seattle, WA 98043-2222
*chenry@devlinlawfirm.com*
Counsel for Appellants

By: */s/ Phillip Robinson*
Phillip Robinson, *Pro Hac Vice*
1220 Blair Mill Road, Suite 1105
Silver Spring, MD 20910
phillip@marylandconsumer.com
Counsel for Appellants

---

REPRESENTATION STATEMENT